# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | MDL NO. 07-1825-CAS (MANx); CV06-1007-CAS(MANx); CV07-3631-CAS(MANx); | Date | October 17, 2008 |
|---|---|---|---|
| Title | *IN RE: MIDLAND NATIONAL LIFE INSURANCE CO. ANNUITY SALES PRACTICES LITIGATION*  [RELATES TO: ALL ACTIONS] | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Bridget Montero | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Andrew Friedman
John Stoia, Jr.
Kimberly Page

Attorneys Present for Defendants:

Linda Oliver
Robert Phillips, Jr.
William Higgins
Terrance Hawley

**Proceedings:**     TELEPHONIC STATUS CONFERENCE

Hearing held telephonically and counsel are present.  The Court confers with counsel regarding receipt of Dr. Bodie's report, compliance of Dr. Bodie's report with 706, and the Court's determination of whether Dr. Bodie's report shall be received in evidence under 706.  The Court orders the November 13, 2008 hearing remain on calendar. Accordingly, the Court orders the following briefing:

- Plaintiffs' objections to Dr. Bodie's report shall be filed on or before October 22, 2008, and shall not exceed twenty-five (25) pages in length;
- Defendants' response shall be filed on or before October 31, 2008, and shall not exceed twenty-five (25) pages in length;
- Plaintiffs' reply shall be filed on or before November 7, 2008, and shall not exceed ten (10) pages in length; and
- Defendants' sur-reply shall be filed on or before November 10, 2008, and shall not exceed ten (10) pages in length.

Based on disputes amongst the parties, the Court temporarily sealed documents 224 and 225 on this Court's docket in MDL07-1825-CAS(MANx).  The Court further confers with counsel regarding the sensitivity of the contents of these documents.  The Court hereby lifts the temporary sealing on document 225, and orders document 224 to be permanently sealed forthwith.

|  | 00 | : | 06 |
|---|---|---|---|
|  | Initials of Preparer | | CMJ |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | MDL NO. 07-1825-CAS (MANx); CV06-1007-CAS(MANx); CV07-3631-CAS(MANx); | Date | October 17, 2008 |
|---|---|---|---|
| Title | *IN RE: MIDLAND NATIONAL LIFE INSURANCE CO. ANNUITY SALES PRACTICES LITIGATION*  [RELATES TO: ALL ACTIONS] | | |