# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | MDL NO. 07-1825-CAS (MANx); CV06-1007-CAS(MANx); CV07-3631-CAS(MANx) | Date | November 20, 2009 |
|---|---|---|---|
| Title | *IN RE: MIDLAND NATIONAL LIFE INSURANCE CO. ANNUITY SALES PRACTICES LITIGATION* [RELATES TO: ALL ACTIONS] | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Andrew Friedman | Robert Phillips, Jr. |

**Proceedings:**   FURTHER STATUS CONFERENCE

Hearing held and counsel are present.  Counsel inform the Court of the status of the case, as stated in Court and on the record.  The Court reporter is ordered to seal the transcripts of this hearing.

|  | 00 | : | 04 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |