ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR. (141757)
jstoia@rgrdlaw.com
THEODORE J. PINTAR (131372)
tedp@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
PHONG L. TRAN (204961)
ptran@rgrdlaw.com
STEVEN M. JODLOWSKI (239074)
sjodlowski@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
(*Pro Hac Vice*)
afriedman@bffb.com
KIMBERLY C. PAGE
kpage@bffb.com
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602/274-1100
602/274-1199 (fax)

HAGENS BERMAN SOBOL
  SHAPIRO LLP
STEVE W. BERMAN
(*Pro Hac Vice*)
steve@hbsslaw.com
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: 206/623-7292
206/623-0594 (fax)

Interim Co-Lead Class Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re MIDLAND NATIONAL LIFE INSURANCE CO. ANNUITY SALES PRACTICES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | MDL No. CV-07-1825-CAS(MANx)<br><br>PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL APPROVAL OF SETTLEMENT CLASS, ISSUANCE OF NOTICE TO THE CLASS, AND SETTING OF FAIRNESS HEARING<br><br>JUDGE: Hon. Christina A. Snyder<br>DATE: TBD<br>TIME: TBD<br>CTRM: 5 – 2nd Floor |

581741_1

1  TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2        PLEASE TAKE NOTICE that on a date to be determined by the Court, in Courtroom 5 of the above-titled Court, the Honorable Christina A. Snyder presiding, located at 312 North Spring Street, Los Angeles, California, plaintiffs will and hereby do move pursuant to Rule 23 of the Federal Rules of Civil Procedure for an order: (1) preliminarily approving the Settlement Agreement, filed concurrently as Exhibit 1 to Plaintiffs' Memorandum in Support of Motion for Preliminary Approval of Class Action Settlement, Conditional Approval of Settlement Class, Issuance of Notice to the Class, and Setting of Fairness Hearing ("Plaintiffs' Brief"); (2) conditionally certifying the Settlement Class; (3) approving the Notice of Class Action Settlement attached as Exhibit B to the Settlement Agreement and directing issuance of such Notice to the Class; and (4) setting the date for the Fairness Hearing.

        This motion is based on this notice of motion and motion, Plaintiffs' Brief, the Settlement Agreement and exhibits filed thereto, and upon such other matters as may be presented at the hearing.

DATED: October 12, 2010           ROBBINS GELLER RUDMAN
                                     & DOWD LLP
                                  JOHN J. STOIA, JR.
                                  THEODORE J. PINTAR
                                  RACHEL L. JENSEN
                                  PHONG L. TRAN
                                  STEVEN M. JODLOWSKI


                                          s/ Theodore J. Pintar
                                         THEODORE J. PINTAR

                                  655 West Broadway, Suite 1900
                                  San Diego, CA  92101
                                  Telephone:  619/231-1058
                                  619/231-7423 (fax)

- 1 -

581741_1

| | |
|---|---|
| 1 | |
| 2 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| 3 | ANDREW S. FRIEDMAN<br>KIMBERLY C. PAGE |
| 4 | 2901 N. Central Avenue, Suite 1000<br>Phoenix, AZ  85012 |
| 5 | Telephone:  602/274-1100<br>602/274-1199 (fax) |
| 6 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| 7 | MANFRED MUECKE |
| 8 | 501 W. Broadway, Suite 1450B<br>San Diego, CA  92101<br>Telephone:  619/756-7748 |
| 9 | |
| 10 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 11 | STEVE W. BERMAN<br>1918 8th Avenue, Suite 3300 |
| 12 | Seattle, WA  98101<br>Telephone:  206/623-7292<br>206/623-0594 (fax) |
| 13 | |
| 14 | Interim Co-Lead Class Counsel for Plaintiffs |
| 15 | SHERNOFF BIDART & DARRAS |
| 16 | WILLIAM M. SHERNOFF<br>JOEL A. COHEN |
| 17 | EVANGELINE F. GARRIS<br>600 South Indian Hill Blvd. |
| 18 | Claremont, CA  91711<br>Telephone:  909/621-4935<br>909/ 625-6915 (fax) |
| 19 | |
| 20 | FINKELSTEIN & KRINSK LLP<br>HOWARD D. FINKELSTEIN |
| 21 | MARK L. KNUTSON<br>501 West Broadway, Suite 1250 |
| 22 | San Diego, CA  92101<br>Telephone:  619/238-1333<br>619/238-5425 (fax) |
| 23 | |
| 24 | BARRACK, RODOS & BACINE<br>STEPHEN R. BASSER |
| 25 | 402 West Broadway, Suite 850<br>San Diego, CA  92101 |
| 26 | Telephone:  619/230-0800<br>619/230-1874 (fax) |
| 27 | |
| 28 | |

- 2 -

581741_1

| | |
|---|---|
| 1 | |
| 2 | JAMES, HOYER, NEWCOMER |
|   |   & SMILJANICH, P.A. |
| 3 | JOHN A. YANCHUNIS |
|   | 4830 West Kennedy Blvd. |
|   | Urban Centre One, Suite 550 |
| 4 | Tampa, FL  33609 |
|   | Telephone:  813/286-4100 |
| 5 | 813/286-4174 (fax) |
| 6 | WATERS KRAUS & PAUL LLP |
|   | INGRID M. EVANS |
| 7 | 711 Van Ness Avenue, Suite 220 |
|   | San Francisco, CA  94102 |
| 8 | Telephone:  800/226-9880 |
|   | 214/777-0470 (fax) |
| 9 | |
|   | Additional Counsel for Plaintiffs |

581741_1

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 12, 2010.

                                     s/ Theodore J. Pintar
                                     THEODORE J. PINTAR

                                     ROBBINS GELLER RUDMAN
                                         & DOWD LLP
                                     655 West Broadway, Suite 1900
                                     San Diego, CA 92101-3301
                                     Telephone: 619/231-1058
                                     619/231-7423 (fax)

                                     E-mail: tedp@rgrdlaw.com

581741_1

# Mailing Information for a Case 2:07-ml-01825-CAS-MAN

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Stephen R Basser**
  sbasser@barrack.com

- **Steve W Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com

- **Elaine T Byszewski**
  elaine@hbsslaw.com,JenniferB@hbsslaw.com,sharons@hbsslaw.com

- **Ingrid M Evans**
  ievans@waterskraus.com,jmcintosh@waterskraus.com,rredmayne@waterskraus.com

- **Thomas A Evans**
  tevans@reedsmith.com

- **Elizabeth A Fegan**
  beth@hbsslaw.com,Chi_Filings@hbsslaw.com

- **Andrew S Friedman**
  afriedman@bffb.com,rcreech@bffb.com,ngerminaro@bffb.com

- **Terence N Hawley**
  thawley@reedsmith.com

- **William Hayden Higgins**
  whiggins@reedsmith.com,dkelley@reedsmith.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Steven M Jodlowski**
  sjodlowski@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Daniel J Kurowski**
  dank@hbsslaw.com,chi_filings@hbsslaw.com

- **Timothy Mahoney**
  timm@hbsslaw.com,chi_filings@hbsslaw.com

- **Thomas Joseph O'Reardon , II**
  toreardon@bholaw.com,christinas@csgrr.com

- **Linda B Oliver**

- **Kimberly C Page**
  loliver@reedsmith.com,swurth@reedsmith.com

  kpage@bffb.com

- **Robert D Phillips , Jr**
  rphillips@reedsmith.com

- **Henry Pietrkowski**
  hpietrkowski@reedsmith.com

- **Theodore J Pintar**
  tedp@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James A Rolfes**
  jrolfes@reedsmith.com

- **Tamara M Rowles**
  trowles@reedsmith.com,aswenson@reedsmith.com

- **Amir Shlesinger**
  ashlesinger@reedsmith.com

- **John J Stoia , Jr**
  johns@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Phong L Tran**
  ptran@rgrdlaw.com

- **Marshall C Wallace**
  mwallace@reedsmith.com

- **Samuel M Ward**
  sward@barrack.com,lxlamb@barrack.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Michael C McKay
Bonnett Fairbourn Friedman and Balint PC
2901 North Central Avenue
Suite 1000
Phoenix, AZ 85012
```