# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | MDL NO. 07-1825-CAS (MANx); [CV06-1007-CAS(MANx); CV07-3631-CAS(MANx)] | Date | October 25, 2010 |
|---|---|---|---|
| Title | *IN RE: MIDLAND NATIONAL LIFE INSURANCE CO. ANNUITY SALES PRACTICES LITIGATION* [RELATES TO: ALL ACTIONS] | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Andrew Friedman
Elaine Byszewski
Theodore Pintar (by telephone)

Attorneys Present for Defendants:

Robert Phillips, Jr.
William Higgins

Attorneys Present for Interested Parties:
Timothy Blood
Thomas O'Reardon, II

**Proceedings:**

Hearing held and counsel are present. The Court confers with counsel. The Court approves plaintiffs' Motion for Preliminary Approval of Class Settlement. The Court will issue the proposed order forthwith.

|  | 00 | : | 08 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |