Thomas J. Nolan (SBN 066992)
Lance A. Etcheverry (SBN 199916)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 S. Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: 213.687.5000
Facsimile: 213.687.5600
tnolan@skadden.com
lance.etcheverry@skadden.com
   and
James F. Jorden (*Pro Hac Vice pending*)
jfj@jordenusa.com
Denise A. Fee (*Pro Hac Vice pending*)
daf@jordenusa.com
Jeffrey L. Williams (*Pro Hac Vice pending*)
jlw@jordenusa.com
JORDEN BURT LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007-5208
Telephone 202.965.8100
Facsimile 202.965.8104
*Attorneys for Non-Party
Allianz Life Insurance Company of North America*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IN RE MIDLAND NATIONAL LIFE INSURANCE CO. ANNUITY SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No.: 07-1825 CAS (MANx)<br>CLASS ACTION<br><br>**NON-PARTY ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR LEAVE TO INTERVENE AND TO UNSEAL RECORDS**<br><br>Judge: Hon. Christina A. Snyder<br>Hearing Date: January 3, 2011<br>Time: 10:00 a.m.<br>Courtroom 5, 2nd Floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In accordance with Federal Rule of Evidence 201, Non-party Allianz Life Insurance Company of North America ("Allianz") respectfully requests that this Court take judicial notice of the following unpublished opinions attached to the Declaration of Dolly K. Hansen in Support of Allianz's Motion for Leave to Intervene and Unseal Records. A true and correct copy of the courts' decisions in *Phillips v. Goodyear Tire & Rubber Co.*, No. 02-1642B, 2007 WL 3245015 (S.D. Cal. Oct. 31, 2007); *B2B CFO Partners, LLC v. Kaufman*, No. CV 09-2158-PHX-JAT, 2010 WL 2104257 (D. Ariz. May 25, 2010); *Dish Network L.L.C. v. Sonicview USA, Inc.*, No. 09-CV-1553 L(NLS), 2009 WL 2224596 (S.D. Cal. July 23, 2009); *In re Sepracor Inc. Fair Labor Standards Act (FLSA) Litig.*, MDL No. 2039-DGC, 2009 WL 3253947 (D. Ariz. Oct. 8, 2009); *Bromgard v. Montana*, No. CV-05-32-BLG-RFC-CSO, 2007 WL 2710379 (D. Mont. Sept. 13, 2007); and *Netscape Comm'ns Corp. v. Federal Ins. Co.*, No. C 06-0198 JW (PVT), 2006 WL 3456687 (N.D. Cal. Nov. 29, 2006), are attached as Exhibits 8-13 to the Declaration of Dolly K. Hansen ("D. Hansen Decl.").

## ARGUMENT

Federal Rule of Evidence 201 allows a court to take judicial notice of facts that are "not subject to reasonable dispute in that [they are] either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Further, upon proper notice, the Court is required to take judicial notice of such documents if furnished with sufficient information to enable it to take judicial notice. Fed. R. Evid. 201(d). Such judicial notice is appropriate at any stage in the proceeding. Fed. R. Evid. 201(f). *See Ritter v. Hughes Aircraft Co.*, 58 F.3d 454, 458-59 (9th Cir. 1995) (trial court properly took judicial notice of well-known facts in motion for summary judgment).

Allianz requests that this Court take judicial notice of unpublished opinions. *See* D. Hansen Decl., Exs. 8-13. Pursuant to Rule 201, the Court may take judicial notice of public or quasi-public records, including unpublished opinions in other cases. *See U.S. v. S. Cal. Edison Co.*, 300 F. Supp. 2d 964, 975 (E.D. Cal. 2004) (collecting cases); *see also U.S. ex rel Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (taking judicial notice of proceedings in other courts); *Livermore v. Watson*, 556 F. Supp. 2d 1112, 1118 n.2 (E.D. Cal. 2008) (taking judicial notice of "numerous unpublished cases"); *Phelps v. Provident Life & Accident Ins. Co.*, 60 F. Supp. 2d 1014, 1017-18 (C.D. Cal. 1999) (taking judicial notice of unpublished cases pursuant to Fed. R. 201(b) "[t]o the extent that th[e] Court ... relied" upon them). As the unpublished cases involve proceedings conducted before a court and are, at a minimum, quasi-public records, the Court may appropriately take judicial notice of the requested documents. Accordingly, Allianz respectfully requests that the Court take judicial notice of the above-listed unpublished opinions.

DATED: November 16, 2010

By: *Lance Etcheverry*
Thomas J. Nolan (SBN 066992)
Lance A. Etcheverry (SBN 199916)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
300 S. Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone:  213.687.5000
Facsimile:   213.687.5600
tnolan@skadden.com
lance.etcheverry@skadden.com

and

James F. Jorden (*Pro Hac Vice pending*)
Denise A. Fee (*Pro Hac Vice pending*)
Jeffrey L. Williams (*Pro Hac Vice pending*)
JORDEN BURT LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007-5208

| | |
|---|---|
| 1 | Telephone 202.965.8100 |
| 2 | Facsimile 202.965.8104 |
| | jfj@jordenusa.com |
| 3 | daf@jordenusa.com |
| | jlw@jordenusa.com |
| 4 | |
| | *Attorneys for Non-Party Allianz Life* |
| 5 | *Insurance Company of North America* |

*DC#234260v.1*