ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR. (141757)
jstoia@rgrdlaw.com
THEODORE J. PINTAR (131372)
tedp@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
PHONG L. TRAN (204961)
ptran@rgrdlaw.com
STEVEN M. JODLOWSKI (239074)
sjodlowski@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
(*Pro Hac Vice*)
afriedman@bffb.com
KIMBERLY C. PAGE
kpage@bffb.com
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602/274-1100
602/274-1199 (fax)

HAGENS BERMAN SOBOL
  SHAPIRO LLP
STEVE W. BERMAN
(*Pro Hac Vice*)
steve@hbsslaw.com
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: 206/623-7292
206/623-0594 (fax)

Interim Co-Lead Class Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re MIDLAND NATIONAL LIFE INSURANCE CO. ANNUITY SALES PRACTICES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | MDL No. CV-07-1825-CAS(MANx)<br><br>PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND SERVICE AWARD<br><br>JUDGE: Hon. Christina A. Snyder<br>DATE: February 28, 2011<br>TIME: 11:00 a.m.<br>CTRM: 5 – Second Floor |

591298_1

1  TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  PLEASE TAKE NOTICE that, pursuant to the Court's Findings and Order Preliminarily Approving Settlement, Directing Issuance of Notice to the Class, and Setting of Fairness Hearing, Plaintiffs will and hereby move this Court on February 28, 2011, at 11:00 a.m., for an order: (1) awarding Class Counsel $13,970,000 in attorneys' fees and expenses; and (2) approving a service award of $10,000 for each Plaintiff (collectively $30,000) for their time and effort in serving as Class Representatives.

This motion is based upon the parties' Settlement Agreement, filed October 12, 2010, and the exhibits attached thereto; Plaintiffs' Memorandum in Support of Motion for an Award of Attorneys' Fees, Reimbursement of Expenses and Service Award; the Joint Declaration of Andrew S. Friedman and Theodore J. Pintar in Support of Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Service Award; and the Declarations of Theodore J. Pintar, Andrew S. Friedman, Stephen R. Basser, Ingrid M. Evans, Jeffrey R. Krinsk, John A. Yanchunis, Elizabeth A. Fegan, and Philip J. Bieluch FSA, MAAA, FCA in support thereof; and such other written or oral argument as may be presented or required by the Court.

This motion is made on the grounds that, *inter alia*: (1) pursuant to the Settlement Agreement, Defendant Midland National Life Insurance Company has agreed to pay Class Counsel's attorneys' fees and expenses up to $13,970,000, separate and apart from the relief provided to the Settlement Class, and such award will not reduce or otherwise affect the settlement relief; (2) the Settlement obtained by Class Counsel confers substantial and valuable economic benefits to Class Members in the form of the Annuitization Bonus, Enhanced Annuity Payments and Surrender Charge Reduction Benefits; (3) Plaintiffs' requested award is reasonable and fair under both the lodestar and percentage of recovery analyses approved by the Ninth

591298_1

- 1 -

1 | Circuit; and (4) a service award of $10,000 for each Plaintiff is reasonable and fair for
2 | their time and effort as Class Representatives in this action.

DATED: December 30, 2010

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR.
THEODORE J. PINTAR
RACHEL L. JENSEN
PHONG L. TRAN
STEVEN M. JODLOWSKI

_____s/ Theodore J. Pintar_____
THEODORE J. PINTAR

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

DATED: December 30, 2010

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
KIMBERLY C. PAGE

_____s/ Andrew S. Friedman_____
ANDREW S. FRIEDMAN

2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
Telephone:  602/274-1100
602/274-1199 (fax)

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
MANFRED MUECKE
501 W. Broadway, Suite 1450B
San Diego, CA  92101
Telephone:  619/756-7748

HAGENS BERMAN SOBOL
  SHAPIRO LLP
STEVE W. BERMAN
1918 8th Avenue, Suite 3300
Seattle, WA  98101
Telephone:  206/623-7292
206/623-0594 (fax)

Interim Co-Lead Class Counsel for Plaintiffs

591298_1

- 2 -

SHERNOFF BIDART & DARRAS
WILLIAM M. SHERNOFF
JOEL A. COHEN
EVANGELINE F. GARRIS
600 South Indian Hill Blvd.
Claremont, CA 91711
Telephone: 909/621-4935
909/625-6915 (fax)

FINKELSTEIN & KRINSK LLP
HOWARD D. FINKELSTEIN
MARK L. KNUTSON
501 West Broadway, Suite 1250
San Diego, CA 92101
Telephone: 619/238-1333
619/238-5425 (fax)

BARRACK, RODOS & BACINE
STEPHEN R. BASSER
402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: 619/230-0800
619/230-1874 (fax)

JAMES, HOYER, NEWCOMER
  & SMILJANICH, P.A.
JOHN A. YANCHUNIS
4830 West Kennedy Blvd.
Urban Centre One, Suite 550
Tampa, FL 33609
Telephone: 813/286-4100
813/286-4174 (fax)

WATERS KRAUS & PAUL LLP
INGRID M. EVANS
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102
Telephone: 800/226-9880
214/777-0470 (fax)

Additional Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 30, 2010.

       s/ Theodore J. Pintar
THEODORE J. PINTAR

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: TedP@rgrdlaw.com

- 4 -

591298_1

# Mailing Information for a Case 2:07-ml-01825-CAS -MAN

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Fletcher C Alford**
  falford@gordonrees.com

- **Stephen R Basser**
  sbasser@barrack.com

- **Steve W Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com

- **Elaine T Byszewski**
  elaine@hbsslaw.com,JenniferB@hbsslaw.com,sharons@hbsslaw.com

- **Lance A Etcheverry**
  lance.etcheverry@skadden.com

- **Ingrid M Evans**
  ievans@waterskraus.com,jmcintosh@waterskraus.com,rredmayne@waterskraus.com

- **Thomas A Evans**
  tevans@reedsmith.com

- **Denise A Fee**
  daf@jordenusa.com

- **Elizabeth A Fegan**
  beth@hbsslaw.com,Chi_Filings@hbsslaw.com

- **Andrew S Friedman**
  afriedman@bffb.com,rcreech@bffb.com,ngerminaro@bffb.com

- **Laura L Geist**
  lgeist@gordonrees.com,dmckee@gordonrees.com

- **Terence N Hawley**
  thawley@reedsmith.com

- **William Hayden Higgins**
  whiggins@reedsmith.com,dkelley@reedsmith.com

- **Rachel L Jensen**

rjensen@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Steven M Jodlowski**
  sjodlowski@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James F Jorden**
  jfj@jordenusa.com,lw@jordenusa.com

- **Daniel J Kurowski**
  dank@hbsslaw.com,chi_filings@hbsslaw.com

- **Timothy Mahoney**
  timm@hbsslaw.com,chi_filings@hbsslaw.com

- **Thomas Jerome Nolan**
  tnolan@skadden.com,carl.roth@skadden.com

- **Thomas Joseph O'Reardon , II**
  toreardon@bholaw.com,christinas@csgrr.com

- **Linda B Oliver**
  loliver@reedsmith.com,swurth@reedsmith.com

- **Kimberly C Page**
  kpage@bffb.com

- **Robert D Phillips , Jr**
  rphillips@reedsmith.com

- **Henry Pietrkowski**
  hpietrkowski@reedsmith.com

- **Theodore J Pintar**
  tedp@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Teresa R Ponder**
  tponder@bergerkahn.com

- **James A Rolfes**
  jrolfes@reedsmith.com

- **Tamara M Rowles**
  trowles@reedsmith.com,aswenson@reedsmith.com

- **Amir Shlesinger**
  ashlesinger@reedsmith.com

- **Craig S Simon**
  csimon@bergerkahn.com

- **John J Stoia , Jr**
  johns@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Phong L Tran**
  ptran@rgrdlaw.com

- **Samuel M Ward**
  sward@barrack.com,lxlamb@barrack.com

- **Jeffrey L Williams**
  jlw@jordenusa.com,ksm@jordenusa.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Michael C McKay
```
Bonnett Fairbourn Friedman and Balint PC
2901 North Central Avenue  Suite 1000
Phoenix, AZ 85012