ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR. (141757)
jstoia@rgrdlaw.com
THEODORE J. PINTAR (131372)
tedp@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
PHONG L. TRAN (204961)
ptran@rgrdlaw.com
STEVEN M. JODLOWSKI (239074)
sjodlowski@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
(*Pro Hac Vice*)
afriedman@bffb.com
KIMBERLY C. PAGE
kpage@bffb.com
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602/274-1100
602/274-1199 (fax)

HAGENS BERMAN SOBOL
  SHAPIRO LLP
STEVE W. BERMAN
(*Pro Hac Vice*)
steve@hbsslaw.com
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: 206/623-7292
206/623-0594 (fax)

Interim Co-Lead Class Counsel

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re MIDLAND NATIONAL LIFE INSURANCE CO. ANNUITY SALES PRACTICES LITIGATION <br><br> This Document Relates To: <br><br> ALL ACTIONS. | MDL No. CV-07-1825-CAS(MANx) <br><br> DECLARATION OF THEODORE J. PINTAR IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARD <br><br> JUDGE: Hon. Christina A. Snyder <br> DATE: February 28, 2011 <br> TIME: 11:00 a.m. <br> CTRM: 5 – 2nd Floor |

589603_1

1      I, THEODORE J. PINTAR, declare as follows:

2      1.     I am a member of the law firm Robbins Geller Rudman & Dowd LLP, formerly known as Coughlin Stoia Geller Rudman & Robbins LLP. I am one of the attorneys representing Plaintiffs and Class Members in the above-entitled action. I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

3      2.     My firm, along with Bonnett, Fairbourn, Friedman & Balint, P.C., serve as Co-Lead Class Counsel in this matter. Attached as Exhibit A is a current firm biography for Robbins Geller Rudman & Dowd LLP.

4      3.     As set forth in greater detail in the joint declaration of Andrew S. Friedman and I in support of the motion for final approval of the settlement, my firm has been involved in all aspects of this litigation. Among other things, my firm: (a) appeared before the Court at numerous court conferences and hearings, including the hearing on Midland's motion for summary judgment; (b) researched and prepared Plaintiffs' briefs in opposition to Midland's motion for summary judgment and related motion to exclude the declaration of Dr. Craig J. McCann; (c) researched and prepared Plaintiffs' briefs in connection with the appointment of a Rule 706 expert; (d) researched and prepared Plaintiffs' motion for class certification and related papers; (e) engaged in extensive discovery, including the preparation of document requests and Rule 30(b)(6) notices of deposition; (f) met and conferred with Midland regarding the scope of discovery; (g) handled three depositions of Midland's corporate executives and Rule 30(b)(6) designees; (h) engaged in significant and lengthy settlement negotiations with Midland; (i) attended over 10 mediation sessions with Midland's counsel before Judge Dickran Tevrizian (Ret.) of JAMS and Justice Edward J. Wallin (Ret.) of JAMS; (j) reviewed and edited numerous versions of the draft Settlement Agreement; (k) prepared and edited exhibits to the Settlement Agreement, including the settlement notice to the Class; (l) communicated with Class

- 1 -

589603_1

Counsel regarding responsibilities on discovery and other projects throughout the course of the litigation; (m) participated in all expert and expert-related discovery; and (n) researched and prepared briefing in connection with Plaintiff Bendzak's motion before the Judicial Panel on Multidistrict Litigation for consolidation and transfer of related actions against Midland.

4. The total number of hours spent on this litigation by my firm is 11,132.50. The total lodestar amount for attorney/professional time based on the firm's usual and customary rates is $4,998,537.50. A breakdown of the lodestar is as follows:

| NAME | POSITION | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Theodore J. Pintar | Partner | 939.75 | $700.00 | $657,825.00 |
| Rachel L. Jensen | Partner | 198.25 | $565.00 | $112,011.25 |
| John J. Stoia, Jr. | Of Counsel | 1,034.00 | $795.00 | $822,030.00 |
| Steven M. Jodlowski | Associate | 1,413.75 | $410.00 | $579,637.50 |
| Coty R. Miller | Associate | 292.25 | $410.00 | $119,822.50 |
| Thomas J. O'Reardon | Associate | 494.75 | $345.00 | $170,688.75 |
| Paula M. Roach | Associate | 199.50 | $345.00 | $68,827.50 |
| Phong L. Tran | Associate | 1,893.75 | $540.00 | $1,022,625.00 |
| Helen I. Zeldes | Associate | 88.75 | $335.00 | $29,731.25 |
| Claudia Y. Arzaga | Project Attorney | 158.75 | $320.00 | $50,800.00 |
| Kristin M. Byrd | Project Attorney | 57.75 | $275.00 | $15,881.25 |
| Shana L. Corrigan | Project Attorney | 615.75 | $300.00 | $184,725.00 |
| Dee Dawson | Project Attorney | 209.00 | $400.00 | $83,600.00 |
| Laura Edmiston | Project Attorney | 136.00 | $275.00 | $37,400.00 |
| Krista Fuller | Project Attorney | 117.25 | $275.00 | $32,243.75 |
| Dawn Hill | Project Attorney | 37.50 | $305.00 | $11,437.50 |
| Lori-Ann Hymowitz | Project Attorney | 36.50 | $305.00 | $11,132.50 |
| Eric R. Johnson | Project Attorney | 310.00 | $515.00 | $159,650.00 |
| Lauren M. Lendzion | Project Attorney | 874.00 | $350.00 | $305,900.00 |
| Todd Phillips | Project Attorney | 88.25 | $340.00 | $30,005.00 |
| Vincent M. Serra | Project Attorney | 18.50 | $345.00 | $6,382.50 |
| Carla Haney | Paralegal | 251.00 | $225.00 | $56,475.00 |
| Ann Hull | Paralegal | 237.75 | $240.00 | $57,060.00 |

589603_1

| NAME | POSITION | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Christina S. Kopko | Paralegal | 708.75 | $295.00 | $209,081.25 |
| Michele M. Wallbrett | Paralegal | 66.50 | $295.00 | $19,617.50 |
| Christopher A. Dixon | Document Clerk | 301.00 | $225.00 | $67,725.00 |
| Nicholas Lorentz | Document Clerk | 79.50 | $235.00 | $18,682.50 |
| Emily Stearns | Document Clerk | 274.00 | $210.00 | $57,540.00 |
| TOTAL | | 11,132.50 | | $4,998,537.50 |

5.   My firm has incurred to date a total of $600,549.75 in expenses in connection with the prosecution of this litigation.  They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
|---|---|
| Meals, Hotels & Transportation | $47,842.30 |
| Photocopies | $36,618.52 |
| Postage | $276.59 |
| Telephone, Facsimile | $2,276.33 |
| Messenger, Fed-Ex, UPS | $2,544.68 |
| Filing, Witness & Other Fees | $2,799.50 |
| Deposition & Court Transcripts & Videography | $14,162.58 |
| Lexis, Westlaw, Online Library Research | $41,650.22 |
| Expert/Consultants/Investigators | $25,909.50 |
| Contributions to the Litigation Fund | $402,935.76 |
| Miscellaneous Client Costs | $0.16 |
| Document Storage | $12,967.98 |
| Document Coding Expense | $259.71 |
| Publications/Subscriptions | $45.45 |
| Offsite Client Document Storage | $2,393.66 |
| Staff Overtime | $7,866.81 |
| **TOTAL** | **$600,549.75** |

6.   As reflected in the table above, Class Counsel established a litigation fund at the inception of this action to pay for expenses necessary for the prosecution of this litigation.  Contributions to the fund were used to pay the costs of deposition transcripts and court reporters, fees for actuarial and financial consultants and experts retained by Plaintiffs to assist in the prosecution of this action, and costs relating to

- 3 -

589603_1

1 Plaintiffs' review of the documents and electronic data produced by Midland in
2 response to Plaintiffs' discovery requests.

3     7.    The expenses pertaining to this case are reflected in the books and
4 records of this firm.  These books and records are prepared from expense vouchers,
5 check records, and other documents and are an accurate record of the expenses.

6     8.    Attached hereto are true and correct copies of the following documents:
7     Exhibit A:    Robbins Geller Rudman & Dowd LLP firm resume;
8     Exhibit B:    National Law Journal Billing Survey (2010); and
9     Exhibit C:    Reed Smith LLP attorney profile for Robert D. Phillips, Jr.
10     I declare under penalty of perjury under the laws of the United States of
11 America that the foregoing is true and correct.  Executed this 30th day of December,
12 2010, at San Diego, California.

13
14                                   s/ Theodore J. Pintar
                                  THEODORE J. PINTAR
15
16
17
18
19
20
21
22
23
24
25
26
27
28

589603_1

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 30, 2010.

    s/ Theodore J. Pintar
THEODORE J. PINTAR

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  TPintar@rgrdlaw.com

# Mailing Information for a Case 2:07-ml-01825-CAS -MAN

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Fletcher C Alford**
  falford@gordonrees.com

- **Stephen R Basser**
  sbasser@barrack.com

- **Steve W Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com

- **Elaine T Byszewski**
  elaine@hbsslaw.com,JenniferB@hbsslaw.com,sharons@hbsslaw.com

- **Lance A Etcheverry**
  lance.etcheverry@skadden.com

- **Ingrid M Evans**
  ievans@waterskraus.com,jmcintosh@waterskraus.com,rredmayne@waterskraus.com

- **Thomas A Evans**
  tevans@reedsmith.com

- **Denise A Fee**
  daf@jordenusa.com

- **Elizabeth A Fegan**
  beth@hbsslaw.com,Chi_Filings@hbsslaw.com

- **Andrew S Friedman**
  afriedman@bffb.com,rcreech@bffb.com,ngerminaro@bffb.com

- **Laura L Geist**
  lgeist@gordonrees.com,dmckee@gordonrees.com

- **Terence N Hawley**
  thawley@reedsmith.com

- **William Hayden Higgins**
  whiggins@reedsmith.com,dkelley@reedsmith.com

- **Rachel L Jensen**

- rjensen@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Steven M Jodlowski**
  sjodlowski@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James F Jorden**
  jfj@jordenusa.com,lw@jordenusa.com

- **Daniel J Kurowski**
  dank@hbsslaw.com,chi_filings@hbsslaw.com

- **Timothy Mahoney**
  timm@hbsslaw.com,chi_filings@hbsslaw.com

- **Thomas Jerome Nolan**
  tnolan@skadden.com,carl.roth@skadden.com

- **Thomas Joseph O'Reardon , II**
  toreardon@bholaw.com,christinas@csgrr.com

- **Linda B Oliver**
  loliver@reedsmith.com,swurth@reedsmith.com

- **Kimberly C Page**
  kpage@bffb.com

- **Robert D Phillips , Jr**
  rphillips@reedsmith.com

- **Henry Pietrkowski**
  hpietrkowski@reedsmith.com

- **Theodore J Pintar**
  tedp@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Teresa R Ponder**
  tponder@bergerkahn.com

- **James A Rolfes**
  jrolfes@reedsmith.com

- **Tamara M Rowles**
  trowles@reedsmith.com,aswenson@reedsmith.com

- **Amir Shlesinger**
  ashlesinger@reedsmith.com

- **Craig S Simon**
  csimon@bergerkahn.com

- **John J Stoia , Jr**
  johns@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Phong L Tran**
  ptran@rgrdlaw.com

- **Samuel M Ward**
  sward@barrack.com,lxlamb@barrack.com

- **Jeffrey L Williams**
  jlw@jordenusa.com,ksm@jordenusa.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Michael C McKay
```
Bonnett Fairbourn Friedman and Balint PC
2901 North Central Avenue  Suite 1000
Phoenix, AZ 85012