BONNETT, FAIRBOURN, FRIEDMAN
 & BALINT, P.C.
ANDREW S. FRIEDMAN (*Pro Hac Vice*)
afriedman@bffb.com
KIMBERLY C. PAGE
kpage@bffb.com
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
Telephone:  602/274-1100
602/274-1199 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
THEODORE J. PINTAR (131372)
tedp@rgrdlaw.com
STEVEN M. JODLOWSKI (239074)
sjodlowski@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

HAGENS BERMAN SOBOL
 SHAPIRO LLP
STEVE W. BERMAN
(*Pro Hac Vice*)
steve@hbsslaw.com
1918 8th Avenue, Suite 3300
Seattle, WA  98101
Telephone:  206/623-7292
206/623-0594 (fax)

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re MIDLAND NATIONAL LIFE INSURANCE CO. ANNUITY SALES PRACTICES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | MDL No. CV-07-1825-CAS(MANx)<br><br>DECLARATION OF ANDREW S. FRIEDMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD PAYMENT<br><br>JUDGE:  Hon. Christina A. Snyder<br>DATE:   February 28, 2011<br>TIME:   11:00 a.m.<br>CTRM:   5 – 2nd Floor |

I, Andrew S. Friedman, do hereby declare and state as follows:

1. I am a shareholder with the law firm of Bonnett, Fairbourn, Friedman & Balint, P.C. I represent Plaintiffs and the Class in the above-entitled action. I submit this declaration in support of my firm's application for an award of attorneys' fees and reimbursement in connection with services rendered in the above-entitled action.

2. Attached as Exhibit A is a firm biography for Bonnett, Fairbourn, Friedman and Balint, P.C.

3. My firm was appointed Interim Co-Lead Class Counsel of *Carmen Migliaccio, Mary P. Munoz, and Robert D. Kaiser v. Midland National Life Insurance*, Case No. 2:06-CV-01007 CAS (MANx) on April 10, 2006, to act on behalf of Plaintiff and the Class. On June 1, 2007, my firm was appointed Co-Lead Counsel and Interim Class Counsel of the MDL Proceedings.

4. From the inception of this litigation, counsel for plaintiff has aggressively prosecuted this case and vigorously represented the best interests of Plaintiff and the Class.

5. As Co-Lead Counsel, I and other members of my firm assumed a primary role in all aspects of the prosecution of this case, including: formulating Plaintiffs' litigation strategy; drafting and editing motions and other submissions to the Court; appearing and presenting argument to the Court at motion hearings and status conferences in this case; deposing key witnesses; conducting legal and factual research relating to drafting the complaint; conducting document review and discovery; preparing submissions relating to the Rule 706 expert appointed by the Court and participating in expert and expert-related discovery. My firm also took a lead role in settlement negotiations and all mediation sessions before Justice Wallin and Judge Tevrizian and in negotiation and preparation of the settlement documents.

6. The total number of hours spent on this litigation by my firm is 8,641.90. The total lodestar amount for attorney/professional time based on the firm's rates is $3,950,930.50. The hourly rates shown below are the usual and customary rates

charged for each individual in all of our class action cases. A breakdown of the lodestar is as follows:

| Name | Title | Billing Rate | Total Hours | Total Lodestar |
|---|---|---|---|---|
| Andrew S. Friedman | Shareholder | $650.00 | 1,943.70 | $1,263,405.00 |
| Francis J. Balint | Shareholder | $625.00 | 149.70 | $93,562.50 |
| Elaine A. Ryan | Shareholder | $575.00 | 240.20 | $138,115.00 |
| Kimberly Page | Shareholder | $525.00 | 2,862.00 | $1,502,550.00 |
| Guy Hanson | Associate | $525.00 | 116.00 | $60,900.00 |
| Patti Syverson | Associate | $400.00 | 87.90 | $35,160.00 |
| Manfred Muecke | Associate | $375.00 | 748.60 | $280,725.00 |
| Christina Bannon | Associate | $350.00 | 47.70 | $16,695.00 |
| Kristin Ryan | Associate | $350.00 | 400.10 | $140,035.00 |
| Kristin Mackin | Associate | $250.00 | 129.10 | $32,275.00 |
| Michael McKay | Associate | $250.00 | 686.10 | $171,525.00 |
| Lindsey M. Gomez | Associate | $250.00 | 21.00 | $5,250.00 |
| Kevin R. Hanger | Associate | $250.00 | 20.60 | $5,150.00 |
| Eric D. Zard | Associate | $250.00 | 32.90 | $8,225.00 |
| Meredith Vivona | Associate | $180.00 | 38.50 | $6,930.00 |
| Rose Creech | Paralegal | $175.00 | 944.90 | $165,357.50 |
| Stephen Follett | Law Clerk | $145.00 | 100.10 | $14,514.50 |
| Craig Lerner | Paralegal | $145.00 | 72.80 | $10,556.00 |
|  |  |  | 8,641.90 | $3,950,930.50 |

7.   My firm incurred a total of $341,890.53 in expenses in connection with the prosecution of this litigation. They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
|---|---|
| Meals, Hotels & Transportation | $58,324.42 |
| Photocopies | $11,107.77 |
| Postage | $0.00 |
| Telephone, TeleConference, Facsimile | $9,781.83 |

| **EXPENSE CATEGORY** | **TOTAL** |
|---|---:|
| Federal Express/UPS, Messenger | $7,834.94 |
| Filing, Witness & Other Fees | $4,566.50 |
| Court Reporters, Deposition Transcripts/Videos | $1,669.32 |
| Lexis, Westlaw, Online Library Research | $9,334.44 |
| Document Productions - Processing | $19.77 |
| Mediation Fees | $6,713.37 |
| Expert/Consultants/Investigators | $7,250.00 |
| Contributions to the Midland Case Litigation Fund | $225,288.17 |
| **TOTAL** | **$341,890.53** |

8. The expenses pertaining to this case are documented and reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of December, 2010 at Phoenix, Arizona.



_____
Andrew S. Friedman

| | |
|---|---|
| 1 | <div align="center">CERTIFICATE OF SERVICE</div> |
| 2 | I hereby certify that on December 30, 2010, I authorized the electronic filing of |
| 3 | the foregoing with the Clerk of the Court using the CM/ECF system which will send |
| 4 | notification of such filing to the e-mail addresses denoted on the attached Electronic |
| 5 | Mail Notice List, and I hereby certify that I caused to be mailed the foregoing |
| 6 | document or paper via the United States Postal Service to the non-CM/ECF |
| 7 | participants indicated on the attached Manual Notice List. |
| 8 | I certify under penalty of perjury under the laws of the United States of America |
| 9 | that the foregoing is true and correct. Executed on December 30, 2010. |

    s/ Theodore J. Pintar
    THEODORE J. PINTAR

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: TPintar@rgrdlaw.com

# Mailing Information for a Case 2:07-ml-01825-CAS -MAN

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Fletcher C Alford**
  falford@gordonrees.com

- **Stephen R Basser**
  sbasser@barrack.com

- **Steve W Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com

- **Elaine T Byszewski**
  elaine@hbsslaw.com,JenniferB@hbsslaw.com,sharons@hbsslaw.com

- **Lance A Etcheverry**
  lance.etcheverry@skadden.com

- **Ingrid M Evans**
  ievans@waterskraus.com,jmcintosh@waterskraus.com,rredmayne@waterskraus.com

- **Thomas A Evans**
  tevans@reedsmith.com

- **Denise A Fee**
  daf@jordenusa.com

- **Elizabeth A Fegan**
  beth@hbsslaw.com,Chi_Filings@hbsslaw.com

- **Andrew S Friedman**
  afriedman@bffb.com,rcreech@bffb.com,ngerminaro@bffb.com

- **Laura L Geist**
  lgeist@gordonrees.com,dmckee@gordonrees.com

- **Terence N Hawley**
  thawley@reedsmith.com

- **William Hayden Higgins**
  whiggins@reedsmith.com,dkelley@reedsmith.com

- **Rachel L Jensen**

rjensen@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Steven M Jodlowski**
  sjodlowski@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James F Jorden**
  jfj@jordenusa.com,lw@jordenusa.com

- **Daniel J Kurowski**
  dank@hbsslaw.com,chi_filings@hbsslaw.com

- **Timothy Mahoney**
  timm@hbsslaw.com,chi_filings@hbsslaw.com

- **Thomas Jerome Nolan**
  tnolan@skadden.com,carl.roth@skadden.com

- **Thomas Joseph O'Reardon , II**
  toreardon@bholaw.com,christinas@csgrr.com

- **Linda B Oliver**
  loliver@reedsmith.com,swurth@reedsmith.com

- **Kimberly C Page**
  kpage@bffb.com

- **Robert D Phillips , Jr**
  rphillips@reedsmith.com

- **Henry Pietrkowski**
  hpietrkowski@reedsmith.com

- **Theodore J Pintar**
  tedp@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Teresa R Ponder**
  tponder@bergerkahn.com

- **James A Rolfes**
  jrolfes@reedsmith.com

- **Tamara M Rowles**
  trowles@reedsmith.com,aswenson@reedsmith.com

- **Amir Shlesinger**
  ashlesinger@reedsmith.com

- **Craig S Simon**
  csimon@bergerkahn.com

- **John J Stoia , Jr**
  johns@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Phong L Tran**
  ptran@rgrdlaw.com

- **Samuel M Ward**
  sward@barrack.com,lxlamb@barrack.com

- **Jeffrey L Williams**
  jlw@jordenusa.com,ksm@jordenusa.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Michael C McKay
```
Bonnett Fairbourn Friedman and Balint PC
2901 North Central Avenue  Suite 1000
Phoenix, AZ 85012