| | |
|---|---|
| ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>JOHN J. STOIA, JR. (141757)<br>jstoia@rgrdlaw.com<br>THEODORE J. PINTAR (131372)<br>tedp@rgrdlaw.com<br>RACHEL L. JENSEN (211456)<br>rjensen@rgrdlaw.com<br>PHONG L. TRAN (204961)<br>ptran@rgrdlaw.com<br>STEVEN M. JODLOWSKI (239074)<br>sjodlowski@rgrdlaw.com<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax) | |
| BONNETT, FAIRBOURN, FRIEDMAN<br>  & BALINT, P.C.<br>ANDREW S. FRIEDMAN<br>(*Pro Hac Vice*)<br>afriedman@bffb.com<br>KIMBERLY C. PAGE<br>kpage@bffb.com<br>2901 N. Central Avenue, Suite 1000<br>Phoenix, AZ 85012<br>Telephone: 602/274-1100<br>602/274-1199 (fax) | HAGENS BERMAN SOBOL<br>  SHAPIRO LLP<br>STEVE W. BERMAN<br>(*Pro Hac Vice*)<br>steve@hbsslaw.com<br>1918 8th Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: 206/623-7292<br>206/623-0594 (fax) |

Interim Co-Lead Class Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re MIDLAND NATIONAL LIFE<br>INSURANCE CO. ANNUITY SALES<br>PRACTICES LITIGATION<br><br>This Document Relates To:<br><br>   ALL ACTIONS. | MDL No. CV-07-1825-CAS(MANx)<br><br>DECLARATION OF ELIZABETH A.<br>FEGAN IN SUPPORT OF<br>PLAINTIFFS' MOTION FOR AN<br>AWARD OF ATTORNEYS' FEES,<br>REIMBURSEMENT OF EXPENSES<br>AND INCENTIVE AWARD<br><br>JUDGE: Hon. Christina A. Snyder<br>DATE: February 28, 2011<br>TIME: 11:00 A.M.<br>CTRM: 5 – 2nd Floor |

I, Elizabeth A. Fegan, declare as follows:

1. I am a partner with the firm of Hagens Berman Sobol Shapiro, LLP ("Hagens Berman") and one of the attorneys representing the Plaintiffs and the Class Members in the above-entitled action. This declaration is submitted in support of Hagens Berman's application for an award of attorneys' fees and reimbursement in connection with services rendered in the above-entitled action.

2. Attached as Exhibit 1 is a firm biography for Hagens Berman. Hagens Berman is one of the firms appointed as Plaintiffs' Class Counsel in this action and is a member of the three firm Executive Committee.

3. From the inception of this litigation, Plaintiffs' counsel have aggressively and vigorously prosecuted this case and represented the best interests of Plaintiffs and the Class members.

4. Hagens Berman has assisted in the prosecution of this action by researching and filing one of the complaints that was made part of the MDL; participating in the development and implementation of the prosecution strategy; drafting and editing briefs with respect to motions to dismiss, class certification and summary judgment; assisting in extensive document review; assisting in discovery by taking and defending fact and expert witness depositions; by attending and participating in several mediation sessions; and by reviewing and editing the settlement agreement and accompanying documents.

5. The total number of hours spent on this litigation by my firm is 5,483.20. The total lodestar amount for attorney/professional time based on the firm's regular rates is $2,153,485.00. The hourly rates set forth in the chart below for the attorneys and paralegals are the regular rates charged for their services in similar litigation such as this one. A breakdown of the lodestar is as follows:

| | TOTAL HOURS | HOURLY RATES | LODESTAR |
|---|---|---|---|
| **PARTNERS:** | | | |
| Steve W. Berman | 9.50 | $650.00 | $6,175.00 |
| Elizabeth A. Fegan | 697.15 | $525.00 | $366,003.75 |
| Clyde Platt | 147.75 | $475.00 | $70,181.25 |
| Craig Spiegel | 17.40 | $525.00 | $9,135.00 |
| Erin Flory | 76.80 | $525.00 | $40,320.00 |
| Elaine Byszewski | 7.50 | $400.00 | $3,000.00 |
| Ivy Arai | 64.90 | $400.00 | $25,960.00 |
| **ASSOCIATES:** | | | |
| Timothy P. Mahoney | 1,641.40 | $450.00 | $738,630.00 |
| Timothy A. Scott | 216.40 | $375.00 | $81,150.00 |
| Daniel J. Kurowski | 722.00 | $350.00 | $252,700.00 |
| Lisa Hasselman | 36.75 | $490.00 | $18,007.50 |
| Emily Rozwadowski | 1,470.00 | $300.00 | $441,000.00 |
| Emily Roschek | 297.00 | $300.00 | $89,100.00 |
| Shannon Gallagher | 8.50 | $250.00 | $2,125.00 |
| **Total for Partners and Associates** | **5,413.05** | | **$2,143,487.50** |
| **PARALEGALS:** | | | |
| J. Mouser | 3.75 | $150.00 | $562.50 |
| K. Gaffney | 11.45 | $150.00 | $1,717.50 |
| L. Kunzler | 5.00 | $150.00 | $750.00 |
| S. Barolet | 3.50 | $150.00 | $525.00 |
| A. McDonough | 26.25 | $130.00 | $3,412.50 |
| C. Flexer | 8.00 | $150.00 | $1,200.00 |
| K. Acosta | 0.50 | $150.00 | $75.00 |

| | TOTAL HOURS | HOURLY RATES | LODESTAR |
|---|---|---|---|
| **PARALEGALS, Cont'd** | | | |
| M. Dykstra | 2.50 | $150.00 | $375.00 |
| L. Brammeier | 6.20 | $150.00 | $930.00 |
| J. Bain | 3.00 | $150.00 | $450.00 |
| **Total for Paralegals:** | **70.15** | | **$9,997.50** |
| **GRAND TOTALS:** | **5,483.20** | | **$2,153,485.00** |

6. Hagens Berman has incurred a total of $187,686.58 in expenses in connection with the prosecution of this litigation. They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
|---|---|
| Meals, Hotels & Transportation | $23,855.61 |
| Photocopies | $10,918.34 |
| Postage | $734.70 |
| Telephone, Facsimile | $1,008.32 |
| Messenger, Overnight Delivery | $5,606.89 |
| Filing, Witness & Other Fees | $1,402.67 |
| Court Reporters | $11,877.15 |
| Lexis, Westlaw, Online Library Research | $12,037.54 |
| Expert/Consultants/Investigators | $108,245.36 |
| Contributions to the Midland Case Litigation Fund | $12,000.00 |
| **TOTAL EXPENSES:** | **$187,686.58** |

7. The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

8. Hagens Berman originally filed the Bendzak action in the Southern District of Iowa, in Des Moines, Iowa, where Midland is headquartered. During the seventeen months the case was pending there, and continuing after the matter was transferred to this Court, Hagens Berman worked with local counsel J. Barton Goplerud of Hudson Mallaney Shindler & Anderson P.C. Hudson Mallaney's fee and expense declaration is attached hereto as Exhibit 2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of December, 2010, at Oak Park, Illinois.

*Elizabeth A. Fegan*
ELIZABETH A. FEGAN

4

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 30, 2010.

    s/ Theodore J. Pintar
THEODORE J. PINTAR

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: TPintar@rgrdlaw.com

# Mailing Information for a Case 2:07-ml-01825-CAS -MAN

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Fletcher C Alford**
  falford@gordonrees.com

- **Stephen R Basser**
  sbasser@barrack.com

- **Steve W Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com

- **Elaine T Byszewski**
  elaine@hbsslaw.com,JenniferB@hbsslaw.com,sharons@hbsslaw.com

- **Lance A Etcheverry**
  lance.etcheverry@skadden.com

- **Ingrid M Evans**
  ievans@waterskraus.com,jmcintosh@waterskraus.com,rredmayne@waterskraus.com

- **Thomas A Evans**
  tevans@reedsmith.com

- **Denise A Fee**
  daf@jordenusa.com

- **Elizabeth A Fegan**
  beth@hbsslaw.com,Chi_Filings@hbsslaw.com

- **Andrew S Friedman**
  afriedman@bffb.com,rcreech@bffb.com,ngerminaro@bffb.com

- **Laura L Geist**
  lgeist@gordonrees.com,dmckee@gordonrees.com

- **Terence N Hawley**
  thawley@reedsmith.com

- **William Hayden Higgins**
  whiggins@reedsmith.com,dkelley@reedsmith.com

- **Rachel L Jensen**

- rjensen@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Steven M Jodlowski**
  sjodlowski@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James F Jorden**
  jfj@jordenusa.com,lw@jordenusa.com

- **Daniel J Kurowski**
  dank@hbsslaw.com,chi_filings@hbsslaw.com

- **Timothy Mahoney**
  timm@hbsslaw.com,chi_filings@hbsslaw.com

- **Thomas Jerome Nolan**
  tnolan@skadden.com,carl.roth@skadden.com

- **Thomas Joseph O'Reardon , II**
  toreardon@bholaw.com,christinas@csgrr.com

- **Linda B Oliver**
  loliver@reedsmith.com,swurth@reedsmith.com

- **Kimberly C Page**
  kpage@bffb.com

- **Robert D Phillips , Jr**
  rphillips@reedsmith.com

- **Henry Pietrkowski**
  hpietrkowski@reedsmith.com

- **Theodore J Pintar**
  tedp@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Teresa R Ponder**
  tponder@bergerkahn.com

- **James A Rolfes**
  jrolfes@reedsmith.com

- **Tamara M Rowles**
  trowles@reedsmith.com,aswenson@reedsmith.com

- **Amir Shlesinger**
  ashlesinger@reedsmith.com

- **Craig S Simon**
  csimon@bergerkahn.com

- **John J Stoia , Jr**
  johns@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Phong L Tran**
  ptran@rgrdlaw.com

- **Samuel M Ward**
  sward@barrack.com,lxlamb@barrack.com

- **Jeffrey L Williams**
  jlw@jordenusa.com,ksm@jordenusa.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Michael C McKay
```
Bonnett Fairbourn Friedman and Balint PC
2901 North Central Avenue  Suite 1000
Phoenix, AZ 85012