BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
ANDREW S. FRIEDMAN (*Pro Hac Vice*)
afriedman@bffb.com
KIMBERLY C. PAGE
kpage@bffb.com
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602/274-1100
602/274-1199 (fax)

ROBBINS GELLER RUDMAN & DOWD LLP
JOHN J. STOIA, JR.(141757)
jstoia@csgrr.com
THEODORE J. PINTAR (131372)
tpintar@csgrr.com
PHONG L. TRAN (204961)
ptran@csgrr.com
RACHEL L. JENSEN (211456)
rjensen@csgrr.com
STEVEN M. JODLOWSKI (239074)
sjodlowski@csgrr.com
655 West Broadway, Suite 1900
San Diego, CA 92101-4797
Telephone: 619/231-1058
619/231-7423 (fax)

Interim Co-Lead Class Counsel

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| IN RE MIDLAND NATIONAL LIFE INSURANCE CO. ANNUITY SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 07-1825 CAS (MANx)<br><br>DECLARATION OF INGRID M. EVANS IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD PAYMENTS<br><br>Honorable Christina A. Snyder |

1

1  I, Ingrid M. Evans, declare as follows:

2  1.  I am currently a member of the firm of Waters Kraus & Paul (WK&P) and was previously a member of the firm of Renne Sloan Holtzman Sakai LLP (RSHS). I am, and while at RSHS I was, one of the attorneys representing the plaintiff and Class members in the above-entitled action. I am submitting this declaration in support of WK&P's and RSHS's applications for an award of attorneys' fees and reimbursement in connection with services rendered in the above-entitled action.

2.  Attached as Exhibit A are firm biographies for WK&P and RSHS.

3.  WK&P is currently one of the Plaintiffs' Counsel in this matter.

4.  RSHS was one of Plaintiffs' Counsel in this matter up until October 2008 and WK&P substituted in as counsel of record in place of RSHS when I changed firms.

5.  From the inception of this litigation, counsel for plaintiffs have aggressively prosecuted this case and vigorously represented the best interests of plaintiffs and the Class.

6.  WK&P and RSHS assisted in the prosecution of this action by conducting legal and factual research relating to the drafting of the complaint, drafting and editing briefs, assisting in document review and discovery, participating in expert and expert-related discovery, assisting in pre-trial planning and strategy, and attending depositions.

7.  The total number of hours spent on this litigation by WK&P and RSHS is 1959.47. The total lodestar amount for attorney/professional time based on the firms' rates is $808,833.05. The hourly rates shown below are the usual and customary rates charged for each individual in all of our class action cases. A breakdown of the lodestar provided to me from each RSHS and WKP is as follows:

| NAME | HOURS | RATE | LODESTAR |
|---|---|---|---|
| Peter Kraus (WK&P) | 14.00 | 700.00 | 9,800.00 |
| Charles Siegel (WK&P) | 11.35 | 675.00 | 7,661.25 |
| Louise H. Renne (RSHS) | 54.43 | 700.00 | 38,101.00 |
| Ingrid M. Evans (RSHS & WK&P) | 460.82 | 550.00 | 253,451 |
| Leslie MacLean (WK&P) | .25 | 550.00 | 137.50 |
| Michelle Whitman (WK&P) | 5.80 | 550.00 | 3,190.00 |
| Loren Jacobson (WK&P) | .20 | 495.00 | 99.00 |
| Kristen Fritz (WK&P) | 4.75 | 475.00 | 2,256.25 |
| Sundeep Patel (WK&P) | 29.60 | 475.00 | 14,060.00 |
| Steven P. Shaw (RSHS) | 210.08 | 425.00 | 89,284.00 |
| David L. Cheng (WK&P) | 84.00 | 425.00 | 35,700.00 |
| David L. Cheng (RSHS) | 433.19 | 395.00 | 171,110.05 |
| Lisa Williams (RSHS) | 50.00 | 495.00 | 24,750.00 |
| Kevin S. Dickey (RSHS) | 44.25 | 495.00 | 21,903.75 |
| Keith C. Shaw (RSHS) | 2.00 | 425.00 | 850.00 |
| Jennifer McIntosh | 4.35 | 375.00 | 1,631.25 |
| Paralegals (RSHS & WK&P) | 505.40 | 245.00 | 123,823.00 |
| Law Clerks (RSHS & WK&P) | 45.00 | 245.00 | 11,025.00 |
| **TOTAL** | **1959.47** | | **808,833.05** |

8. WK&P and RSHS incurred a total of $147,271.40 in expenses in connection with the prosecution of this litigation. They are broken down as follows:

| | | | TOTAL |
|---|---|---|---|
| **EXPENSE CATEGORY** | WK&P | RSHS | |
| Meals, Hotels & Transportation | | 1,519.43 | 1,519.43 |
| Photocopies/Postage/Fax | 949.71 | | 949.71 |
| Messenger, Overnight Delivery | 253.75 | 841.12 | 1,094.87 |
| Filing, Witness & Other Fees | | 66.25 | 66.25 |
| Lexis, Westlaw, Online Library Research | 292.62 | 1,576.59 | 1,869.21 |
| Conference Call Telephone Charges | 12.77 | | 12.77 |

3

| | | | TOTAL |
|---|---|---|---|
| Contributions to the Midland Case Litigation Fund | 25,000.00 | 116,759.16 | 141,759.16 |
| TOTAL | 26,508.85 | 120,762.55 | 147,271.40 |

9. The expenses pertaining to this case are reflected in the books and records of these firms. These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses. I have permission from RSHS to submit this declaration on their behalf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of December, 2010, at San Francisco, California.

_____
INGRID M. EVANS

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 30, 2010.

    s/ Theodore J. Pintar
   THEODORE J. PINTAR

ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: TPintar@rgrdlaw.com

# Mailing Information for a Case 2:07-ml-01825-CAS -MAN

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Fletcher C Alford**
  falford@gordonrees.com

- **Stephen R Basser**
  sbasser@barrack.com

- **Steve W Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com

- **Elaine T Byszewski**
  elaine@hbsslaw.com,JenniferB@hbsslaw.com,sharons@hbsslaw.com

- **Lance A Etcheverry**
  lance.etcheverry@skadden.com

- **Ingrid M Evans**
  ievans@waterskraus.com,jmcintosh@waterskraus.com,rredmayne@waterskraus.com

- **Thomas A Evans**
  tevans@reedsmith.com

- **Denise A Fee**
  daf@jordenusa.com

- **Elizabeth A Fegan**
  beth@hbsslaw.com,Chi_Filings@hbsslaw.com

- **Andrew S Friedman**
  afriedman@bffb.com,rcreech@bffb.com,ngerminaro@bffb.com

- **Laura L Geist**
  lgeist@gordonrees.com,dmckee@gordonrees.com

- **Terence N Hawley**
  thawley@reedsmith.com

- **William Hayden Higgins**
  whiggins@reedsmith.com,dkelley@reedsmith.com

- **Rachel L Jensen**

rjensen@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Steven M Jodlowski**
  sjodlowski@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James F Jorden**
  jfj@jordenusa.com,lw@jordenusa.com

- **Daniel J Kurowski**
  dank@hbsslaw.com,chi_filings@hbsslaw.com

- **Timothy Mahoney**
  timm@hbsslaw.com,chi_filings@hbsslaw.com

- **Thomas Jerome Nolan**
  tnolan@skadden.com,carl.roth@skadden.com

- **Thomas Joseph O'Reardon , II**
  toreardon@bholaw.com,christinas@csgrr.com

- **Linda B Oliver**
  loliver@reedsmith.com,swurth@reedsmith.com

- **Kimberly C Page**
  kpage@bffb.com

- **Robert D Phillips , Jr**
  rphillips@reedsmith.com

- **Henry Pietrkowski**
  hpietrkowski@reedsmith.com

- **Theodore J Pintar**
  tedp@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Teresa R Ponder**
  tponder@bergerkahn.com

- **James A Rolfes**
  jrolfes@reedsmith.com

- **Tamara M Rowles**
  trowles@reedsmith.com,aswenson@reedsmith.com

- **Amir Shlesinger**
  ashlesinger@reedsmith.com

- **Craig S Simon**
  csimon@bergerkahn.com

- **John J Stoia , Jr**
  johns@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Phong L Tran**
  ptran@rgrdlaw.com

- **Samuel M Ward**
  sward@barrack.com,lxlamb@barrack.com

- **Jeffrey L Williams**
  jlw@jordenusa.com,ksm@jordenusa.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Michael C McKay
```
Bonnett Fairbourn Friedman and Balint PC
2901 North Central Avenue  Suite 1000
Phoenix, AZ 85012