1   ROBBINS GELLER RUDMAN
       & DOWD LLP
2   JOHN J. STOIA, JR. (141757)
    jstoia@rgrdlaw.com
3   THEODORE J. PINTAR (131372)
    tedp@rgrdlaw.com
4   RACHEL L. JENSEN (211456)
    rjensen@rgrdlaw.com
5   PHONG L. TRAN (204961)
    ptran@rgrdlaw.com
6   STEVEN M. JODLOWSKI (239074)
    sjodlowski@rgrdlaw.com
7   655 West Broadway, Suite 1900
    San Diego, CA  92101
8   Telephone:  619/231-1058
    619/231-7423 (fax)
9
    BONNETT, FAIRBOURN, FRIEDMAN        HAGENS BERMAN SOBOL
10      & BALINT, P.C.                      SHAPIRO LLP
    ANDREW S. FRIEDMAN                  STEVE W. BERMAN
11  (*Pro Hac Vice*)                    (*Pro Hac Vice*)
    afriedman@bffb.com                  steve@hbsslaw.com
12  KIMBERLY C. PAGE                    1918 8th Avenue, Suite 3300
    kpage@bffb.com                      Seattle, WA  98101
13  2901 N. Central Avenue, Suite 1000  Telephone:  206/623-7292
    Phoenix, AZ  85012                  206/623-0594 (fax)
14  Telephone:  602/274-1100
    602/274-1199 (fax)
15
    Interim Co-Lead Class Counsel
16

17                  UNITED STATES DISTRICT COURT

18                 CENTRAL DISTRICT OF CALIFORNIA

19                        WESTERN DIVISION

20  In re MIDLAND NATIONAL LIFE       )  MDL No. CV-07-1825-CAS(MANx)
21  INSURANCE CO. ANNUITY SALES       )
    PRACTICES LITIGATION              )
22  _____  )  DECLARATION OF JEFFREY R.
                                      )  KRINSK IN SUPPORT OF
23  This Document Relates To:         )  PLAINTIFFS' MOTION FOR AN
                                      )  AWARD OF ATTORNEYS' FEES,
24      ALL ACTIONS.                  )  REIMBURSEMENT OF EXPENSES
                                      )  AND INCENTIVE AWARD
25  _____  )
                                         JUDGE:   Hon. Christina A. Snyder
26                                       DATE:    February 28, 2011
                                         TIME:    11:00 a.m.
27                                       CTRM:    5 – 2nd Floor

28

I, Jeffrey R. Krinsk, declare as follows:

1.      I am a partner with the firm of Finkelstein & Krinsk LLP ("F&K") and one of the attorneys representing the Plaintiffs and the Class Members in the above-entitled action.  This declaration is submitted in support of F&K's application for an award of attorneys' fees and reimbursement in connection with services rendered in the above-entitled action.

2.      Attached as Exhibit A is a firm biography for Finkelstein & Krinsk LLP, one of the firms appointed as Plaintiffs' Class Counsel in this action.

3.      From the inception of this litigation, counsel for plaintiffs have aggressively and vigorously prosecuted this case and represented the best interests of Plaintiffs and the Class.

4.      My firm has assisted in the prosecution of this action by conducting legal and factual research relating to the drafting of the complaint, drafting and editing briefs, assisting in extensive document review, assisting in discovery, participating in expert-related discovery, and assisting in pre-trial planning and strategy.

5.      The total number of hours spent on this litigation by my firm is 3,828.55. The total lodestar amount for attorney/professional time based on the firm's rate is $1,618,954.10.  The hourly rates set forth in the chart below for the attorneys and paralegals are the regular rates charged for their services in similar litigation such as this one.  A breakdown of the lodestar is as follows:

|  | Total Hours | Hourly Rates | Lodestar |
|---|---|---|---|
| **Partners:** | | | |
| **Howard Finkelstein** | 611.75 | 525 | 321,168.75 |
| **Jeffrey Krinsk** | 217.50 | 525 | 114,187.50 |
| **Mark Knutson** | 1,225.20 | 490 | 600,348.00 |
| **Total for Partners:** | 2,054.45 | | 1,035,704.25 |

1

| Associates: | | | |
|---|---:|---:|---:|
| C. Michael Plavi | 1,336.90 | 375 | 501,337.50 |
| Jennifer MacPherson | 5.75 | 375 | 2,156.25 |
| William Restis | 144.20 | 325 | 46,865.00 |
| Total for Associates | 1,486.85 | | 550,358.75 |
| Paralegals: | | | |
| Carol Grace | 31.50 | 125 | 3,937.50 |
| Jason Rothman | 23.25 | 125 | 2,906.25 |
| Holly Pomroy | 67.50 | 125 | 8,437.50 |
| Andrea Vasquez | 44.40 | 125 | 5,550.00 |
| Melissa Rodriguez | 18.30 | 100 | 1,830.00 |
| Kim Jones | 44.80 | 100 | 4,480.00 |
| Judy Richards | 57.50 | 100 | 5,750.00 |
| Total for Paralegals: | 287.25 | | 32,891.25 |
| Grand Totals: | 3,828.55 | | 1,618,954.25 |

6.     F&K has incurred a total of $215,427.79 in expenses in connection with the prosecution of this litigation.  They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
|---|---:|
| Meals, Hotels & Transportation | 4,096.80 |
| Photocopies | 1,311.62 |
| Postage | 123.93 |
| Telephone, Facsimile | 1,366.55 |
| Messenger, Overnight Delivery | 249.62 |
| Filing, Witness & Other Fees | 356.30 |
| Court Reporters | 232.00 |

2

| | | |
|---|---|---|
| 1 | Lexis, Westlaw, Online Library Research | 1,286.37 |
| 2 | Class Action Notices/Business Wire | -- |
| 3 | Mediation Fees | -- |
| 4 | Expert/Consultants/Investigators | 1,808.00 |
| 5 | Contributions to the Midland Case Litigation Fund | 204,596.60 |
| 6 | **TOTAL** | **$215,427.79** |

7.    The expenses pertaining to this case are reflected in the books and records of this firm.  These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this **27**ᵏ day of December, 2010, at San Diego, California.

_____
JEFFREY R. KRINSK

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 30, 2010.

 s/ Theodore J. Pintar
THEODORE J. PINTAR

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  TPintar@rgrdlaw.com

# Mailing Information for a Case 2:07-ml-01825-CAS -MAN

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Fletcher C Alford**
  falford@gordonrees.com

- **Stephen R Basser**
  sbasser@barrack.com

- **Steve W Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com

- **Elaine T Byszewski**
  elaine@hbsslaw.com,JenniferB@hbsslaw.com,sharons@hbsslaw.com

- **Lance A Etcheverry**
  lance.etcheverry@skadden.com

- **Ingrid M Evans**
  ievans@waterskraus.com,jmcintosh@waterskraus.com,rredmayne@waterskraus.com

- **Thomas A Evans**
  tevans@reedsmith.com

- **Denise A Fee**
  daf@jordenusa.com

- **Elizabeth A Fegan**
  beth@hbsslaw.com,Chi_Filings@hbsslaw.com

- **Andrew S Friedman**
  afriedman@bffb.com,rcreech@bffb.com,ngerminaro@bffb.com

- **Laura L Geist**
  lgeist@gordonrees.com,dmckee@gordonrees.com

- **Terence N Hawley**
  thawley@reedsmith.com

- **William Hayden Higgins**
  whiggins@reedsmith.com,dkelley@reedsmith.com

- **Rachel L Jensen**

rjensen@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Steven M Jodlowski**
  sjodlowski@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James F Jorden**
  jfj@jordenusa.com,lw@jordenusa.com

- **Daniel J Kurowski**
  dank@hbsslaw.com,chi_filings@hbsslaw.com

- **Timothy Mahoney**
  timm@hbsslaw.com,chi_filings@hbsslaw.com

- **Thomas Jerome Nolan**
  tnolan@skadden.com,carl.roth@skadden.com

- **Thomas Joseph O'Reardon , II**
  toreardon@bholaw.com,christinas@csgrr.com

- **Linda B Oliver**
  loliver@reedsmith.com,swurth@reedsmith.com

- **Kimberly C Page**
  kpage@bffb.com

- **Robert D Phillips , Jr**
  rphillips@reedsmith.com

- **Henry Pietrkowski**
  hpietrkowski@reedsmith.com

- **Theodore J Pintar**
  tedp@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Teresa R Ponder**
  tponder@bergerkahn.com

- **James A Rolfes**
  jrolfes@reedsmith.com

- **Tamara M Rowles**
  trowles@reedsmith.com,aswenson@reedsmith.com

- **Amir Shlesinger**
  ashlesinger@reedsmith.com

- **Craig S Simon**
  csimon@bergerkahn.com

- **John J Stoia , Jr**
  johns@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Phong L Tran**
  ptran@rgrdlaw.com

- **Samuel M Ward**
  sward@barrack.com,lxlamb@barrack.com

- **Jeffrey L Williams**
  jlw@jordenusa.com,ksm@jordenusa.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Michael C McKay**
Bonnett Fairbourn Friedman and Balint PC
2901 North Central Avenue  Suite 1000
Phoenix, AZ 85012