ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR. (141757)
jstoia@rgrdlaw.com
THEODORE J. PINTAR (131372)
tedp@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
PHONG L. TRAN (204961)
ptran@rgrdlaw.com
STEVEN M. JODLOWSKI (239074)
sjodlowski@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
(*Pro Hac Vice*)
afriedman@bffb.com
KIMBERLY C. PAGE
kpage@bffb.com
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602/274-1100
602/274-1199 (fax)

HAGENS BERMAN SOBOL
  SHAPIRO LLP
STEVE W. BERMAN
(*Pro Hac Vice*)
steve@hbsslaw.com
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: 206/623-7292
206/623-0594 (fax)

Interim Co-Lead Class Counsel

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re MIDLAND NATIONAL LIFE INSURANCE CO. ANNUITY SALES PRACTICES LITIGATION <br><br> This Document Relates To: <br><br> ALL ACTIONS. | MDL No. CV-07-1825-CAS(MANx) <br><br> DECLARATION OF STEPHEN R. BASSER IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD <br><br> JUDGE: Hon. Christina A. Snyder <br> DATE: February 28, 2011 <br> TIME: 11:00 a.m. <br> CTRM: 5 – 2nd Floor |

I, Stephen R. Basser, declare as follows:

1. I am a partner with the firm of Barrack, Rodos & Bacine ("Barrack") and one of the attorneys representing the Plaintiffs and the Class Members in the above-entitled action. This declaration is submitted in support of Barrack's application for an award of attorneys' fees and reimbursement in connection with services rendered in the above-entitled action.

2. Attached as Exhibit A is a firm biography for Barrack, Rodos & Bacine, one of the firms appointed as Plaintiffs' Class Counsel in this action.

3. From the inception of this litigation, counsel for Plaintiffs have aggressively and vigorously prosecuted this case and represented the best interests of Plaintiffs and the Class.

4. My firm has assisted in the prosecution of this action by conducting legal and factual research relating to the drafting of the complaint, drafting and editing briefs, assisting in extensive document review, assisting in discovery, participating in expert-related discovery, and assisting in pre-trial planning and strategy.

5. The total number of hours spent on this litigation by my firm is 3,584.25. The total lodestar amount for attorney/professional time based on the firm's rate is $1,594,734.75. The hourly rates set forth in the chart below for the attorneys and paralegals are the regular rates charged for their services in similar litigation such as this one. A breakdown of the lodestar is as follows:

|  | Total Hours | Hourly Rates | Lodestar |
|---|---|---|---|
| **Partners:** | | | |
| Daniel E. Bacine | 52.50 | $700.00 | $36,750.00 |
| Stephen R. Basser | 457.75 | $650.00 | $297,537.50 |
| Mark R. Rosen | 371.50 | $650.00 | $241,475.00 |
| William J. Ban | 170.00 | $550.00 | $93,500.00 |
| **Total for Partners:** | 1,051.75 | | $669,262.50 |

| **Associates:** | | | |
|---|---|---|---|
| David A. Peckman | 16.75 | $450.00 | $7,537.50 |
| Samuel M. Ward | 114.00 | $440.00 | $50,160.00 |
| John L. Haeussler | 434.25 | $415.00 | $180,213.75 |
| Scott W. Laws | 549.75 | $400.00 | $219,900.00 |
| Jerome R. Synold | 729.25 | $375.00 | $273,468.75 |
| Jonathan F. Everest | 331.00 | $325.00 | $107,575.00 |
| Joseph D. Rose | 48.00 | $325.00 | $15,600.00 |
| Marisa C. Livesay | 145.00 | $275.00 | $39,875.00 |
| **Total for Associates:** | **2,368.00** | | **$894,330.00** |
| **Paralegals:** | | | |
| Joseph J. Morrison | 13.75 | $230.00 | $3,162.50 |
| Lisa M. Napoleon | 14.00 | $230.00 | $3,220.00 |
| Gavin R. O'Hara | 17.75 | $230.00 | $4,082.50 |
| Geraldina V. Diaz | 30.50 | $175.00 | $5,337.50 |
| Mylan T. Gades | 54.25 | $175.00 | $9,493.75 |
| Michelle S. Grycner | 34.00 | $160.00 | $5,440.00 |
| **Total for Paralegals:** | **164.25** | | **$30,736.25** |
| **Grand Totals:** | **3,584.25** | | **$1,594,328.75** |

6. Barrack has incurred a total of $244,826.29 in expenses in connection with the prosecution of this litigation. They are broken down as follows:

| **Description** | **Total** |
|---|---|
| Commercial Copies | $333.27 |
| Contributions to Midland Case Litig. Fund | $222,342.24 |
| Courier & Overnight Delivery Services | $329.67 |
| In-House Photocopies | $4,523.25 |
| Lexis, Westlaw, Online Library Research | $1,483.48 |
| Meals, Hotels & Transportation | $13,008.39 |
| Postage | $37.35 |
| Service | $205.00 |
| Telephone | $2,563.64 |
| **Grand Total:** | **$244,826.29** |

7. The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of December, 2010, at San Diego, California.

_____
STEPHEN R. BASSER

CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 30, 2010.

    s/ Theodore J. Pintar
THEODORE J. PINTAR

ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: TPintar@rgrdlaw.com

# Mailing Information for a Case 2:07-ml-01825-CAS -MAN

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Fletcher C Alford**
  falford@gordonrees.com

- **Stephen R Basser**
  sbasser@barrack.com

- **Steve W Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com

- **Elaine T Byszewski**
  elaine@hbsslaw.com,JenniferB@hbsslaw.com,sharons@hbsslaw.com

- **Lance A Etcheverry**
  lance.etcheverry@skadden.com

- **Ingrid M Evans**
  ievans@waterskraus.com,jmcintosh@waterskraus.com,rredmayne@waterskraus.com

- **Thomas A Evans**
  tevans@reedsmith.com

- **Denise A Fee**
  daf@jordenusa.com

- **Elizabeth A Fegan**
  beth@hbsslaw.com,Chi_Filings@hbsslaw.com

- **Andrew S Friedman**
  afriedman@bffb.com,rcreech@bffb.com,ngerminaro@bffb.com

- **Laura L Geist**
  lgeist@gordonrees.com,dmckee@gordonrees.com

- **Terence N Hawley**
  thawley@reedsmith.com

- **William Hayden Higgins**
  whiggins@reedsmith.com,dkelley@reedsmith.com

- **Rachel L Jensen**

rjensen@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Steven M Jodlowski**
  sjodlowski@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James F Jorden**
  jfj@jordenusa.com,lw@jordenusa.com

- **Daniel J Kurowski**
  dank@hbsslaw.com,chi_filings@hbsslaw.com

- **Timothy Mahoney**
  timm@hbsslaw.com,chi_filings@hbsslaw.com

- **Thomas Jerome Nolan**
  tnolan@skadden.com,carl.roth@skadden.com

- **Thomas Joseph O'Reardon , II**
  toreardon@bholaw.com,christinas@csgrr.com

- **Linda B Oliver**
  loliver@reedsmith.com,swurth@reedsmith.com

- **Kimberly C Page**
  kpage@bffb.com

- **Robert D Phillips , Jr**
  rphillips@reedsmith.com

- **Henry Pietrkowski**
  hpietrkowski@reedsmith.com

- **Theodore J Pintar**
  tedp@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Teresa R Ponder**
  tponder@bergerkahn.com

- **James A Rolfes**
  jrolfes@reedsmith.com

- **Tamara M Rowles**
  trowles@reedsmith.com,aswenson@reedsmith.com

- **Amir Shlesinger**
  ashlesinger@reedsmith.com

- **Craig S Simon**
  csimon@bergerkahn.com

- **John J Stoia , Jr**
  johns@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Phong L Tran**
  ptran@rgrdlaw.com

- **Samuel M Ward**
  sward@barrack.com,lxlamb@barrack.com

- **Jeffrey L Williams**
  jlw@jordenusa.com,ksm@jordenusa.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Michael C McKay
```
Bonnett Fairbourn Friedman and Balint PC
2901 North Central Avenue  Suite 1000
Phoenix, AZ 85012