1 | ROBBINS GELLER RUDMAN
      & DOWD LLP
2 | JOHN J. STOIA, JR. (141757)
    jstoia@rgrdlaw.com
3 | THEODORE J. PINTAR (131372)
    tedp@rgrdlaw.com
4 | RACHEL L. JENSEN (211456)
    rjensen@rgrdlaw.com
5 | PHONG L. TRAN (204961)
    ptran@rgrdlaw.com
6 | STEVEN M. JODLOWSKI (239074)
    sjodlowski@rgrdlaw.com
7 | 655 West Broadway, Suite 1900
    San Diego, CA 92101
8 | Telephone: 619/231-1058
    619/231-7423 (fax)
9 |
      BONNETT, FAIRBOURN, FRIEDMAN          HAGENS BERMAN SOBOL
10 |    & BALINT, P.C.                        SHAPIRO LLP
      ANDREW S. FRIEDMAN                    STEVE W. BERMAN
11 | (*Pro Hac Vice*)                        (*Pro Hac Vice*)
    afriedman@bffb.com                      steve@hbsslaw.com
12 | KIMBERLY C. PAGE                       1918 8th Avenue, Suite 3300
    kpage@bffb.com                          Seattle, WA 98101
13 | 2901 N. Central Avenue, Suite 1000     Telephone: 206/623-7292
    Phoenix, AZ 85012                       206/623-0594 (fax)
14 | Telephone: 602/274-1100
    602/274-1199 (fax)
15 |
      Interim Co-Lead Class Counsel
16 |
      [Additional counsel appear on signature page.]
17 |                   UNITED STATES DISTRICT COURT
18 |                   CENTRAL DISTRICT OF CALIFORNIA
19 |                            WESTERN DIVISION
20 |
      In re MIDLAND NATIONAL LIFE    )   MDL No. CV-07-1825-CAS(MANx)
21 | INSURANCE CO. ANNUITY SALES     )
      PRACTICES LITIGATION           )   DECLARATION OF JOHN A.
22 | _____    )   YANCHUNIS IN SUPPORT OF
                                     )   PLAINTIFFS' MOTION FOR AN
23 | This Document Relates To:       )   AWARD OF ATTORNEYS' FEES,
                                     )   REIMBURSEMENT OF EXPENSES
24 |     ALL ACTIONS.                )   AND INCENTIVE AWARD
                                     )
25 |                                     JUDGE:   Hon. Christina A. Snyder
                                         DATE:    February 28, 2011
26 |                                     TIME:    11:00 A.M.
                                         CTRM:    5 – 2nd Floor
27 |
28 |

I, John A. Yanchunis, declare as follows:

1.      I am a partner with the firm of James, Hoyer, Newcomer, Smiljanich & Yanchunis, P.A. ("James Hoyer") and one of the attorneys representing the Plaintiffs and the Class Members in the above-entitled action.  This declaration is submitted in support of James Hoyer's application for an award of attorneys' fees and reimbursement in connection with services rendered in the above-entitled action.

2.      Attached as Exhibit A is a firm biography for James, Hoyer, Newcomer, Smiljanich & Yanchunis, P.A., one of the firms appointed as Plaintiffs' Class Counsel in this action.

3.      From the inception of this litigation, counsel for plaintiffs have aggressively and vigorously prosecuted this case and represented the best interests of Plaintiffs and the Class.

4.      My firm has assisted in the prosecution of this action by conducting legal and factual research relating to the drafting of the complaint, drafting and editing briefs, assisting in extensive document review, assisting in discovery, participating in expert-related discovery, and assisting in pre-trial planning and strategy.  My firm and I have also kept the class representative, Robert Kaiser, advised of the ongoing prosecution of the case, and taken direction from the class representative when such direction was given.  We have also sent Mr. Kaiser the documents generated in the case, and discussed the terms of the settlement agreement with him which he approved.

5.      The total number of hours spent on this litigation by my firm is 1,961.90.  The total lodestar amount for attorney/professional time based on the firm's rate is $805169.00.  The hourly rates set forth in the chart below for the attorneys and paralegals are the regular rates charged for their services in similar litigation such as this one.  A breakdown of the lodestar is as follows:

|  | **Total Hours** | **Hourly Rates** | **Lodestar** |
|---|---|---|---|
| **Partners:** | | | |
| John A. Yanchunis | 23.3 | $600.00 | $ 13,980.00 |
| Christa L. Collins | 50.6 | $600.00 | $ 30,360.00 |
| Andrew Meyer | 321.3 | $550.00 | $176,715.00 |
| **Total for Partners** | | | **$221,055.00** |
| **Associates:** | | | |
| Amy Guinan | 18.4 | $400.00 | $ 7,360.00 |
| Angela Mirabole | 1,280.6 | $400.00 | $512,240.00 |
| Nicole Mayer | 0.4 | $400.00 | $ 160.00 |
| **Total for Associates** | | | **$519,760.00** |
| **Investigators:** | | | |
| Alfred W. Scudieri | 3.8 | $250.00 | $ 950.00 |
| Jim Ross | 2.4 | $250.00 | $ 600.00 |
| Frank Martelli | 12.6 | $250.00 | $ 3,150.00 |
| Larry Dougherty | 4.1 | $250.00 | $ 1,025.00 |
| Rob North | 209.1 | $250.00 | $ 52,275.00 |
| **Total for Investigators** | | | **$ 58,000.00** |
| **Paralegals:** | | | |
| Patti Till | 9.5 | $180.00 | $ 1,710.00 |
| Kim Fowlkes | 17.8 | $180.00 | $ 3,204.00 |
| Joanna Palaveda | 8.0 | $180.00 | $ 1,440.00 |
| **Total for Paralegals** | | | **$ 6,354.00** |
| **Grand Totals:** | **1,961.9** | | **$805,169.00** |

6.     James Hoyer has incurred a total of $150,162.24 in expenses in connection with the prosecution of this litigation. They are broken down as follows:

2

| EXPENSE CATEGORY | TOTAL |
|---|---|
| Meals, Hotels & Transportation | $3,982.44 |
| Photocopies | |
| Postage | $539.85 |
| Telephone, Facsimile | $43.80 |
| Messenger, Overnight Delivery | $35.58 |
| Filing, Witness & Other Fees | $790.00 |
| Court Reporters | $2,345.13 |
| Lexis, Westlaw, Online Library Research | $460.00 |
| Class Action Notices/Business Wire | |
| Mediation Fees | |
| Expert/Consultants/Investigators | |
| Contributions to the Midland Case Litigation Fund | $141,759.16 |
| Miscellaneous | $206.28 |
| **TOTAL** | **$150,162.24** |

7.     The expenses pertaining to this case are reflected in the books and records of this firm.  These books and records are prepared from expense vouchers, check records and other documents and are an accurate record of the expenses.

3

1        I declare under penalty of perjury under the laws of the United States of

2   America that the foregoing is true and correct.  Executed this 16th day of December,

3   2010, at Tampa, Florida.

4

5                                          JOHN A. YANCHUNIS

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

1                      <u>CERTIFICATE OF SERVICE</u>

2        I hereby certify that on December 30, 2010, I authorized the electronic filing of

3  the foregoing with the Clerk of the Court using the CM/ECF system which will send

4  notification of such filing to the e-mail addresses denoted on the attached Electronic

5  Mail Notice List, and I hereby certify that I caused to be mailed the foregoing

6  document or paper via the United States Postal Service to the non-CM/ECF

7  participants indicated on the attached Manual Notice List.

8        I certify under penalty of perjury under the laws of the United States of America

9  that the foregoing is true and correct.  Executed on December 30, 2010.

10

11                                <u>s/ Theodore J. Pintar</u>
                                THEODORE J. PINTAR

12                                ROBBINS GELLER RUDMAN
                                        & DOWD LLP

13                                655 West Broadway, Suite 1900
                              San Diego, CA  92101-3301

14                                Telephone:  619/231-1058
                              619/231-7423 (fax)

15

16                                E-mail:  TPintar@rgrdlaw.com

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 2:07-ml-01825-CAS -MAN

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Fletcher C Alford**
  falford@gordonrees.com

- **Stephen R Basser**
  sbasser@barrack.com

- **Steve W Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com

- **Elaine T Byszewski**
  elaine@hbsslaw.com,JenniferB@hbsslaw.com,sharons@hbsslaw.com

- **Lance A Etcheverry**
  lance.etcheverry@skadden.com

- **Ingrid M Evans**
  ievans@waterskraus.com,jmcintosh@waterskraus.com,rredmayne@waterskraus.com

- **Thomas A Evans**
  tevans@reedsmith.com

- **Denise A Fee**
  daf@jordenusa.com

- **Elizabeth A Fegan**
  beth@hbsslaw.com,Chi_Filings@hbsslaw.com

- **Andrew S Friedman**
  afriedman@bffb.com,rcreech@bffb.com,ngerminaro@bffb.com

- **Laura L Geist**
  lgeist@gordonrees.com,dmckee@gordonrees.com

- **Terence N Hawley**
  thawley@reedsmith.com

- **William Hayden Higgins**
  whiggins@reedsmith.com,dkelley@reedsmith.com

- **Rachel L Jensen**

rjensen@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Steven M Jodlowski**
  sjodlowski@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James F Jorden**
  jfj@jordenusa.com,lw@jordenusa.com

- **Daniel J Kurowski**
  dank@hbsslaw.com,chi_filings@hbsslaw.com

- **Timothy Mahoney**
  timm@hbsslaw.com,chi_filings@hbsslaw.com

- **Thomas Jerome Nolan**
  tnolan@skadden.com,carl.roth@skadden.com

- **Thomas Joseph O'Reardon , II**
  toreardon@bholaw.com,christinas@csgrr.com

- **Linda B Oliver**
  loliver@reedsmith.com,swurth@reedsmith.com

- **Kimberly C Page**
  kpage@bffb.com

- **Robert D Phillips , Jr**
  rphillips@reedsmith.com

- **Henry Pietrkowski**
  hpietrkowski@reedsmith.com

- **Theodore J Pintar**
  tedp@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Teresa R Ponder**
  tponder@bergerkahn.com

- **James A Rolfes**
  jrolfes@reedsmith.com

- **Tamara M Rowles**
  trowles@reedsmith.com,aswenson@reedsmith.com

- **Amir Shlesinger**
  ashlesinger@reedsmith.com

- **Craig S Simon**
  csimon@bergerkahn.com

- **John J Stoia , Jr**
  johns@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Phong L Tran**
  ptran@rgrdlaw.com

- **Samuel M Ward**
  sward@barrack.com,lxlamb@barrack.com

- **Jeffrey L Williams**
  jlw@jordenusa.com,ksm@jordenusa.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Michael C McKay**
Bonnett Fairbourn Friedman and Balint PC
2901 North Central Avenue  Suite 1000
Phoenix, AZ 85012