# EXHIBIT A

# EXHIBIT A

Philip James Bieluch, FSA, MAAA, FCA
60 Tollgate Lane
Avon, CT 06001

| | |
|---|---|
| EDUCATION | B. S. Computer Coordinated with Mathematics – 1976
Trinity College, Hartford, CT

Post-graduate work in actuarial science – 1977 - 1979
Northeastern University, Boston, MA
Fellow, Society of Actuaries – 1981

Society of Actuaries, Schaumburg, IL

Chartered Life Underwriter – 1981
American College, Bryn Mawr, PA

Chartered Financial Consultant – 1984
American College, Bryn Mawr, PA |
| EXPERIENCE | |
| October 2002 to Current | Independent Consultant

Consultant to law firms on matters relating to insurance company class actions

Consultant on life insurance company acquisitions

Worked on state examinations of insurance companies |
| January 2001 to September 2002 | Hampton Re Limited, Hamilton, Bermuda
Senior Vice President and Chief Actuary, Corporate Secretary

Involved in the start-up of a Bermuda based reinsurer which invested 100% of its capital in hedge funds.

Responsible for all aspects of pricing of block reinsurance transactions including development of mortality standards for various blocks of business. |

- 1 -

# EXHIBIT A

|  |  |
|---|---|
|  | Responsible for developing reserves for in-force transactions |
| May 1998 to December 2000 | <u>Bieluch & Associates</u>, Southborough, Massachusetts |
|  | Worked on development of reinsurance standards for start-up reinsurer. |
|  | Worked on actuarial aspects of major insurance class actions. |
| 1994 to April 1998 | <u>MANULIFE FINANCIAL</u>, Boston, Massachusetts<br>Vice President, Strategic Development, U.S. Operations |
|  | Member of steering committee on individual insurance distribution reorganization working with Monitor Company to reduce field expenses while increasing production. All strategies implemented and production increased by over 100% in the next 4 years. |
|  | Provided analysis and discussions with potential takeover candidates in the United States |
|  | Member of mortality table development committee. |
| 1992 to 1994 | <u>MANULIFE FINANCIAL</u>, Toronto, Ontario<br><u>Assistant Vice President, Corporate Insurance Products</u> |
|  | Managed a department of 10 and lead the launch of the variable life insurance product for the elective deferred compensation market. |
|  | Supervised underwriting of Corporate Owned Life Insurance and guaranteed issue standards. |
| 1986 to 1992 | <u>TILLINGHAST – TOWERS PERRIN</u>, Hartford, CT<br><u>Principal</u> |
|  | Consulted on acquisitions of various blocks of business |
|  | Consulted on policyholder tax matters. |

# EXHIBIT A

        Consulted to corporations concerning the purchase of life insurance on key employees.

        Developed participating and interest sensitive life insurance products and software for life insurance companies.

| | |
|---|---|
| 1982 to 1985 | <u>DELTA ACTUARIES, INC.</u>, Hartford, CT<br><u>President</u><br><br>Consulted to 25 insurance organizations on product development, life insurance sales and administration systems. |
| 1980 to 1981 | <u>SECURITY-CONNECTICUT LIFE</u><br><u>Assistant Actuary</u> |
| 1973 to 1979 | <u>SORENSEN & ASSOCIATES</u>, Hartford, CT<br><u>HUGGINS AND COMPANY</u>, Hartford, CT<br><u>Consulting Practice</u><br><u>COVENANT LIFE INSURANCE COMPANY</u>, Hartford, CT |

## OTHER

Author - <u>BNA Portfolio 546-1st: Annuities, Life Insurance, and Long-Term Care Insurance Products</u>, published April 2000
Past Section Council Member – Society of Actuaries Futurism and Forecasting Section
Past Chairman - Society of Actuaries Individual Annuity Experience Committee
Author – ACTEX Study Manual – Enterprise Risk Management, 2006 Edition
Past Member, Valuation Actuary Symposium Committee
Past Associate Editor – <u>The Actuary</u> published by the Society of Actuaries
Past Vice Chairman - Actuarial Exam, I-443U, Advanced Valuation and Financial
    Reporting U.S.
Fellow - Conference of Consulting Actuaries - 1987
Member - American Academy of Actuaries - 1979
Certified Computing Professional #033466 - 1981

# EXHIBIT B

**Exhibit B**

| Product |
| --- |
| APP 10 |
| APP 16 |
| Bonus 5 |
| Bonus 10 |
| Bonus 11 |
| Capstone 7 yr |
| Capstone 10 yr |
| Capstone 14 yr |
| Direct 10 |
| Direct 16 |
| Direct Bonus |
| Direct Flex |
| Direct Guarantee |
| Direct Guarantee Plus |
| Four Seasons 14 yr |
| Guarantee Bonus 15 |
| Guarantee Nine |
| Innovator 7 yr |
| Innovator 10 yr |
| Innovator 14 yr |
| Legacy 10 |
| Legacy Bonus 5 |
| Legacy Bonus 11 |
| Legacy Select |
| Mainstreet 4 yr |
| MNL 5 |
| MNL 6 |
| MNL 10 |
| MNL Flex I |
| MNL Flex I-ROP |
| MNL Flex II |
| MNL Flex II-ROP |
| MNL Flex III |
| MNL Flex III-ROP |
| MNL Leader |
| MNL Legacy |
| MNL Select 6 yr 5% PF |
| MNL Select 6 yr 10% PF |
| MNL Select 8 yr 5% PF |
| MNL Select 10 yr 10% PF |
| MNL Select 14 yr 5% PF |
| Paragon 7 yr |

**Exhibit B**

| Product |
|---|
| Paragon 10 yr |
| Paragon 14 yr |
| Paragon Plus 7 yr |
| Paragon Plus 10 yr |
| Paragon Plus 14 yr |
| Prosperity 7 yr |
| Prosperity 10 yr |
| Prosperity 14 yr |
| Veridian |
| Veridian 7 |
| Veridian Bonus 10 |
| Veridian Plus |
| Veridian Power 5 |
| Veridian Power 7 |
| Veridian Power 10 |
| Veridian Preferred 5 |
| Veridian Preferred 7 |
| Veridian Select |