| | |
|---|---|
| ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>JOHN J. STOIA, JR. (141757)<br>jstoia@rgrdlaw.com<br>THEODORE J. PINTAR (131372)<br>tedp@rgrdlaw.com<br>RACHEL L. JENSEN (211456)<br>rjensen@rgrdlaw.com<br>PHONG L. TRAN (204961)<br>ptran@rgrdlaw.com<br>STEVEN M. JODLOWSKI (239074)<br>sjodlowski@rgrdlaw.com<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax) | |
| BONNETT, FAIRBOURN, FRIEDMAN<br>  & BALINT, P.C.<br>ANDREW S. FRIEDMAN<br>(*Pro Hac Vice*)<br>afriedman@bffb.com<br>KIMBERLY C. PAGE<br>kpage@bffb.com<br>2901 N. Central Avenue, Suite 1000<br>Phoenix, AZ  85012<br>Telephone:  602/274-1100<br>602/274-1199 (fax) | HAGENS BERMAN SOBOL<br>  SHAPIRO LLP<br>STEVE W. BERMAN<br>(*Pro Hac Vice*)<br>steve@hbsslaw.com<br>1918 8th Avenue, Suite 3300<br>Seattle, WA  98101<br>Telephone:  206/623-7292<br>206/623-0594 (fax) |

Interim Co-Lead Class Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re MIDLAND NATIONAL LIFE INSURANCE CO. ANNUITY SALES PRACTICES LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | ) ) ) ) ) ) ) ) ) ) ) |

MDL No. CV-07-1825-CAS(MANx)

NOTICE OF EXCLUSIONS AND OBJECTIONS TO THE SETTLEMENT

JUDGE: Hon. Christina A. Snyder
DATE: February 28, 2011
TIME: 11:00 a.m.
CTRM: 5, 2nd Floor

595051_1

## I. INTRODUCTION

Pursuant to the Parties' Settlement Agreement, which this Court preliminarily approved on October 25, 2010, Settlement Administrator The Garden City Group, Inc. ("GCG") is required to submit notice of the exclusions and objections to the Settlement to the Court by January 25, 2010 (64 days after mailing of the Class Notice Package). *See* Dkt. No. 403, ¶7; Dkt. No. 399-1 (Settlement Agreement) at 20. Plaintiffs hereby file this notice on behalf of GCG, which summarizes the exclusions and objections submitted by Class Members to date. This notice is based on the Declaration of Amanda L. Horn, Senior Director at GCG, filed concurrently ("Horn Declaration"); Exhibit A to the Horn Declaration, which sets forth the requests for exclusions received to date; Exhibit B to the Horn Declaration, which is a copy of the Notice of Incomplete Exclusion Request; and Exhibit C to the Horn Declaration, which are copies of all objections received to date. Pursuant to §VII.C. of the Settlement Agreement, Exhibits A and C have been filed under seal as they contain personal and confidential Class Member information, such as policy account numbers. Dkt. No. 399-1, §VII.C.

## II. EXCLUSIONS

In accordance with paragraph 12 of the Court's Preliminary Approval Order, Class Members who wish to be excluded from the Settlement were required to submit their written requests for exclusion postmarked no later than January 14, 2011. Dkt. No. 403, ¶12. As of January 21, 2011, GCG has received 143 timely complete requests for exclusions, representing 223 Annuity contracts and 238 policyholder records. *See* Horn Declaration, ¶4; *see also* Horn Declaration, Ex. A.

GCG also received 10 incomplete exclusion requests. Horn Declaration, ¶5. Counsel for the parties directed GCG to send to each Class Member who submitted an incomplete request a Notice of Incomplete Exclusion Request, which identified the missing piece(s) of information required to cure the incomplete exclusion request and

providing the Class Member the opportunity to cure. Horn Declaration, ¶5. A copy of the Notice of Incomplete Exclusion Request to Class Members is attached as Exhibit B to the Horn Declaration. GCG will provide a supplemental declaration that identifies any other timely postmarked exclusion received and processed after January 21, 2011, including any deficient exclusions that have since been cured.

## III. OBJECTIONS

In accordance with paragraph 14 of the Preliminary Approval Order, Class Members who wish to object to the Settlement were required to serve on Counsel and file with the Court a statement of objection, with specific reasons, including legal support, no later than January 14, 2011. Dkt. No. 403, ¶14. As of January 21, 2011, according to GCG's records, a total of seven total objections, representing ten annuity contracts, have been submitted to date. Horn Declaration, ¶6. Redacted copies of the seven total objections are attached as Exhibit C to the Horn Declaration.

DATED: January 25, 2011                     Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR.
THEODORE J. PINTAR
RACHEL L. JENSEN
PHONG L. TRAN
STEVEN M. JODLOWSKI

             s/ Phong L. Tran
              PHONG L. TRAN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
KIMBERLY C. PAGE
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
Telephone:  602/274-1100
602/274-1199 (fax)

- 2 -

595051_1

| | |
|---|---|
| 1 | |
| 2 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| | MANFRED MUECKE |
| 3 | 501 W. Broadway, Suite 1450B |
| | San Diego, CA  92101 |
| 4 | Telephone:  619/756-7748 |
| 5 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 6 | STEVE W. BERMAN |
| | 1918 8th Avenue, Suite 3300 |
| 7 | Seattle, WA  98101 |
| | Telephone:  206/623-7292 |
| 8 | 206/623-0594 (fax) |
| 9 | Interim Co-Lead Class Counsel for Plaintiffs |
| 10 | |
| | SHERNOFF BIDART & DARRAS |
| 11 | WILLIAM M. SHERNOFF |
| | JOEL A. COHEN |
| 12 | EVANGELINE F. GARRIS |
| | 600 South Indian Hill Blvd. |
| 13 | Claremont, CA  91711 |
| | Telephone:  909/621-4935 |
| 14 | 909/ 625-6915 (fax) |
| 15 | FINKELSTEIN & KRINSK LLP |
| | HOWARD D. FINKELSTEIN |
| 16 | MARK L. KNUTSON |
| | 501 West Broadway, Suite 1250 |
| 17 | San Diego, CA  92101 |
| | Telephone:  619/238-1333 |
| 18 | 619/238-5425 (fax) |
| 19 | BARRACK, RODOS & BACINE |
| | STEPHEN R. BASSER |
| 20 | 402 West Broadway, Suite 850 |
| | San Diego, CA  92101 |
| 21 | Telephone:  619/230-0800 |
| | 619/230-1874 (fax) |
| 22 | |
| 23 | JAMES, HOYER, NEWCOMER & SMILJANICH, P.A. |
| | JOHN A. YANCHUNIS |
| 24 | 4830 West Kennedy Blvd. |
| | Urban Centre One, Suite 550 |
| 25 | Tampa, FL  33609 |
| | Telephone:  813/286-4100 |
| 26 | 813/286-4174 (fax) |
| 27 | |
| 28 | |

- 3 -

595051_1

THE EVANS LAW FIRM
INGRID M. EVANS
One Embarcadero Center
P.O. Box 2323
San Francisco, CA 94126
Telephone: 415/441-8669
888/891-4906 (fax)

Additional Counsel for Plaintiffs

- 4 -

595051_1

CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 25, 2011.

s/ Phong L. Tran
PHONG L. TRAN

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:      PTran@rgrdlaw.com

595051_1

# Mailing Information for a Case 2:07-ml-01825-CAS -MAN

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Fletcher C Alford**
  falford@gordonrees.com

- **Stephen R Basser**
  sbasser@barrack.com

- **Steve W Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com

- **Elaine T Byszewski**
  elaine@hbsslaw.com,JenniferB@hbsslaw.com,sharons@hbsslaw.com

- **Lance A Etcheverry**
  lance.etcheverry@skadden.com

- **Ingrid M Evans**
  ingrid@evanslaw.com,jim@evanslaw.com,info@evanslaw.com

- **Thomas A Evans**
  tevans@reedsmith.com

- **Denise A Fee**
  daf@jordenusa.com

- **Elizabeth A Fegan**
  beth@hbsslaw.com,Chi_Filings@hbsslaw.com

- **Andrew S Friedman**
  afriedman@bffb.com,rcreech@bffb.com,ngerminaro@bffb.com

- **Laura L Geist**
  lgeist@gordonrees.com,dmckee@gordonrees.com

- **Terence N Hawley**
  thawley@reedsmith.com

- **William Hayden Higgins**
  whiggins@reedsmith.com,dkelley@reedsmith.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Steven M Jodlowski**
  sjodlowski@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James F Jorden**
  jfj@jordenusa.com,lw@jordenusa.com

- **Daniel J Kurowski**
  dank@hbsslaw.com,chi_filings@hbsslaw.com

- **Timothy Mahoney**
  timm@hbsslaw.com,chi_filings@hbsslaw.com

- **Thomas Jerome Nolan**
  tnolan@skadden.com,carl.roth@skadden.com

- **Thomas Joseph O'Reardon , II**
  toreardon@bholaw.com,christinas@csgrr.com

- **Linda B Oliver**
  loliver@reedsmith.com,swurth@reedsmith.com

- **Kimberly C Page**
  kpage@bffb.com

- **Robert D Phillips , Jr**
  rphillips@reedsmith.com

- **Henry Pietrkowski**
  hpietrkowski@reedsmith.com

- **Theodore J Pintar**
  tedp@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Teresa R Ponder**
  tponder@bergerkahn.com

- **James A Rolfes**
  jrolfes@reedsmith.com

- **Tamara M Rowles**
  trowles@reedsmith.com,aswenson@reedsmith.com

- **Amir Shlesinger**
  ashlesinger@reedsmith.com

- **Craig S Simon**
  csimon@bergerkahn.com

- **John J Stoia , Jr**
  johns@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Phong L Tran**
  ptran@rgrdlaw.com

- **Samuel M Ward**
  sward@barrack.com,lxlamb@barrack.com

- **Jeffrey L Williams**
  jlw@jordenusa.com,ksm@jordenusa.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
N Albert Bacharach
N Albert Bacharach Law Offices
115 NE Sixth Avenue
Gainesville, FL 32601-3416

Michael C McKay
Bonnett Fairbourn Friedman and Balint PC
2901 North Central Avenue  Suite 1000
Phoenix, AZ 85012

Paul S Rothstein
Paul S Rothstein Law Offices
626 NE First Street
Gainesville, FL 32608

Frank Hilton Tomlinson
Frank H Tomlinson Law Offices
15 North 21th Street Suite 302
Birmingham, AL 35203
```