UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE MIDLAND NATIONAL LIFE INSURANCE CO. ANNUITY SALES PRACTICES LITIGATION | MDL NO. 07-1825 CAS (MANx) <br><br> Honorable Christina A. Snyder <br><br> Hearing Date: February 28, 2011 |
| THIS DOCUMENT RELATES TO: <br> ALL ACTIONS. | Time:           11:00 a.m. <br> Courtroom:   5, 2nd Floor |

**DECLARATION OF AMANDA L. HORN
REGARDING EXCLUSIONS AND OBJECTIONS**
[Exhibits A & C Redactedl]

I, Amanda L. Horn, declare pursuant to 28 U.S.C. § 1746 that:

1.      I am a Senior Director, Operations of The Garden City Group, Inc. ("GCG"). The following statements are based on my personal knowledge and information provided by other GCG employees working under my supervision, and if called on to do so, I could and would testify competently thereto. I am over the age of 18, and competent to testify.

2.      GCG was selected by Class Counsel and appointed by the court as Administrator to implement the terms of the Settlement Agreement. At the direction of counsel, GCG mailed to all individuals and entities provided by Midland National Life Insurance Company ("Midland") in the above captioned litigation the Class Notice Package as directed in the Court's

October 25, 2010 Findings and Order Preliminarily Approving Class Settlement, Directing Issuance of Notice to the Class, and Setting of Fairness Hearing ("Preliminary Approval Order"), and as described in the Settlement Agreement dated October 12, 2010.

3. The Preliminary Approval Order and Settlement Agreement set the postmark deadline to submit a timely written request for exclusion, or to file and serve an objection as January 14, 2011 (53 days after mailing of the Class Notice Package). The Class Notice Package advised Class Members of the January 14, 2011 postmark deadline for filing exclusions from the Settlement and the January 14, 2011 deadline for filing objections to the Settlement.

## EXCLUSIONS

4. In accordance with paragraph 12 of the Preliminary Approval Order, Class Members who wished to be excluded from the Class were required to do so in writing by submitting that request postmarked no later than January 14, 2011. Per the Notice of Class Action Settlement, Class Members were to include the following information with their written and signed request: name, address, social security number, contract number(s) of the Annuity or Annuities at issue, and a statement requesting exclusion from the Settlement Class. As of January 21, 2011, GCG had received 143 timely, complete requests for exclusion, representing 223 Annuity contracts and 238 policyholder records as provided by Midland, a list of which is attached hereto as Exhibit A.

5. In addition, GCG has received 10 incomplete exclusion requests. Counsel for the parties directed GCG to send a Notice of Incomplete Exclusion Request to Class Members which identified the missing piece(s) of information required to cure their incomplete exclusion request and provided an opportunity to cure. A sample of the Notice of Incomplete Exclusion Request is attached hereto as Exhibit B. The Class Members who submitted the 10 incomplete exclusion

requests have been notified by letter of their deficiency. GCG will submit a supplemental declaration that identifies any other timely postmarked exclusions received and processed after January 21, 2011 and include any deficient exclusions that have been cured.

## OBJECTIONS

6.      In accordance with paragraph 14 of the Preliminary Approval Order, Class Members who wish to object to the Settlement are required to serve on Counsel and file with the Court a statement of objection, with specific reasons, including legal support no later than January 14, 2011. As of January 21, 2011, GCG had received one (1) objection directly and six (6) through Counsel. Redacted copies of each of the seven (7) total objections representing ten (10) Annuity contracts received as of January 21, 2011, are attached hereto as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of January, 2011 at Seattle, Washington.

_____
Amanda L. Horn