# EXHIBIT A

REDACTED

Timely Complete Requests for Exclusion

| Count | GCG Ref No. | Midland Contract Number | Name | City | State |
|---|---|---|---|---|---|
| 1 | | | RAYMOND G VICK | | FL |
| 2 | | | PAUL M WILLISON TRUST DTD 06-30-87 | | FL |
| 3 | | | CLARA CARLEY | | MI |
| 4 | | | MAURICE CARLEY | | MI |
| 5 | | | MARIE A LENDER | | IA |
| 6 | | | EVELYN E BUTSON | | WI |
| 7 | | | PHYLLIS E ZWEIFEL | | WI |
| 8 | | | MARY ELLEN DONNELLY-RIDDER | | NJ |
| 9 | | | EUGENE ZANOW | | WI |
| 10 | | | EUGENE ZANOW | | WI |
| 11 | | | ROBERT F. BROWN | | VT |
| 12 | | | ROSE M. BROWN | | VT |
| 13 | | | MARY SKILLMAN | | FL |
| 14 | | | EUGENIA A SAYLORS | | GA |
| 15 | | | MARILYN C BROUWER | | MI |
| 16 | | | MARILYN C BROUWER | | MI |
| 17 | | | JOYCE A WALKER | | FL |
| 18 | | | MARTHA A ELLISON | | FL |
| 19 | | | MARILYN C BROUWER | | MI |
| 20 | | | DORIS M VANLAAN | | MI |
| 21 | | | EARL J VANLAAN | | MI |
| 22 | | | STUCKEY LIVING TRUST A | | FL |
| 23 | | | GENEVIEVE M SALIERS | | MI |
| 24 | | | TERESA WINKELMAN | | MN |
| 25 | | | CLARA CARLEY | | MI |
| 26 | | | MAURICE CARLEY | | MI |
| 27 | | | IRENE J HIEBER | | MI |
| 28 | | | IRENE J HIEBER | | MI |
| 29 | | | JOE B STUCKEY | | FL |
| 30 | | | ROBERT L DIPAOLO | | OH |
| 31 | | | FRANK J MILESKY | | OH |
| 32 | | | ROBERT L DIPAOLO | | OH |
| 33 | | | TIMOTHY T FUNG | | IL |
| 34 | | | TIMOTHY T FUNG | | IL |
| 35 | | | BEATRICE C FUNG | | IL |
| 36 | | | DORIS M VANLAAN | | MI |
| 37 | | | EARL J VANLAAN | | MI |
| 38 | | | ELOISE H KING | | FL |
| 39 | | | GENEVIEVE M SALIERS | | MI |
| 40 | | | LEROY F TERNUS | | MN |
| 41 | | | LEROY F TERNUS | | MN |
| 42 | | | MARJORIE CAUDILL | | NC |
| 43 | | | JEAN H VANLAAN | | MI |
| 44 | | | PAULINE ANDRECHICK | | NJ |
| 45 | | | RAYMOND F CONNOR | | NH |
| 46 | | | GAYLE B BAKER | | FL |
| 47 | | | I BETH SCHOMMER | | MN |
| 48 | | | I BETH SCHOMMER | | MN |

Timely Complete Requests for Exclusion

| Count | GCG Ref No. | Midland Contract Number | Name | City | State |
|---|---|---|---|---|---|
| 49 | | | JEAN H VANLAAN | | MI |
| 50 | | | PATRICIA A HALL | | FL |
| 51 | | | HUMBERT GAMBACORTA | | NJ |
| 52 | | | ESTHER GAMBACORTA | | NJ |
| 53 | | | HUMBERT GAMBACORTA | | NJ |
| 54 | | | RAYMOND F CONNOR | | NH |
| 55 | | | GRACE J REMBOLD | | FL |
| 56 | | | ANN G GRAHAM | | FL |
| 57 | | | MARILYN C BROUWER | | MI |
| 58 | | | LOIS LATILLA | | NJ |
| 59 | | | MARY W BARNES | | FL |
| 60 | | | ROSIE SMITH | | WA |
| 61 | | | ROSIE SMITH | | WA |
| 62 | | | LEROY F TERNUS | | MN |
| 63 | | | LEROY F TERNUS | | MN |
| 64 | | | MARCELLA J DUWVE | | OH |
| 65 | | | MARCELLA J DUWVE | | OH |
| 66 | | | MARY ELLEN DONNELLY-RIDDER | | NJ |
| 67 | | | JOYCE E SMITH | | WI |
| 68 | | | THERESA A BERNARD | | MA |
| 69 | | | THERESA A BERNARD | | MA |
| 70 | | | CHARLES VISI | | VT |
| 71 | | | JOYCE M VISI | | VT |
| 72 | | | JACQUELINE D TERNUS | | MN |
| 73 | | | GERENE H SCHOLTEN | | MI |
| 74 | | | GERENE H SCHOLTEN | | MI |
| 75 | | | ELISABETH LUTZ | | CA |
| 76 | | | SHIRLEY D ROBBINS TRUST | | FL |
| 77 | | | SHIRLEY D ROBBINS | | FL |
| 78 | | | ORA L ISAACS | | MI |
| 79 | | | HAZEL PIERCE | | NJ |
| 80 | | | ROBERT F. BROWN | | VT |
| 81 | | | ROSE M. BROWN | | VT |
| 82 | | | THE KASCH FAMILY TRUST | | CO |
| 83 | | | THE KASCH FAMILY TRUST | | CO |
| 84 | | | THE KASCH FAMILY TRUST | | CO |
| 85 | | | THE KASCH FAMILY TRUST | | CO |
| 86 | | | JOHN B MURRAY | | NE |
| 87 | | | EVELYN E BUTSON | | WI |
| 88 | | | BEATRICE C FUNG | | IL |
| 89 | | | TIMOTHY T FUNG | | IL |
| 90 | | | TIMOTHY T FUNG | | IL |
| 91 | | | TIMOTHY T FUNG | | IL |
| 92 | | | WALTER H MEYERS | | MN |
| 93 | | | WALTER H MEYERS | | MN |
| 94 | | | MARY IRENE FINCHELL-PURGER | | FL |
| 95 | | | MARY IRENE FINCHELL-PURGER | | FL |
| 96 | | | JOHN B MURRAY | | NE |

## Timely Complete Requests for Exclusion

| Count | GCG Ref No. | Midland Contract Number | Name | City | State |
|---|---|---|---|---|---|
| 97 | | | TIMOTHY T FUNG | | IL |
| 98 | | | BEATRICE C FUNG | | IL |
| 99 | | | TIMOTHY T FUNG | | IL |
| 100 | | | MARY L HULL | | IL |
| 101 | | | MARGARET E RORK | | FL |
| 102 | | | NICHOLAS P STEIN | | MN |
| 103 | | | ANNETTE R STEIN | | MN |
| 104 | | | NICHOLAS P STEIN | | MN |
| 105 | | | ANNETTE R STEIN | | MN |
| 106 | | | JOAN J GREGORY | | GA |
| 107 | | | JOYCE A ANDREWS | | CO |
| 108 | | | EVELYN E BUTSON | | WI |
| 109 | | | MARY IRENE FINCHELL-PURGER | | FL |
| 110 | | | MARY IRENE FINCHELL-PURGER | | FL |
| 111 | | | MARY IRENE FINCHELL-PURGER | | FL |
| 112 | | | MANUEL J LOPEZ | | CA |
| 113 | | | RICHARD G LEGLER | | WI |
| 114 | | | ROBERT L LEGLER | | WI |
| 115 | | | JAMES M REIMER | | MN |
| 116 | | | GENEVA F REIMER | | MN |
| 117 | | | RUBY O VOSS | | WI |
| 118 | | | RUBY O VOSS | | WI |
| 119 | | | RUBY O VOSS | | WI |
| 120 | | | ELOISE H KING | | FL |
| 121 | | | SHIRLEY J THOMPSON | | VA |
| 122 | | | RICHARD G BEASLEY | | OH |
| 123 | | | RICHARD G BEASLEY | | OH |
| 124 | | | VIOLA M VESPERMAN | | WI |
| 125 | | | VIOLA M VESPERMAN | | WI |
| 126 | | | LEE BRINKS | | MI |
| 127 | | | HARRY D FREIVOGEL | | NE |
| 128 | | | CAROL DOBSON | | WI |
| 129 | | | WARNER B CARMICHAEL | | FL |
| 130 | | | RUBY O VOSS | | WI |
| 131 | | | THOMAS V POWELL | | PA |
| 132 | | | DONALD H MATTESON | | MI |
| 133 | | | DONALD H MATTESON | | MI |
| 134 | | | IRENE J HIEBER | | MI |
| 135 | | | ANN C BECK | | FL |
| 136 | | | PHYLLIS J BERRY | | CO |
| 137 | | | ELDON L BERRY | | CO |
| 138 | | | PHYLLIS J BERRY | | CO |
| 139 | | | ELDON L BERRY | | CO |
| 140 | | | NORDAHL N SKUTLEY | | WI |
| 141 | | | GAYLE B BAKER | | FL |
| 142 | | | MARILYN A BEAVERS | | NE |
| 143 | | | DR JOSE R FERNANDEZ | | IL |
| 144 | | | DR JOSE R FERNANDEZ | | IL |

Timely Complete Requests for Exclusion

| Count | GCG Ref No. | Midland Contract Number | Name | City | State |
|---|---|---|---|---|---|
| 145 | | | GERALDINE W DENNY | | TN |
| 146 | | | GERALDINE W DENNY | | TN |
| 147 | | | FLO ANN STAUFFER | | OH |
| 148 | | | JOYCE A ANDREWS | | CO |
| 149 | | | BERTHA F CROWELL | | NC |
| 150 | | | MARILYN E DOIRON | | NM |
| 151 | | | MARILYN E DOIRON | | NM |
| 152 | | | IRENE FAIETA | | PA |
| 153 | | | JEAN L MOE | | WI |
| 154 | | | CHARLES H GODDARD | | CO |
| 155 | | | DOROTHY M GODDARD | | CO |
| 156 | | | PAULINE J WALK | | MI |
| 157 | | | JESSIE H RANER | | GA |
| 158 | | | HENRY A LIPTOW REVOCABLE TRUST | | WI |
| 159 | | | SHIRLEY J THOMPSON | | VA |
| 160 | | | SHIRLEY J THOMPSON | | VA |
| 161 | | | PEGGY A PORCH | | KS |
| 162 | | | PEGGY A PORCH | | KS |
| 163 | | | JAMES E PORCH | | KS |
| 164 | | | CRISTETA B MENCIAS | | IN |
| 165 | | | MANUEL M MENCIAS | | IN |
| 166 | | | MANUEL M MENCIAS | | IN |
| 167 | | | JOHN A FRITSCHKA | | TN |
| 168 | | | SHIRLEY ELIZABETH GREEN | | GA |
| 169 | | | SHIRLEY ELIZABETH GREEN | | GA |
| 170 | | | RELDA B WILSON | | TN |
| 171 | | | FLOYD C LUCAS | | FL |
| 172 | | | NONA F LUCAS | | FL |
| 173 | | | NORDAHL N SKUTLEY | | WI |
| 174 | | | GLENN E STONE | | CO |
| 175 | | | ROSEMARY BLASER | | WI |
| 176 | | | ILEENE M ROBINSON | | WI |
| 177 | | | RUBY O VOSS | | WI |
| 178 | | | ALBERT R DEANS | | WI |
| 179 | | | ALBERT R DEANS | | WI |
| 180 | | | JOAN J DEANS | | WI |
| 181 | | | WARNER B CARMICHAEL | | FL |
| 182 | | | EVELYN VANDER WEIDE | | MI |
| 183 | | | MAYNARD L VANDER WEIDE | | MI |
| 184 | | | ALBERT R DEANS | | WI |
| 185 | | | ILEENE M ROBINSON | | WI |
| 186 | | | MILDRED E AWBREY | | AR |
| 187 | | | LOIS M AWBREY | | AR |
| 188 | | | THE PELKEY FAMILY RLT | | MI |
| 189 | | | THE PELKEY FAMILY RLT | | MI |
| 190 | | | BETTY HOFFMAN | | AZ |
| 191 | | | ANDREW E WILLIAMS | | TX |
| 192 | | | WARNER B CARMICHAEL | | FL |

Timely Complete Requests for Exclusion

| Count | GCG Ref No. | Midland Contract Number | Name | City | State |
|---|---|---|---|---|---|
| 193 | | | JOAN J DEANS | | WI |
| 194 | | | DAVID J MEIER | | WI |
| 195 | | | THOMAS V POWELL | | PA |
| 196 | | | RAYMOND G VICK | | FL |
| 197 | | | DARLINE F GRENIER | | TX |
| 198 | | | JAMES C TAY | | FL |
| 199 | | | JAMES C TAY | | FL |
| 200 | | | JAMES C TAY | | FL |
| 201 | | | JAMES C TAY | | FL |
| 202 | | | JAMES C TAY | | FL |
| 203 | | | MAMIE L FRAZIER | | TX |
| 204 | | | ADA L RACEY | | PA |
| 205 | | | JAMES K JENNISON | | NH |
| 206 | | | DAVID T CHAPMAN | | IL |
| 207 | | | JANET S CHAPMAN | | IL |
| 208 | | | FLORENCE NELSON | | IL |
| 209 | | | BRUCE A NELSON | | IL |
| 210 | | | DARLINE F GRENIER | | TX |
| 211 | | | GARY R HARRISON | | FL |
| 212 | | | GARY R HARRISON | | FL |
| 213 | | | SUSAN J BABCOCK | | IN |
| 214 | | | MICHAEL L ANDERSEN | | CA |
| 215 | | | JOHN G HAASS | | FL |
| 216 | | | CLARA M SEDAM | | IN |
| 217 | | | EDWARD YOUNG | | SD |
| 218 | | | WANDA L YOUNG | | SD |
| 219 | | | WANETA STOBAUGH | | MO |
| 220 | | | JOHN E TILLACK | | OH |
| 221 | | | ELEANOR R TILLACK | | OH |
| 222 | | | ELEANOR R TILLACK | | OH |
| 223 | | | JOHN E TILLACK | | OH |
| 224 | | | EDWINA M CAMPNELL | | WI |
| 225 | | | GARNER G CAMPNELL | | WI |
| 226 | | | GARNER G CAMPNELL | | WI |
| 227 | | | ALBERTA L BATES | | OH |
| 228 | | | ETHEL BROWN | | MS |
| 229 | | | TED M ORLDS | | FL |
| 230 | | | ROBERT S GRILLO | | NJ |
| 231 | | | KATHLEEN E POOLEY | | MN |
| 232 | | | HARRY W ARNOLD JR | | OH |
| 233 | | | KATHLEEN R MILLETTE | | FL |
| 234 | | | MARGIE R SCHMAGEL | | FL |
| 235 | | | LLOYD B ANDERSON | | CO |
| 236 | | | RAYMOND F VAN DE WEGHE TRUST | | OH |
| 237 | | | NANCY J PULSCH | | NJ |
| 238 | | | NANCY J PULSCH | | NJ |