# EXHIBIT B

*In Re Midland National Life Insurance Co. Annuity Sales Practices Litigation*
Settlement Administrator, c/o The Garden City Group, Inc.
P.O. Box 9706
Dublin, OH 43017-5606

**MNL**

**FORWARDING SERVICE REQUESTED**

Reference No: 123456789                                             Control No: 012345678

JANE CLAIMANT
123 4TH ST
APT 5
SEATTLE, WA 67890

Date:
**Response Due Date:**

Re: In Re Midland National Life Insurance Co. Annuity Sales Practices Litigation

## NOTICE OF INCOMPLETE EXCLUSION REQUEST

Dear Sir or Madam:

The Settlement Administrator for the class action Settlement involving Midland National Life Insurance Company has reviewed the written request for exclusion you submitted. The Settlement Administrator has determined that your exclusion request is incomplete for the following reason(s) (each reason is marked with an "X"):

☐   You did not include your contract number(s) with your written exclusion request;

☐   You did not include your social security number with your written exclusion request;

☐   You did not sign your written exclusion request.

As set forth on page 6 of the Class Notice you received, in order to be valid your request for exclusion must be written and signed by you and include: your name, address, social security number, the contract number(s) of the Annuity or Annuities at issue and a statement that you are requesting exclusion from the Settlement Class in *In Re Midland National Life Insurance Co. Annuity Sales Practices Litigation*, MDL No. 07-1825 (CAS).

A copy of the exclusion request you submitted is enclosed. To be fully considered as having excluded yourself, you must provide the information you omitted in your original correspondence and mail it to the Settlement Administrator no later than **January 14, 2011**, the postmarked deadline for submitting a valid and timely request for exclusion. Your response to this notice must be postmarked and mailed to the following address:

*In Re Midland National Life Insurance Co. Annuity Sales Practices Litigation*
Settlement Administrator
c/o The Garden City Group, Inc.
P.O. Box 9706
Dublin, OH 43017-5606

If you do not cure the above-referenced deficiency(ies) by the postmark deadline to submit a valid exclusion request, you will be part of the Settlement Class and bound by all orders and judgments entered in connection with the Settlement, including the Release and Waiver.

Respectfully,

In Re Midland National Life Insurance Co. Annuity Sales Practices Litigation Settlement Administrator

**PLEASE INCLUDE A COPY OF THIS FORM WITH YOUR RESPONSE**

QUESTIONS? CALL 1-800-387-5388 TOLL-FREE