ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR. (141757)
jstoia@rgrdlaw.com
THEODORE J. PINTAR (131372)
tedp@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
PHONG L. TRAN (204961)
ptran@rgrdlaw.com
STEVEN M. JODLOWSKI (239074)
sjodlowski@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
(*Pro Hac Vice*)
afriedman@bffb.com
KIMBERLY C. PAGE
kpage@bffb.com
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
Telephone:  602/274-1100
602/274-1199 (fax)

HAGENS BERMAN SOBOL
  SHAPIRO LLP
STEVE W. BERMAN
(*Pro Hac Vice*)
steve@hbsslaw.com
1918 8th Avenue, Suite 3300
Seattle, WA  98101
Telephone:  206/623-7292
206/623-0594 (fax)

Interim Co-Lead Class Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re MIDLAND NATIONAL LIFE INSURANCE CO. ANNUITY SALES PRACTICES LITIGATION | ) MDL No. CV-07-1825-CAS(MANx) ) ) NOTICE OF MOTION AND MOTION ) FOR FINAL APPROVAL OF CLASS ) ACTION SETTLEMENT |
| This Document Relates To:  ALL ACTIONS. | ) JUDGE:  Hon. Christina A. Snyder ) DATE:    February 28, 2011 ) TIME:     11:00 A.M. ) CTRM:    5 – 2nd Floor |

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2         PLEASE TAKE NOTICE that on February 28, 2011, at 11:00 a.m. in Courtroom 5 of
3  the above-titled Court, the Honorable Christina A. Snyder presiding, located at 312 North
4  Spring Street, Los Angeles, California, Plaintiffs will and hereby does move pursuant to Rule
5  23 of the Federal Rules of Civil Procedure for an order: (1) granting final approval to the
6  Class Action Settlement Agreement filed October 12, 2010 and preliminarily approved by
7  the Court on October 25, 2010, (2) finally certifying the Settlement Class for settlement
8  purposes and appointing plaintiff as Class Representative and Interim Co-Lead Counsel as
9  Class Counsel; and (3) finding that the Notice Program has been adequate and reasonable,
10 has met the requirements of Rule 23, and has constituted the best notice practicable under the
11 circumstances.

12        This motion is based on this Notice of Motion and Motion, Plaintiffs' Memorandum
13 in Support of Motion for Final Approval of Class Action Settlement, Joint Declaration of
14 Andrew S. Friedman and Theodore J. Pintar in Support of Plaintiff's Motion for Final
15 Approval of Class Action Settlement and Exhibits, and Declaration of Amanda Horn
16 Regarding Dissemination of Class Notice Package and Settlement Administration and
17 Exhibits filed concurrently herewith.  In addition, Plaintiffs base this motion on the
18 Declaration of Philip J. Bieluch Estimating the Value of Settlement to Class Members and
19 Exhibit filed December 30, 2010; the Joint Declaration of Andrew S. Friedman and
20 Theodore J. Pintar in Support of Plaintiffs' Motion for Award of Attorneys' Fees,
21 Reimbursement of Expenses, and Service Awards, filed December 30, 2010; Declaration of
22 Amanda Horn Regarding Exclusions and Objections and Exhibits filed January 25, 2011,
23 and upon such other matters as may be presented at the hearing.

24
25
26
27
28

- 1 -

581741_1

| | | |
|---|---|---|
| 1 | DATED: February 4, 2011 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| 2 | | ANDREW S. FRIEDMAN |
| 3 | | KIMBERLY C. PAGE |

/s/ Andrew S. Friedman
ANDREW S. FRIEDMAN

2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602/274-1100
602/274-1199 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR.
THEODORE J. PINTAR
RACHEL L. JENSEN
PHONG L. TRAN
STEVEN M. JODLOWSKI

s/ Theodore J. Pintar
THEODORE J. PINTAR

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

HAGENS BERMAN SOBOL
  SHAPIRO LLP
STEVE W. BERMAN
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: 206/623-7292
206/623-0594 (fax)

Interim Co-Lead Class Counsel for Plaintiffs

BARRACK, RODOS & BACINE
STEPHEN R. BASSER
402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: 619/230-0800
619/230-1874 (fax)

581741_1

- 2 -

| | |
|---|---|
| 1 | |
| 2 | FINKELSTEIN & KRINSK LLP |
| | HOWARD D. FINKELSTEIN |
| | MARK L. KNUTSON |
| 3 | 501 West Broadway, Suite 1250 |
| | San Diego, CA 92101 |
| 4 | Telephone: 619/238-1333 |
| | 619/238-5425 (fax) |
| 5 | |
| 6 | THE EVANS LAW FIRM |
| | INGRID M. EVANS |
| 7 | One Embarcadero Center |
| | San Francisco, CA 94126 |
| 8 | Telephone: (415) 441-8669 |
| | Facsimile: (888) 891-4906 |
| 9 | |
| 10 | |
| 11 | SHERNOFF BIDART & DARRAS |
| | WILLIAM M. SHERNOFF |
| 12 | JOEL A. COHEN |
| | EVANGELINE F. GARRIS |
| 13 | 600 South Indian Hill Blvd. |
| | Claremont, CA 91711 |
| 14 | Telephone: 909/621-4935 |
| | 909/625-6915 (fax) |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

581741_1

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

The foregoing will be mailed via US mail and sent via email to:

Paul S. Rothstein, Esq.
626 N. E. 1st St.
Gainesville, FL 32608
psr@rothsteinforjustice.com

Frank H. Tomlinson, Esq.
15 North 21st St., Suite 302
Birmingham, AL 35203
htomlinson@bellsouth.net

N. Albert Bacharach, Jr., Esq.
115 Northeast 6th Ave.
Gainesville, FL 32601-3416
N.A.Bacharach@att.net

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 4, 2011.

/s/Kimberly C. Page

- 1 -

581741_1

## SERVICE LIST

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Stephen R Basser**
  sbasser@barrack.com

- **Steve W Berman**
  steve@hbsslaw.com, heatherw@hbsslaw.com

- **Elaine T Byszewski**
  elaine@hbsslaw.com, JenniferB@hbsslaw.com, sharons@hbsslaw.com

- **Ingrid M Evans**
  ievans@evanslaw.com

- **Thomas A Evans**
  tevans@reedsmith.com

- **Elizabeth A Fegan**
  beth@hbsslaw.com, Chi_Filings@hbsslaw.com

- **Andrew S Friedman**
  afriedman@bffb.com, rcreech@bffb.com, ngerminaro@bffb.com

- **Terence N Hawley**
  thawley@reedsmith.com

- **William Hayden Higgins**
  whiggins@reedsmith.com, dkelley@reedsmith.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com, e_file_sd@rgrdlaw.com

- **Steven M Jodlowski**
  sjodlowski@rgrdlaw.com, e_file_sd@rgrdlaw.com

- **Daniel J Kurowski**
  dank@hbsslaw.com, chi_filings@hbsslaw.com

- **Timothy Mahoney**
  timm@hbsslaw.com, chi_filings@hbsslaw.com

- **Linda B Oliver**
  loliver@reedsmith.com, swurth@reedsmith.com

- **Kimberly C Page**
  kpage@bffb.com

- **Robert D Phillips , Jr**
  rphillips@reedsmith.com

- **Henry Pietrkowski**
  hpietrkowski@reedsmith.com

581741_1

1  **Theodore J Pintar**
   tedp@rgrdlaw.com,e_file_sd@rgrdlaw.com

2  **James A Rolfes**
   jrolfes@reedsmith.com

3

4  **Tamara M Rowles**
   trowles@reedsmith.com,aswenson@reedsmith.com

5  **Amir Shlesinger**
   ashlesinger@reedsmith.com

6

7  **John J Stoia . Jr**
   johns@rgrdlaw.com,e_file_sd@rgrdlaw.com

8  **Phong L Tran**
   ptran@rgrdlaw.com

9  **Samuel M Ward**
   sward@barrack.com,lxlamb@barrack.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

581741_1