# EXHIBIT B

# ReedSmith

**Robert D. Phillips, Jr.**
Direct Phone: +1 415 659 5965
Email: rphillips@reedsmith.com

Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
+1 415 543 8700
Fax +1 415 391 8269
reedsmith.com

January 12, 2011

By Fax 352-374-7133

Paul S. Rothstein, Esq.
626 N.E. First Street
Gainesville, Florida 32601

**Re: Midland National - MDL 1825**

Dear Mr. Rothstein:

I have reviewed your letter of December 23, 2010, and wish to respond to a couple of your apparent concerns.

First, there is no special waiting period for payment of a lump sum upon surrender. Certainly, there is no delay of "12-18 months" after a request for surrender is made. Such request will be processed promptly, and if a policyholder qualifies for the relief requested, that benefit will be applied to the calculation of the surrender payment.

Second, there is no "premium tax" deduction made in the calculation of the surrender value. It is not apparent to us why you have raised the question of "premium tax," but it is not an issue that is part of the calculation of surrender value.

Please feel free to call me if you have any further questions.

Sincerely,

Robert D. Phillips, Jr.

RDP:kb

cc:   Andrew S. Friedman, Esq. (via E-mail afriedman@bffb.com)
      Theodore J. Pintar, Esq. (via E-mail tedp@rgrdlaw.com)