# EXHIBIT C

| APPLICATION NO. 357870 | | FLORIDA MARRIAGE RECORD | | | |
|---|---|---|---|---|---|
| GROOM DATA | 1 GROOM'S NAME (First Middle Last) PAUL STUART ROTHSTEIN | | | | 2 DATE OF BIRTH (Month, Day, Year) |
| | 3a RESIDENCE - CITY, TOWN, OR LOCATION GAINESVILLE | 3b COUNTY ALACHUA | 3c STATE FLORIDA | 4 BIRTHPLACE (State or Foreign Country) NEW JERSEY | |
| BRIDE DATA | 5a BRIDE'S NAME (First Middle Last) SUZANNE (NMN) COLVIN | | 5b MAIDEN SURNAME (if different) MCWHORTER | | 6 DATE OF BIRTH (Month, Day, Year) |
| | 7a RESIDENCE - CITY, TOWN OR LOCATION GAINESVILLE | 7b COUNTY ALACHUA | 7c STATE FLORIDA | 8 BIRTHPLACE (State or Foreign Country) VENEZUELA | |

AFFIDAVIT OF BRIDE AND GROOM

WE THE APPLICANTS NAMED IN THIS CERTIFICATE EACH FOR HIMSELF STATE THAT THE INFORMATION PROVIDED ON THIS RECORD IS CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF THAT THERE IS NO LEGAL OBJECTION TO THE ISSUANCE OF A LICENSE TO AUTHORIZE THE SAME AND WE HEREBY APPLY FOR LICENSE TO MARRY

9 GROOM SIGNATURE — Paul Stuart Rothstein
10 SUBSCRIBED AND SWORN TO BEFORE ME ON 10-05-95
12 SIGNATURE OF ISSUING OFFICIAL — Lynn L. Schneider

13 BRIDE'S SIGNATURE — Suzanne Colvin
14 SUBSCRIBED AND SWORN TO BEFORE ME ON 10-05-95
16 SIGNATURE OF ISSUING OFFICIAL — Lynn L. Schneider

**LICENSE TO MARRY**

AUTHORIZATION AND LICENSE IS HEREBY GIVEN TO ANY PERSON DULY AUTHORIZED BY THE LAWS OF THE STATE OF FLORIDA TO PERFORM A MARRIAGE CEREMONY WITHIN THE STATE OF FLORIDA AND TO SOLEMNIZE THE MARRIAGE OF THE ABOVE NAMED PERSONS

17 DATE LICENSE ISSUED 10-05-95
18 EXPIRATION DATE 12-03-95

THIS LICENSE MUST BE USED ON OR BEFORE THE ABOVE EXPIRATION DATE IN THE STATE OF FLORIDA IN ORDER TO BE RECORDED AND VALID

CLERK J.K. "BUDDY" IRBY
TITLE CLERK OF CIRCUIT & COUNTY
COUNTY ALACHUA
25 DATE RETURNED 10/6/95
26 RECORDED IN O.R. BK 2032 PG 1289
27 CLERK OF COURT J.K. "BUDDY" IRBY, CLERK CIRCUIT COURT

**CERTIFICATE OF MARRIAGE**

21 I HEREBY CERTIFY THAT THE ABOVE NAMED BRIDE AND GROOM WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF FLORIDA ON October 5, 1996 AT Gainesville, FL

22a SIGNATURE OF PERSON PERFORMING CEREMONY
22b NAME H. ALBERT BACHARACH JR.
22c TITLE
22d ADDRESS 101 S.E. 2nd Ave. Gainesville Fl
23 SIGNATURE OF WITNESS TO CEREMONY
24 SIGNATURE OF WITNESS TO CEREMONY

INFORMATION BELOW WILL NOT APPEAR ON CERTIFICATION ISSUED BY VITAL STATISTICS, EXCEPT UPON REQUEST.

| | 28 RACE | 29 NUMBER OF THIS MARRIAGE | PREVIOUSLY MARRIED | 30 LAST MARRIAGE ENDED BY | SPECIFY DEATH DIVORCE OR ANNULMENT | 31 DATE LAST MARRIAGE ENDED |
|---|---|---|---|---|---|---|
| GROOM | WHITE | 2 | | DIVORCE | | 01-17-94 |
| BRIDE | 32 RACE WHITE | 33 NUMBER OF THIS MARRIAGE 2 | PREVIOUSLY MARRIED | 34 LAST MARRIAGE ENDED BY DIVORCE | SPECIFY DEATH DIVORCE OR ANNULMENT | 35 DATE LAST MARRIAGE ENDED 08-24-95 |

HRS Form 743B Dec 69 (Obsoletes previous editions)

This license not valid unless seal of Clerk, Circuit or County Court, appears thereon.

AUDIT CONTROL NO. B158198

RECORDED 95 OCT 9 AM 8 14 OFFICIAL RECORDS