# EXHIBIT D



# Civil Name Search Results

**6 Total Party matches for selection MCWHORTER, KATHLEEN for ALL COURTS**
Search Complete
Thu Jan 27 16:25:26 2011
**Selections 1 through 6 (Page 1)**

Download (1 pages $ 0.00)

| Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|
| 1 MCWHORTER, KATHLEEN | prdce | 3:2006cv01230 | 03/06/2006 | 365 | 09/04/2009 |
| Simonet v. GlaxoSmithkline et al | | | | | |
| 2 MCWHORTER, KATHLEEN | ilsdce | 3:1999cv01275 | 04/15/1999 | 890 | 04/25/2001 |
| In Re: MCI Phone Rate Lit, et al v. | | | | | |
| 3 MCWHORTER, KATHLEEN | nysdce | 1:2001md01409 | 08/23/2001 | 410 | 11/04/2009 |
| In Re: Currency Conversion Fee Antitrust Litigation | | | | | |
| 4 MCWHORTER, KATHLEEN | cacdce | 2:2007ml01825 | 06/05/2007 | 470 | |
| Midland National Life Insurance Co Annuity Sales Practices Litigation | | | | | |
| 5 MCWHORTER, KATHLEEN | paedce | 2:2000cv06222 | 12/08/2000 | 365 | 04/22/2005 |
| NICHOLS, et al v. SMITHKLINE BEECHAM, et al | | | | | |
| 6 MCWHORTER, KATHLEEN S. | candce | 5:2006cv04346 | 07/17/2006 | 850 | 05/15/2008 |
| In re Rambus Inc. Securities Litigation | | | | | |



**U.S. Party/Case Index - Home**
**Search:** All Court Types | Appellate | Bankruptcy | Civil | Criminal
**Reports:** Court Code List | Date Range | Courts not on Index | Statistical Reports
**User Options:** Change Client Code | New Login | Billing History | PSC Home Page | E-Mail PSC | Logout

 Help