# EXHIBIT K

```
                 UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF TENNESSEE
                       NASHVILLE DIVISION
_____

                                    )
 IN RE:                             )
                                    )
 ALLSTATE INSURANCE COMPANY.        )   No. 3:02-MD-1457
                                    )
                                    )
_____



                    TRANSCRIPT OF PROCEEDINGS

                           VOLUME I


_____



 BEFORE:              THE HONORABLE ALETA A. TRAUGER

 DATE:                JULY 18, 2005

 TIME:                1:00 P.M.


_____




 REPORTED BY:         BEVERLY E. "BECKY" COLE, RPR CCR
                      OFFICIAL COURT REPORTER
                      A-837 U.S. COURTHOUSE
                      NASHVILLE, TN  37203
                      (615) 726-4893
```

```
 1                    A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFFS:        TERRY ALAN SMILJANICH
                                Tampa, Florida
 4
                                ALEXANDER THOMAS STUBBS
 5                              Decatur, Georgia

 6                              KENNETH S. CANFIELD
                                Atlanta, Georgia
 7
                                CHARLES A. McCALLUM, III
 8                              Vestavia Hills, Alabama

 9

10   FOR THE DEFENDANT:         JEFFREY LENNARD
                                Chicago, Illinois
11
                                M. KEITH MOSKOWITZ
12                              Chicago, Illinois

13                              ALEX R. SHIMKUS
                                Allstate Insurance Company
14                              Northbrook, Illinois

15                              ANDREW CAMPBELL
                                Nashville, Tennessee
16

17

18

19

20

21

22

23

24

25
```

```
                           I N D E X


WITNESSES:


MARK COHEN:

Examination by The Court                              226

Examination by Mr. Pentz                              232


JOEL REIDENBERG:

Examination by The Court                              240

Examination by Mr. Smiljanich                         246
```

```
 1   attorney's fees they are asking for are.  So that there's
 2   clearly very little value there.
 3            And for all those reasons that I just ran through
 4   really rapidly at the end of the day, Your Honor, we would
 5   ask you not to accept the settlement as is and require the
 6   changes that we are talking about.
 7            Thank you.
 8            THE COURT:  Thank you.  Mr. Bachrach, I'm
 9   going to ask you a question.  I don't mean to be unfair but
10   I just remembered that I wanted to ask this question of
11   everybody that appeared on behalf of objectors, just for
12   some background.
13            MR. BACHRACH:  Sure.
14            THE COURT:  How many times have you objected
15   to class action settlements on behalf of people?
16            MR. BACHRACH:  Wow.  I couldn't honestly tell
17   you off the top of my head, Your Honor.  I have -- I do a
18   lot of class action objecting.  If someone refers to me as a
19   professional objector, I take that seriously.
20            I'm as professional as an attorney objecting to
21   what I see is the abuse of class action system as class
22   counsel or defense counsel are professionals as defense
23   lawyers or as class counsel.
24            THE COURT:  Are you saying hundreds of times,
25   tens of times?
```

```
 1                    MR. BACHRACH:  Hundreds, I don't believe that
 2      would be true.  But somewhere greater than 25 times easily,
 3      Your Honor, and probably less than 100 over the last five
 4      years.
 5                    THE COURT:  Okay.  And have you ever been lead
 6      plaintiffs' counsel in a class action case?
 7                    MR. BACHRACH:  Yes, Your Honor.  And I had the
 8      class decertified by my local appellate court in Florida,
 9      and I took that to the Florida Supreme Court, which
10      unfortunately has permissive jurisdiction, like the U.S.
11      Supreme Court, and they weren't interested in my case.
12                    THE COURT:  So one time?
13                    MR. BACHRACH:  No, actually, I also was class
14      counsel in several software class actions in the a late 90's
15      as well.
16                    THE COURT:  Okay.  Thank you.  And is Mr. Fein
17      in the room or Mr. Meyer; are they here or did they leave?
18                    MR. BACHRACH:  They were.
19                    THE COURT:  Well, maybe they will come back.
20                    UNIDENTIFIED SPEAKER:  They left, Your Honor.
21                    THE COURT:  Okay.  Thank you.
22                    MR. BACHRACH:  Yes, Your Honor.
23                    THE COURT:  And the next is Frank Tomlinson.
24      How about you, Mr. Tomlinson, how many times have you
25      objected to class action settlements?
```

```
 1                    MR. TOMLINSON:  More than 50.
 2                    THE COURT:  And how about have you ever
 3     been --
 4                    MR. TOMLINSON:  Class counsel?
 5                    THE COURT:  -- lead class counsel?
 6                    MR. TOMLINSON:  Yes, ma'am.
 7                    THE COURT:  How many times?
 8                    MR. TOMLINSON:  Lead class counsel, I can
 9     think of three times.
10                    THE COURT:  In what kind of cases?
11                    MR. TOMLINSON:  Vanishing premium.  One was
12     against the State of Alabama concerning the prisoners that
13     were allowed to drive vehicles without insurance.  We took
14     that all the way to the Supreme Court.
15                    THE COURT:  Okay.  Thank you.
16                    MR. TOMLINSON:  Certified by -- Your Honor, I
17     have got three things, and I'm going to be real quick.  And
18     that is this.
19              First of all, my name is Frank Tomlinson.  I'm with
20     law firm of Pritchard, McCall and Jones in Birmingham.
21              And two of the things I have got to bring up I
22     think the court has already addressed, and that is --
23                    THE COURT:  I hope so, I tried hard.
24                    (Laughter.)
25                    MR. TOMLINSON:  I know.  Our objection number
```