UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE MIDLAND NATIONAL LIFE INSURANCE CO. ANNUITY SALES PRACTICES LITIGATION | MDL NO. 07-1825 CAS (MANx)<br><br>Honorable Christina A. Snyder |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS. | Hearing Date: February 28, 2011<br>Time:         11:00 a.m.<br>Courtroom:    5, 2nd Floor |

### DECLARATION OF AMANDA L. HORN REGARDING DISSEMINATION OF CLASS NOTICE PACKAGES AND SETTLEMENT ADMINISTRATION

I, Amanda L. Horn, declare pursuant to 28 U.S.C. § 1746 that:

1.  I am a Senior Director, Operations of The Garden City Group, Inc. ("GCG"). The following statements are based on my personal knowledge and information provided by other GCG employees working under my supervision, and if called on to do so, I could and would testify competently thereto. I am over the age of 18, and competent to testify.

2.  On October 25, 2010, the Court entered its Findings and Order Preliminarily Approving Class Settlement, Directing Issuance of Notice to the Class and Setting of Fairness Hearing ("Preliminary Approval Order"), Dkt. No. 403. In the Preliminary Approval Order, the

Court appointed GCG as initial Administrator and authorized that a Class Notice Package be mailed by first-class mail, postage prepaid to each Class Member at his or her last known address no later than November 22, 2010, as described in the Settlement Agreement dated October 12, 2010, Dkt. No. 399-1.

## NOTICE TO THE CLASS

3. On November 15, 2010, GCG received from Midland National Life Insurance Company ("Midland") through Reed Smith, LLP, counsel for Midland, an initial data file containing 79,845 Class Member records including annuity contract numbers. GCG updated the addresses through a National Change of Address ("NCOA")[1] database search. A total of 2,533 addresses were updated. GCG received a data file containing 29 additional Class Member records with annuity contract numbers on November 21, 2010.

4. On November 22, 2010, GCG mailed a Notice of Class Action Settlement ("Class Notice"), attached hereto as Exhibit A, and a Claim Form for Surrender Charge Reduction Benefits ("Claim Form"), attached hereto as Exhibit B via first-class mail, postage pre-paid to 79,874 unique database records provided by Midland.

5. The Class Notice Package provided detailed information concerning: (a) the rights of Class Members, including the manner in which objections and exclusion requests could be lodged; (b) the nature, history and progress of the litigation, (c) the proposed Settlement and reason for the Settlement; (d) the process for filing a Claim Form; (e) a description of the benefits the Settlement provides; (f) the fees and expenses to be sought by Class Counsel; (g) the

---

[1] The NCOA database is the official United States Postal Service database product, which makes change of address information available to mailers to help reduce undeliverable mail pieces before mail enters the mailstream. This product is an effective tool to update address changes when a person has completed a change of address form provided by the Post Office. The address information is maintained on the database for four (4) years and is then purged. As such, NCOA is a cost effective tool to update addresses for a four (4) year period.

DECLARATION OF AMANDA L. HORN RE: DISSEMINATION OF NOTICE PACKAGES

date, time and place of the Fairness Hearing to take place before the Court; (h) the identification of counsel to contact with questions regarding the Settlement; (i) the identification of ways to get more information about the Settlement.

6. GCG rented a post-office box for the sole purpose of receiving Claim Forms, requests for exclusions, objections, and any other communications about the Settlement.

7. On December 17, 2010, GCG mailed Inadvertent Inclusion Letters, attached hereto as Exhibit C, via first-class mail, postage pre-paid to 162 unique database records that were inadvertently included in the Class Notice mailing as jointly directed by Counsel.

## REMAILS AND ADVANCED ADDRESS SEARCHES

8. Class Notice Packages that are returned by the United States Postal Service ("USPS") with forwarding address information are promptly remailed to the address provided. After the November 22, 2010 mailing of the Class Notice Package mailing, GCG performed on a weekly basis, advanced address searches when Class Notice Packages were returned by the USPS as undeliverable without forwarding information. Upon completion of the advanced address searches, GCG promptly remailed Class Notice Packages to the updated addresses for these Class Members.

9. As of the claim filing deadline, 2,358 Class Notice Packages had been returned as undeliverable without forwarding information. Of these, 1,184 Class Notice Packages were remailed after an advanced address search was performed. A total of 1,599 Class Notice Packages were returned from an advanced address search without forwarding information, were ultimately undeliverable after having been remailed after an advanced address search and returned a second time, or were returned as undeliverable after the Claim filing deadline.

## TOLL-FREE INFORMATION LINE

10. GCG also established and continues to maintain an toll-free telephone number, 800-387-5388, and interactive voice response ("IVR") system dedicated to this Settlement to respond to questions from persons or entities in the Class in accordance with a question-and-answer script ("FAQs") approved by the Parties. The IVR system was operational on November 22, 2010, and is accessible twenty-four (24) hours a day, seven (7) days a week, and is staffed from 8:00 a.m. to 6:00 p.m. Eastern time Monday through Friday to receive calls from persons who request to speak with one of GCG's Claims Services Representatives ("Representatives"). The FAQs included responses to questions to assist callers in understanding their rights with respect to the Settlement, including their right to object or opt-out of the litigation or file a Claim Form. As of January 30, 2011, GCG had received 9,013 calls from inquiring persons via the toll-free number. GCG's Claims Services Representatives ("Representatives") answered live calls during normal business hours, or promptly returned each call received outside of normal business hours, within two business days. In instances when a GCG Representative received a voicemail or answering machine, the GCG Representative left a voice message providing each person with the toll-free number that he or she may use to call and reach a live Representative, Monday through Friday, during normal business hours. In instances where a GCG Representative placed a return call and did not reach a live person, voicemail, or an answering machine, GCG Representatives made two additional attempts to return the call, Monday through Friday, during normal business hours.

## WEBSITE AND EMAIL

11. In addition, beginning November 22, 2010, GCG made available a website at http://www.MDL1825SettlementMidlandAnnuity.com, and an email address

MDL1825SettlementMidlandAnnuity@gcginc.com, where Class Members can obtain information about the Litigation. The website and email are accessible twenty-four (24) hours a day, seven (7) days a week. Class Members who visit the website have the option of viewing or downloading the Class Notice, and Settlement Agreement and Exhibits, as well as other Court filings. A list of important dates is also posted on the website, as well as the mailing address and phone number of the Administrator.

12. The website had received 774 visits as of January 30, 2011.

### CLAIM FORMS

13. Pursuant to the terms of the Settlement, Class Members had until January 25, 2011 (postmarked) to submit a Claim Form. As of January 30, 2011 GCG had received 8,179 timely claims, and 6 late claim forms.

### GCG'S FEES AND EXPENSES

14. GCG agreed to be the Administrator in exchange for payment of its fees and out-of-pocket expenses. Expenses and fees for the November 22, 2010 mailing of Class Notice Packages amounted to $85,477.86. Of this amount, $38,891.76 was attributable to first-class postage, $46,325.00 to the printing of the Class Notice Packages, and the remaining to other costs associated with the initial mailing. GCG will incur fees and expenses throughout the administration and will invoice regularly pursuant to the terms of the engagement.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of February, 2011 at Seattle, Washington.

_____
Amanda L. Horn

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 4, 2011.

                                             s/ Phong L. Tran
                                             PHONG L. TRAN

                                             ROBBINS GELLER RUDMAN
                                                & DOWD LLP
                                             655 West Broadway, Suite 1900
                                             San Diego, CA  92101-3301
                                             Telephone: 619/231-1058
                                             619/231-7423 (fax)

                                             E-mail:   PTran@rgrdlaw.com

# Mailing Information for a Case 2:07-ml-01825-CAS -MAN

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Fletcher C Alford**
  falford@gordonrees.com

- **Stephen R Basser**
  sbasser@barrack.com

- **Steve W Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com

- **Elaine T Byszewski**
  elaine@hbsslaw.com,LoriH@hbsslaw.com,JenniferB@hbsslaw.com

- **Lance A Etcheverry**
  lance.etcheverry@skadden.com

- **Ingrid M Evans**
  ingrid@evanslaw.com,jim@evanslaw.com,info@evanslaw.com

- **Thomas A Evans**
  tevans@reedsmith.com

- **Denise A Fee**
  daf@jordenusa.com

- **Elizabeth A Fegan**
  beth@hbsslaw.com,Chi_Filings@hbsslaw.com

- **Andrew S Friedman**
  afriedman@bffb.com,rcreech@bffb.com,ngerminaro@bffb.com

- **Laura L Geist**
  lgeist@gordonrees.com,dmckee@gordonrees.com

- **Terence N Hawley**
  thawley@reedsmith.com

- **William Hayden Higgins**
  whiggins@reedsmith.com,dkelley@reedsmith.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Steven M Jodlowski**
  sjodlowski@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James F Jorden**
  jfj@jordenusa.com,lw@jordenusa.com

- **Daniel J Kurowski**
  dank@hbsslaw.com,chi_filings@hbsslaw.com

- **Timothy Mahoney**
  timm@hbsslaw.com,chi_filings@hbsslaw.com

- **Thomas Jerome Nolan**
  tnolan@skadden.com,carl.roth@skadden.com

- **Thomas Joseph O'Reardon , II**
  toreardon@bholaw.com,christinas@csgrr.com

- **Linda B Oliver**
  loliver@reedsmith.com,swurth@reedsmith.com

- **Kimberly C Page**
  kpage@bffb.com

- **Robert D Phillips , Jr**
  rphillips@reedsmith.com

- **Henry Pietrkowski**
  hpietrkowski@reedsmith.com

- **Theodore J Pintar**
  tedp@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Teresa R Ponder**
  tponder@bergerkahn.com

- **James A Rolfes**
  jrolfes@reedsmith.com

- **Tamara M Rowles**
  trowles@reedsmith.com,aswenson@reedsmith.com

- **Amir Shlesinger**
  ashlesinger@reedsmith.com

- **Craig S Simon**
  csimon@bergerkahn.com

- **John J Stoia , Jr**
  johns@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Phong L Tran**
  ptran@rgrdlaw.com

- **Samuel M Ward**
  sward@barrack.com,lxlamb@barrack.com

- **Jeffrey L Williams**
  jlw@jordenusa.com,ksm@jordenusa.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
N Albert Bacharach
N Albert Bacharach Law Offices
115 NE Sixth Avenue
Gainesville, FL 32601-3416

Michael C McKay
Bonnett Fairbourn Friedman and Balint PC
2901 North Central Avenue  Suite 1000
Phoenix, AZ 85012

Paul S Rothstein
Paul S Rothstein Law Offices
626 NE First Street
Gainesville, FL 32608

Frank Hilton Tomlinson
Frank H Tomlinson Law Offices
15 North 21th Street Suite 302
Birmingham, AL 35203
```