# EXHIBIT B

| MUST BE POSTMARKED ON OR BEFORE JANUARY 25, 2011 | *In Re Midland National Life Insurance Co.*<br>*Annuity Sales Practices Litigation*<br>Settlement Administrator<br>c/o The Garden City Group, Inc.<br>P.O. Box 9706<br>Dublin, OH 43017-5606 | MNL  |
|---|---|---|

**I. OWNER AND ANNUITY IDENTIFICATION**
Owner Name(s) & Address(es)

Claim No:                                   Control No:                                                    Policy No: 99999999



JANE CLAIMANT
123 4TH AVE
APT 5
SEATTLE, WA  67890

**REQUIRED ADDRESS INFORMATION OR CORRECTIONS**
If the address to the left is incorrect, provide correct address information here:

Name:
Address:
City/State/Zip:

# CLAIM FORM FOR SURRENDER CHARGE REDUCTION BENEFITS

## II. INSTRUCTIONS

This Claim Form is for Class Members who want to apply for Surrender Charge Reduction Benefits. You must submit a separate Claim Form for each Annuity for which you are listed as an Owner if you want to apply for Surrender Charge Reduction Benefits. If you do not submit a Claim Form and the Court approves the Settlement, you will be eligible for an Annuitization Bonus on the terms and conditions described in the Settlement Agreement and the Class Notice if your Annuity is still Active. (An Active Annuity is one that has not been surrendered or converted to periodic payments made or to be made by Midland and no death benefit has become payable, except if the Annuity was continued in effect by the surviving spouse. It is one that still has an Accumulation Value to which additional interest may be credited.) If you do not want Surrender Charge Reduction Benefits, you do not need to submit a Claim Form.

<u>DEADLINE FOR SUBMISSION</u>: To participate in the Claims Review Process, this Claim Form must be properly completed and returned to the following address by U.S. mail bearing a postmark date of not later than January 25, 2011.

*In Re Midland National Life Insurance Co. Annuity Sales Practices Litigation*
Settlement Administrator
c/o The Garden City Group, Inc.
P.O. Box 9706
Dublin, OH 43017-5606

A self-addressed envelope has been provided for your use in returning this Claim Form. Proper postage must be affixed.

If this Claim Form is not returned, is returned but postmarked after the deadline stated above, or is timely returned but does not comply with the instructions specified in this Claim Form, you will not be eligible for Surrender Charge Reduction Benefits, However, if the Court approves the Settlement, you will be eligible for an Annuitization Bonus on the terms and conditions described in the Settlement Agreement and the Class Notice if your Annuity is still Active.

If you have any questions, please call the *In Re Midland National Life Insurance Co. Annuity Sales Practices Litigation* Settlement Administrator at 1-800-387-5388 (The hearing impaired should email questions to MDL1825SettlementMidlandAnnuity@gcginc.com).

## III. SURRENDER CHARGE REDUCTION BENEFITS

A. General Instructions

If you want Surrender Charge Reduction Benefits, please answer the following Questions. Your responses will be reviewed by the Settlement Administrator to determine the level of benefits, if any, you may receive under the Claims Review Process. You may attach copies of any documents you deem relevant, but you are NOT required to do so. Any documents you attach will NOT be returned to you, so please make sure you send no original documents. Please provide a complete answer for every question on the Claim Form. If you leave a question blank, the Administrator will assume that your answer to that question is no, or in the negative. Attach additional pages if necessary to complete your answers. The Settlement Administrator will notify you once Claim processing is completed and the Settlement becomes final, if it is approved by the Court.

If you were not the original purchaser of the Annuity, you may either skip Question 1, in which case the answer will be treated as "no," or you may obtain a statement from the original purchaser providing the requested information, in which case the statement at the bottom of the form with respect to responses to Question 1 provided by persons who were not the original purchaser must be signed and dated by the original purchaser.

B. Instructions For Annuities Owned By Trusts

If the Annuity is owned by a revocable trust, the answers to all questions should be completed by the settlor for the trust, and "you" refers to the settlor.

If the Annuity is owned by an irrevocable trust, only question 1 needs to be answered, and it must be answered by a person with first hand knowledge of the purchase of the Annuity, and "you" refers to the person who purchased the Annuity.

C. Questions to be Answered

1. Do you believe you were misled regarding the applicable Surrender Charges, right to Annuitize or other policy benefits when you purchased your Annuity?

   ☐ Yes   ☐ No

   If Yes, please explain how, by whom, and the nature of the Misrepresentation:

   _____
   _____
   _____
   _____
   _____

2. Did you incur a Surrender Charge on a withdrawal from the Annuity in the past, or do you now need to withdraw funds from the Annuity in excess of the penalty free amount and thereby incur a Surrender Charge, because you needed the funds at the time of the past surrender or now need the funds to pay for any of the following:

(Please check any or all that apply)

A. ☐ medical expenses;

Please describe the medical expenses: _____

_____

B. ☐ nursing or home care;

Please describe the nursing or home care expenses: _____

_____

C. ☐ retention of the your sole residence; or

Please describe the expenses for retention of your sole residence: _____

_____

D. ☐ other expenses necessary for food, rent, necessary housing repairs and upkeep, utilities, and/or transportation for you or a member of your household;

If you are claiming any expenses under "D," explain and describe the nature of those expenses and why you could not or cannot afford these expenses under your financial circumstances without surrendering or withdrawing funds from your Annuity beyond the amount you may withdraw without Surrender Charges. Please provide a reasonable level of detail for each type of expense that you identified:

_____

_____

_____

3. What is your current annual income from all sources, including both earned income and income from wages, dividends, interest, capital gains, pension or retirement plan payments, annuities, and social security? _____

4. What is your net worth, which is the value of any money, investments or other assets, minus any debts or liabilities, excluding the equity in your primary residence and any debts owed on your primary residence? _____

5. Are you an original Owner of the Annuity? ☐ Yes ☐ No

6. If your answer to Question No. 5 is no, was one of the original Owners of the Annuity age 65 or over at the time the Annuity was issued? ☐ Yes ☐ No

**REQUIRED SIGNATURES:**

One or more of the current Owners of the applicable Annuity must sign and date the statement below.

If more than one person or entity has an ownership interest in the Annuity, but only one Owner is executing this Claim Form, by signing the Claim Form, he or she is representing that he or she is authorized to elect the form of relief with respect to the Annuity on behalf of all co-Owners.

-------------------------------

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____   _____
**Signature of Owner**                **Signature of Co-Owner**

_____   _____
**Printed Name of Owner:**            **Printed Name of Co-Owner:**

Date: _____/_____/_____      Date: _____/_____/_____

IF THE INFORMATION PROVIDED IN RESPONSE TO QUESTION 1 ABOVE WAS PROVIDED BY A PERSON OTHER THAN THE CURRENT OWNER, THAT PERSON MUST SIGN AND DATE THE FOLLOWING STATEMENT:

I declare under penalty of perjury under the laws of the United States of America that the information provided in response to Question 1 above is true and correct.

_____
**Signature of Person Providing Response to Question 1 Above**

**Printed Name and Address of Person Providing Response to Question 1 Above:**

_____
**Name**

_____
**Address**

_____

_____   _____   _____
**City**          **State**    **Zip**

Date: _____/_____/_____

*********************************

*********************************

**IT IS RECOMMENDED THAT YOU KEEP A COPY OF THE COMPLETED CLAIM FORM FOR YOUR RECORDS.**

4