# EXHIBIT C

*In Re Midland National Life Insurance Co. Annuity Sales Practices Litigation*
Settlement Administrator, c/o The Garden City Group, Inc.
P.O. Box 9706
Dublin, OH 43017-5606

MNL

**RETURN SERVICE REQUESTED**

Claim No:    Control No:



Annuity Policy No.:

JANE CLAIMANT
123 4TH ST
APT 5
SEATTLE, WA 67890

Date:

**BY U.S. MAIL**

Re:   *In re Midland National Life Insurance Co. Annuity Sales Practices Litigation*
    MDL No. 07-1825 CAS (MANx)
    United States District Court, Central District of California

Dear Sir or Madam,

We are the settlement administrator in the class action entitled IN RE MIDLAND NATIONAL LIFE INSURANCE CO. ANNUITY SALES PRACTICES LITIGATION, MDL NO. 07-1825 ("MDL Action"). We recently mailed to you a class action notice package containing a document entitled "Notice of Class Action Settlement" and a document entitled "Claim Form for Surrender Charge Reduction Benefits" with respect to the above-referenced annuity. The parties have advised us that your name and address should not have been included in the mailing list provided to us because your rights with respect to the above-referenced annuity are not affected by the settlement of the MDL Action. Accordingly, we ask that you please disregard the class action notice package that we sent to you with respect to the above-referenced annuity.

We apologize for any inconvenience. Should you have any questions, please direct your inquiry to the settlement administrator at 800-387-5388.

Respectfully yours,

In Re Midland National Life Insurance Co. Annuity
Sales Practices Litigation Settlement Administrator

cc:  Andrew Friedman
    Theodore Pintar
    Robert D. Phillips, Jr.
    William H. Higgins