ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR. (141757)
jstoia@rgrdlaw.com
THEODORE J. PINTAR (131372)
tedp@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
PHONG L. TRAN (204961)
ptran@rgrdlaw.com
STEVEN M. JODLOWSKI (239074)
sjodlowski@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
(*Pro Hac Vice*)
afriedman@bffb.com
KIMBERLY C. PAGE
kpage@bffb.com
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
Telephone:  602/274-1100
602/274-1199 (fax)

HAGENS BERMAN SOBOL
  SHAPIRO LLP
STEVE W. BERMAN
(*Pro Hac Vice*)
steve@hbsslaw.com
1918 8th Avenue, Suite 3300
Seattle, WA  98101
Telephone:  206/623-7292
206/623-0594 (fax)

Interim Co-Lead Class Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re MIDLAND NATIONAL LIFE INSURANCE CO. ANNUITY SALES PRACTICES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | MDL No. CV-07-1825-CAS(MANx)<br><br>NOTICE OF LODGMENT OF PROPOSED FINAL ORDER APPROVING CLASS ACTION SETTLEMENT AND FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE THEREON<br><br>JUDGE: Hon. Christina A. Snyder<br>DATE: February 28, 2011<br>TIME: 11:00 a.m.<br>CTRM: 5, 2nd Floor |

610173_1

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that plaintiffs Mary P. Munoz, Robert D. Kaiser, Nancy Bendzak, as attorney-in-fact for Mary Bendzak, and Mary Bendzak, individually and on behalf of the Class, hereby lodges with the Court the Proposed Final Order Approving Class Action Settlement and Final Judgment of Dismissal with Prejudice Thereon.  The proposed order is submitted in connection with: (i) Plaintiffs' Motion for Final Approval of Class Action Settlement; and (ii) Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses and Service Award.  A copy of the proposed order is attached hereto as Exhibit 1.

DATED:  February 24, 2011

ROBBINS GELLER RUDMAN
 & DOWD LLP
JOHN J. STOIA, JR.
THEODORE J. PINTAR
RACHEL L. JENSEN
PHONG L. TRAN
STEVEN M. JODLOWSKI

   s/ Phong L. Tran
PHONG L. TRAN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

BONNETT, FAIRBOURN, FRIEDMAN
 & BALINT, P.C.
ANDREW S. FRIEDMAN
KIMBERLY C. PAGE
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
Telephone:  602/274-1100
602/274-1199 (fax)

BONNETT, FAIRBOURN, FRIEDMAN
 & BALINT, P.C.
MANFRED MUECKE
501 W. Broadway, Suite 1450B
San Diego, CA  92101
Telephone:  619/756-7748

- 1 -

610173_1

```
 1
 2          HAGENS BERMAN SOBOL
              SHAPIRO LLP
 3          STEVE W. BERMAN
            1918 8th Avenue, Suite 3300
 4          Seattle, WA  98101
            Telephone:  206/623-7292
 5          206/623-0594 (fax)

 6          Interim Co-Lead Class Counsel for
            Plaintiffs
 7
            SHERNOFF BIDART & DARRAS
 8          WILLIAM M. SHERNOFF
            JOEL A. COHEN
 9          EVANGELINE F. GARRIS
            600 South Indian Hill Blvd.
10          Claremont, CA  91711
            Telephone:  909/621-4935
11          909/ 625-6915 (fax)

12          FINKELSTEIN & KRINSK LLP
            HOWARD D. FINKELSTEIN
13          MARK L. KNUTSON
            501 West Broadway, Suite 1250
14          San Diego, CA  92101
            Telephone:  619/238-1333
15          619/238-5425 (fax)

16          BARRACK, RODOS & BACINE
            STEPHEN R. BASSER
17          402 West Broadway, Suite 850
            San Diego, CA  92101
18          Telephone:  619/230-0800
            619/230-1874 (fax)
19
            JAMES, HOYER, NEWCOMER
20            & SMILJANICH, P.A.
            JOHN A. YANCHUNIS
21          4830 West Kennedy Blvd.
            Urban Centre One, Suite 550
22          Tampa, FL  33609
            Telephone:  813/286-4100
23          813/286-4174 (fax)

24          THE EVANS LAW FIRM
            INGRID M. EVANS
25          One Embarcadero Center
            P.O. Box 2323
26          San Francisco, CA  94126
            Telephone:  415/441-8669
27          888/891-4906 (fax)

            Additional Counsel for Plaintiffs
28
```

- 2 -

610173_1

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 24, 2011.

    s/ Phong L. Tran
PHONG L. TRAN

ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: PTran@rgrdlaw.com

610173_1

# Mailing Information for a Case 2:07-ml-01825-CAS -MAN

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Fletcher C Alford**
  falford@gordonrees.com

- **Stephen R Basser**
  sbasser@barrack.com

- **Steve W Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com

- **Elaine T Byszewski**
  elaine@hbsslaw.com,LoriH@hbsslaw.com,JenniferB@hbsslaw.com

- **Lance A Etcheverry**
  lance.etcheverry@skadden.com

- **Ingrid M Evans**
  ingrid@evanslaw.com,jim@evanslaw.com,info@evanslaw.com

- **Thomas A Evans**
  tevans@reedsmith.com

- **Denise A Fee**
  daf@jordenusa.com

- **Elizabeth A Fegan**
  beth@hbsslaw.com,Chi_Filings@hbsslaw.com

- **Andrew S Friedman**
  afriedman@bffb.com,rcreech@bffb.com,ngerminaro@bffb.com

- **Laura L Geist**
  lgeist@gordonrees.com,dmckee@gordonrees.com

- **Terence N Hawley**
  thawley@reedsmith.com

- **William Hayden Higgins**
  whiggins@reedsmith.com,dkelley@reedsmith.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Steven M Jodlowski**
  sjodlowski@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James F Jorden**
  jfj@jordenusa.com,lw@jordenusa.com

- **Daniel J Kurowski**
  dank@hbsslaw.com,chi_filings@hbsslaw.com

- **Timothy Mahoney**
  timm@hbsslaw.com,chi_filings@hbsslaw.com

- **Thomas Jerome Nolan**
  tnolan@skadden.com,carl.roth@skadden.com

- **Thomas Joseph O'Reardon , II**
  toreardon@bholaw.com,christinas@csgrr.com

- **Linda B Oliver**
  loliver@reedsmith.com,swurth@reedsmith.com

- **Kimberly C Page**
  kpage@bffb.com

- **Robert D Phillips , Jr**
  rphillips@reedsmith.com

- **Henry Pietrkowski**
  hpietrkowski@reedsmith.com

- **Theodore J Pintar**
  tedp@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Teresa R Ponder**
  tponder@bergerkahn.com

- **James A Rolfes**
  jrolfes@reedsmith.com

- **Tamara M Rowles**
  trowles@reedsmith.com,aswenson@reedsmith.com

- **Amir Shlesinger**
  ashlesinger@reedsmith.com

- **Craig S Simon**
  csimon@bergerkahn.com

- **John J Stoia , Jr**
  johns@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Phong L Tran**
  ptran@rgrdlaw.com

- **Samuel M Ward**
  sward@barrack.com,lxlamb@barrack.com

- **Jeffrey L Williams**
  jlw@jordenusa.com,ksm@jordenusa.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
N Albert Bacharach
N Albert Bacharach Law Offices
115 NE Sixth Avenue
Gainesville, FL 32601-3416

Michael C McKay
Bonnett Fairbourn Friedman and Balint PC
2901 North Central Avenue  Suite 1000
Phoenix, AZ 85012

Paul S Rothstein
Paul S Rothstein Law Offices
626 NE First Street
Gainesville, FL 32608

Frank Hilton Tomlinson
Frank H Tomlinson Law Offices
15 North 21th Street Suite 302
Birmingham, AL 35203
```