Darrell Palmer (SBN 125147)
Email: darrell.palmer@palmerlegalteam.com
Janine Menhennet (SBN 163501)
Law Offices of Darrell Palmer
603 North Highway 101, Ste A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655

Attorney for Objector Kathleen McWhorter

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re MIDLAND NATIONAL LIFE INSURANCE CO. ANNUITY SALES PRACTICES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 07-cv-1825-CAS(MANx)<br><br>**NOTICE OF ASSOCIATION OF COUNSEL AND NOTICE OF INTENT TO APPEAR**<br><br>Date: February 28, 2011<br>Time: 11:00 a.m.<br>Court Room: 5 – Second Floor<br>Judge: Christina A. Snyder |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Darrell Palmer and the Law Offices of Darrell Palmer have been associated as co-counsel and hereby enter their appearance as co-counsel for Objector Kathleen McWhorter. My contact information is located above.

/ / /

/ / /

PLEASE TAKE FURTHER NOTICE that all pleadings, discovery, responses and correspondence and other matters in this action should be served on this office and this office should be added to each party's service list.

Dated:  February 25, 2011           By: ____/s/ Darrell Palmer_____
                                         DARRELL PALMER
                                         Attorney for Objector, Kathleen McWhorter

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2011, I electronically filed the foregoing NOTICE OF ASSOCIATION OF COUNSEL AND NOTICE OF INENT TO APPEAR with the Clerk of the Court of the United States District Court for the Central District of California by using the USDC CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the USDC CM/ECF system.

___/s/ Darrell Palmer____
Darrell Palmer
Attorney for Objector