# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | MDL NO. 07-1825-CAS (MANx); [CV06-1007-CAS(MANx); CV07-3631-CAS(MANx)] | Date | February 28, 2011 |
|---|---|---|---|
| Title | *IN RE: MIDLAND NATIONAL LIFE INSURANCE CO. ANNUITY SALES PRACTICES LITIGATION*  [RELATES TO: ALL ACTIONS] | | |

Present: The Honorable    CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE

| Catherine M. Jeang | Laura Elias | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

   Andrew Friedman
   Elaine Byszewski
   John Yanchunis

Attorneys Present for Defendants:

   Robert Phillips, Jr.
   William Higgins

Attorneys Present for Objectors:
   Darrell Palmer

**Proceedings:**   PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT (filed 02/04/11)

PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND SERVICE AWARD (filed 12/30/10)

Hearing held and counsel are present. The Court confers with counsel and counsel argue. The Court overrules the objections made by the objector and grants plaintiffs' Motion for Final Approval of Class Action Settlement; and Motion for an Award of Attorneys' Fees, Reimbursement of Expenses and Service Award. The Court will issue the Proposed Final Order Approving Class Action Settlement and Final Judgment of Dismissal With Prejudice Thereon forthwith.

|  | 00 | : | 19 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |