Thomas J. Nolan (SBN 066992)
tnolan@skadden.com
Lance A. Etcheverry (SBN 199916)
lance.etcheverry@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 S. Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone:  213.687.5000
Facsimile:  213.687.5600

James F. Jorden (admitted *Pro Hac Vice*)
jfj@jordenusa.com
Denise A. Fee (admitted *Pro Hac Vice)*
daf@jordenusa.com
JORDEN BURT LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007-5208
Telephone 202.965.8100
Facsimile 202.965.8104

*Attorneys for Intervenor/Appellant*
*Allianz Life Insurance Company of North America*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IN RE MIDLAND NATIONAL LIFE INSURANCE CO. ANNUITY SALES PRACTICES LITIGATION | MDL NO. 07-1825 (CAS) (MANx) |
| THIS DOCUMENTS RELATES TO: | NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT |
| ALL ACTIONS | |

The undersigned represents Allianz Life Insurance Company of North America, Intervenor and Appellant in this matter, and no other party. Below is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, address, and telephone number.

Intervenor/Appellant Allianz Life Insurance Company of North America is represented by:

>Thomas J. Nolan
>Lance A. Etcheverry
>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
>300 South Grand Avenue, Suite 3400
>Los Angeles, California 90071-3144
>(213) 687-5000 (telephone)
>(213) 687-5600 (facsimile)

>James F. Jorden
>Denise A. Fee
>JORDEN BURT LLP
>1025 Thomas Jefferson Street, N.W., Ste. 400 East
>Washington, D.C. 20007-5208
>(202) 965-8100 (telephone)
>(202) 965-8104 (facsimile)

Plaintiffs in this action, Estate of John G. Migliaccio, Carmen Migliaccio, Mary P. Munoz, Robert D. Kaiser, Nancy Bendzak, and Mary Bendzak, individually and on behalf of all other similarly situated persons, are represented by:

>John J. Stoia, Jr.
>Theodore J. Pintar
>Phong Tran
>Rachel L. Jensen
>Steve Jodlowski
>ROBBINS GELLER RUDMAN &DOWD, LLP
>655 West Broadway, Suite 1900
>San Diego, CA 92101
>(619) 231-1058 (telephone)
>(619) 231-7423 (facsimile)
>[Co-Lead Class Counsel]

1

1  Andrew S. Friedman
   Kimberley C. Page
2  BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
   2901 N Central Avenue, Suite 1000
3  Phoenix, AZ 85012
4  (602) 274-1100 (telephone)
   (602) 274-1199 (facsimile)
5  [Co-Lead Class Counsel]

6
   Stephen R. Basser
7  Samuel M. Ward
   BARRACK RODOS AND BACINE
8  One America Plaza
   600 W Broadway, Ste 900
9  San Diego, CA 92101
10 (619) 230–0800 (telephone)
   (619) 230–1874 (facsimile)
11

12 Steve W. Berman
   HAGENS BERMAN SOBOL SHAPIRO LLP
13 1918 Eighth Avenue, Suite 3300
   Seattle, WA 98101
14 (206) 623-7292 (telephone)
   (206) 623-0594 (facsimile)
15

16 Elaine T. Byszewski
   HAGENS BERMAN SOBOL SHAPIRO LLP
17 700 South Flower Street, Suite 2940
   Los Angeles, CA 90017-4101
18 (213) 330-7150 (telephone)
   (213) 330-7152 (facsimile)
19

20 Elizabeth A. Fegan
   Timothy Mahoney
21 Daniel J. Kurowski
   HAGENS BERMAN SOBOL SHAPIRO LLP
22 1144 West Lake Street Suite 400
   Oak Park, IL 60301
23 (708) 628-4949 (telephone)
   (708) 628-4950 (facsimile)
24

25
   Ingrid M. Evans
26 Sundeep Patel
   WATERS KRAUS & PAUL
27

28

2

|   |   |
|---|---|
| 1 | 711 Van Ness, Suite 220 |
|   | San Francisco, CA 94102 |
| 2 | (415) 296-6060 (telephone) |
| 3 | (214) 777-0470 (facsimile) |
| 4 | Thomas J. O'Reardon, II |
|   | BLOOD HURST & O'REARDON |
| 5 | 600 B Street, Suite 1550 |
|   | San Diego, CA 92101 |
| 6 | (619) 338-1100 (telephone) |
| 7 | (619) 338-1101 (facsimile) |

8  Defendant in this action, Midland National Life Insurance Company, is
9  represented by:

10   Robert D. Phillips, Jr.
     Tamara M. Rowles
11   Amir Shlesinger
     REED SMITH LLP
12   355 South Grand Avenue, Suite 2900
13   Los Angeles, CA 90071
     (213) 457-8000 (telephone)
14   (213) 457-8080 (facsimile)

15
     William H. Higgins
16   Terence N. Hawley
     Thomas A. Evans
17   Linda B. Oliver
     REED SMITH LLP
18   101 Second Street, Suite 1800
19   San Francisco, CA 94105
     (415) 543-8700 (telephone)
20   (415) 391-8269 (facsimile)

21
     James A. Rolfes
22   Henry Pietrkowski
     REED SMITH LLP
23   10 South Wacker Drive, 40th Floor
     Chicago, IL 60606-7507
24   (312) 207-3872 (telephone)
25   (312) 207-6400 (facsimile)

26
27
28

Objector, Kathleen McWhorter, is represented in this action by:

Frank H. Tomlinson
FRANK H. TOMLINSON LAW OFFICES
15 North 21st Street, Suite 302
Birmingham, AL 35203
(205) 326-6626 (telephone)
(205) 328-2889 (facsimile)

Joseph D. Palmer
DARRELL PALMER LAW OFFICES
603 North Highway 101, Suite A
Solana Beach, CA 92075
(858) 792-5600 (telephone)
(858) 792-5655 (facsimile)

N. Albert Bacharach
N. ALBERT BACHARACH LAW OFFICES
115 NE Sixth Avenue
Gainesville, FL 32601-3416
(352) 378-9859 (telephone)
(352) 338-1858 (facsimile)

Paul S Rothstein
PAUL S ROTHSTEIN LAW OFFICES
626 NE First Street
Gainesville, FL 32608
(352) 376-7650 (telephone)
(352) 374-7133 (facsimile)

Intervenor American Equity Investment Life Insurance Company is represented by:

Craig S. Simon
Teresa R. Ponder
BERGER KAHN
2 Park Plaza, Suite 650
P.O. Box 19694
Irvine, CA 92614-8516
(949) 474-1880 (telephone)
(949) 474-7265 (facsimile)

| | |
|---|---|
| 1 | Laura L. Geist |
| 2 | Fletcher C. Alford |
|   | GORDON & REES |
| 3 | 275 Battery Street, Suite 2000 |
| 4 | San Francisco, CA 94111 |
|   | (415) 986-5900 (telephone) |
| 5 | (415) 986-8054 (facsimile) |

DATED: March 4, 2011          By:  /s/ Denise A. Fee

        James F. Jorden (*Pro Hac Vice*)
        Denise A. Fee (*Pro Hac Vice*)
        JORDEN BURT LLP
        1025 Thomas Jefferson Street, NW
        Suite 400 East
        Washington, DC 20007-5208
        Telephone:   202.965.8100
        Facsimile:   202.965.8104
        jfj@jordenusa.com
        daf@jordenusa.com

        *and*

        Thomas J. Nolan (SBN 066992)
        Lance A. Etcheverry (SBN199916)
        SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP
        300 S. Grand Avenue, Suite 3400
        Los Angeles, California 90071
        Telephone:   213.687.5000
        Facsimile:   213.687.5600
        tnolan@skadden.com
        lance.etcheverry@skadden.com

        *Attorneys for Intervenor/Appellant Allianz Life Insurance Company of North America*

5