Name __Darrell Palmer (125147) / Janine Menhennet (163501)__
Address __603 N. Highway 101, Suite A__
City, State, Zip __Solana Beach, CA 92075__
Phone __858-792-5600__
Fax __858-792-5655__
E-Mail __darrell.palmer@palmerlegalteam.com__

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MIDLAND NATIONAL INSURANCE CO. ANNUITY SALES PRACTICE LITIGATION<br><br>PLAINTIFF(S),<br>v.<br><br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:07-ML-01825-CAS-MANx<br><br>NOTICE OF APPEAL |

NOTICE IS HEREBY GIVEN that _____Kathleen McWhorter_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

### Criminal Matter

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:



☐ Bail status:

### Civil Matter

☒ Order (specify):
Final Order Approving Settlement 2/28/11

☒ Judgment (specify):
Final Judgment 2/28/11

☐ Other (specify):

Imposed or Filed on __February 28, 2011__. Entered on the docket in this action on __2/28/11 (Doc 463)__.

A copy of said judgment or order is attached hereto.

| | |
|---|---|
| March 15, 2011 | /s/ Darrell Palmer |
| Date | Signature |
| | ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk |

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2011, I electronically filed the foregoing NOTICE OF APPEAL with the Clerk of the Court of the United States Court of Appeals by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the USDC CM/ECF system, to wit:

The following are those who are currently on the list to receive e-mail notices for this case.

- **Fletcher C Alford**
  falford@gordonrees.com
- **Stephen R Basser**
  sbasser@barrack.com
- **Steve W Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com
- **Elaine T Byszewski**
  elaine@hbsslaw.com,LoriH@hbsslaw.com,JenniferB@hbsslaw.com
- **Lance A Etcheverry**
  lance.etcheverry@skadden.com,dolly.hansen@skadden.com,al.chua@skadden.com
- **Ingrid M Evans**
  ingrid@evanslaw.com,jim@evanslaw.com,info@evanslaw.com
- **Thomas A Evans**
  tevans@reedsmith.com
- **Denise A Fee**
  daf@jordenusa.com
- **Elizabeth A Fegan**
  beth@hbsslaw.com,Chi_Filings@hbsslaw.com
- **Andrew S Friedman**
  afriedman@bffb.com,rcreech@bffb.com,ngerminaro@bffb.com
- **Laura L Geist**
  lgeist@gordonrees.com,dmckee@gordonrees.com
- **Terence N Hawley**
  thawley@reedsmith.com
- **William Hayden Higgins**
  whiggins@reedsmith.com,dkelley@reedsmith.com
- **Rachel L Jensen**
  rjensen@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Steven M Jodlowski**
  sjodlowski@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **James F Jorden**
  jfj@jordenusa.com,lw@jordenusa.com
- **Daniel J Kurowski**
  dank@hbsslaw.com,chi_filings@hbsslaw.com
- **Timothy Mahoney**
  timm@hbsslaw.com,chi_filings@hbsslaw.com
- **Thomas Jerome Nolan**
  tnolan@skadden.com,carl.roth@skadden.com
- **Thomas Joseph O'Reardon , II**
  toreardon@bholaw.com,christinas@csgrr.com
- **Linda B Oliver**
  loliver@reedsmith.com,swurth@reedsmith.com

- **Kimberly C Page**
  kpage@bffb.com
- **Joseph Darrell Palmer**
  darrell.palmer@palmerlegalteam.com,maria.carapia@palmerlegalteam.com
- **Robert D Phillips , Jr**
  rphillips@reedsmith.com
- **Henry Pietrkowski**
  hpietrkowski@reedsmith.com
- **Theodore J Pintar**
  tedp@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Teresa R Ponder**
  tponder@bergerkahn.com
- **James A Rolfes**
  jrolfes@reedsmith.com
- **Tamara M Rowles**
  trowles@reedsmith.com,aswenson@reedsmith.com
- **Amir Shlesinger**
  ashlesinger@reedsmith.com
- **Craig S Simon**
  csimon@bergerkahn.com
- **John J Stoia , Jr**
  johns@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Phong L Tran**
  ptran@rgrdlaw.com
- **Samuel M Ward**
  sward@barrack.com,lxlamb@barrack.com
- **Jeffrey L Williams**
  jlw@jordenusa.com,ksm@jordenusa.com

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case. As such, copies will be mailed via U.S. Postal Service, postage prepaid.

**N Albert Bacharach**
N Albert Bacharach Law Offices
115 NE Sixth Avenue
Gainesville, FL 32601-3416

**Michael C McKay**
Bonnett Fairbourn Friedman and Balint PC
2901 North Central Avenue  Suite 1000
Phoenix, AZ 85012

**Paul S Rothstein**
Paul S Rothstein Law Offices
626 NE First Street
Gainesville, FL 32608

**Frank Hilton Tomlinson**
Frank H Tomlinson Law Offices
15 North 21th Street Suite 302
Birmingham, AL 35203

        ___/s/ Darrell Palmer_____
        Darrell Palmer, Attorney for Objector