1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  JOHN J. STOIA, JR. (141757)
   jstoia@rgrdlaw.com
3  THEODORE J. PINTAR (131372)
   tedp@rgrdlaw.com
4  KEVIN K. GREEN (180919)
   keving@rgrdlaw.com
5  RACHEL L. JENSEN (211456)
   rjensen@rgrdlaw.com
6  STEVEN M. JODLOWSKI (239074)
   sjodlowski@rgrdlaw.com
7  655 West Broadway, Suite 1900
   San Diego, CA  92101
8  Telephone:  619/231-1058
   619/231-7423 (fax)
9
   BONNETT, FAIRBOURN, FRIEDMAN          HAGENS BERMAN SOBOL
10    & BALINT, P.C.                        SHAPIRO LLP
   ANDREW S. FRIEDMAN                    STEVE W. BERMAN
11 (*Pro Hac Vice*)                       (*Pro Hac Vice*)
   afriedman@bffb.com                    steve@hbsslaw.com
12 KIMBERLY C. PAGE                      1918 8th Avenue, Suite 3300
   kpage@bffb.com                        Seattle, WA  98101
13 2901 N. Central Avenue, Suite 1000    Telephone:  206/623-7292
   Phoenix, AZ  85012                    206/623-0594 (fax)
14 Telephone:  602/274-1100
   602/274-1199 (fax)
15
   Interim Co-Lead Class Counsel
16
   [Additional counsel appear on signature page.]
17

18                UNITED STATES DISTRICT COURT

19                CENTRAL DISTRICT OF CALIFORNIA

20                     WESTERN DIVISION

21 | In re MIDLAND NATIONAL LIFE          ) | MDL No. CV-07-1825-CAS(MANx)
   | INSURANCE CO. ANNUITY SALES         ) |
22 | PRACTICES LITIGATION                 ) | PLAINTIFFS' NOTICE OF MOTION
   |                                      ) | AND MOTION (1) FOR INDICATIVE
23 |                                      ) | RULING AND (2) TO SUPPLEMENT
   | This Document Relates To:            ) | THE FINAL ORDER APPROVING
24 |                                      ) | CLASS ACTION SETTLEMENT
   |     ALL ACTIONS.                     ) | AND FINAL JUDGMENT OF
25 |                                      ) | DISMISSAL WITH PREJUDICE
   |                                      )   THEREON (DKT. NO. 463)
26
                                            DATE:  November 14, 2011
27                                          TIME:   10:00 a.m.
                                            CTRM:  5 – Second Floor
28                                          The Honorable Christina A. Snyder

658464_1
658464_1

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on Monday, November 14, 2011, at 10:00 a.m. in Courtroom 5 of the above-titled Court, the Honorable Christina A. Snyder presiding, located at 312 North Spring Street, Los Angeles, California, plaintiffs will and hereby do move pursuant to Federal Rule of Civil Procedure 62.1 for: (1) an indicative ruling facilitating a limited remand from the Ninth Circuit Court of Appeals in *In re: Midland Nat'l Life Ins. Co.* (9th Cir. No. 11-55432); and (2) assuming the Ninth Circuit grants a limited remand, findings by this Court supplementing the Final Order Approving Class Action Settlement and Final Judgment of Dismissal with Prejudice Thereon (Dkt. No. 463).

This request is based on this Notice of Motion and Motion, Plaintiffs' Memorandum Supporting Motion (1) for Indicative Ruling and (2) to Supplement the Final Order Approving Class Action Settlement and Final Judgment of Dismissal with Prejudice Thereon (Dkt. No. 463), Declaration of Kevin K. Green Supporting Plaintiffs' Motion (1) for Indicative Ruling and (2) to Supplement the Final Order Approving Class Action Settlement and Final Judgment of Dismissal with Prejudice Thereon (Dkt. No. 463), and upon such other matters as may be presented either after the filings today or at the hearing.

This Motion is made following the conference of counsel pursuant to Civ. L.R. 7-3. On October 4, 2011, plaintiffs' counsel sent a letter to counsel for defendant Midland National Life Insurance Company ("Midland") and objector Kathleen McWhorter. The letter stated plaintiffs' intent to pursue a limited remand and elaborated the legal basis for it, and also sought the position of Midland and McWhorter on a limited remand. *See* Declaration of Kevin K. Green Supporting Plaintiffs' Motion (1) for Indicative Ruling and (2) to Supplement the Final Order Approving Class Action Settlement and Final Judgment of Dismissal with Prejudice Thereon (Dkt. No. 463), Ex. F. Midland's counsel has advised that Midland does not oppose a limited remand. McWhorter's counsel did not respond with any position.

658464_1

Due to the narrow scope of this Motion, plaintiffs believe oral argument is unnecessary but will appear on the hearing date unless the Court instructs otherwise. *See* Civ. L.R. 7-15.

DATED: October 14, 2011

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR.
THEODORE J. PINTAR
KEVIN K. GREEN
RACHEL L. JENSEN
STEVEN M. JODLOWSKI

               s/ KEVIN K. GREEN
                KEVIN K. GREEN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
KIMBERLY C. PAGE
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
Telephone:  602/274-1100
602/274-1199 (fax)

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
MANFRED MUECKE
501 W. Broadway, Suite 1450B
San Diego, CA  92101
Telephone:  619/756-7748

HAGENS BERMAN SOBOL
  SHAPIRO LLP
STEVE W. BERMAN
1918 8th Avenue, Suite 3300
Seattle, WA  98101
Telephone:  206/623-7292
206/623-0594 (fax)

Interim Co-Lead Class Counsel for Plaintiffs

- 2 -

658464_1

```
 1
 2                                    SHERNOFF BIDART & DARRAS
                                      WILLIAM M. SHERNOFF
 3                                    JOEL A. COHEN
                                      EVANGELINE F. GARRIS
                                      600 South Indian Hill Blvd.
 4                                    Claremont, CA  91711
                                      Telephone:  909/621-4935
 5                                    909/ 625-6915 (fax)

 6                                    FINKELSTEIN & KRINSK LLP
                                      HOWARD D. FINKELSTEIN
 7                                    MARK L. KNUTSON
                                      501 West Broadway, Suite 1250
 8                                    San Diego, CA  92101
                                      Telephone:  619/238-1333
 9                                    619/238-5425 (fax)

10                                    BARRACK, RODOS & BACINE
                                      STEPHEN R. BASSER
11                                    402 West Broadway, Suite 850
                                      San Diego, CA  92101
12                                    Telephone:  619/230-0800
                                      619/230-1874 (fax)
13
                                      JAMES, HOYER, NEWCOMER
14                                      & SMILJANICH, P.A.
                                      JOHN A. YANCHUNIS
15                                    4830 West Kennedy Blvd.
                                      Urban Centre One, Suite 550
16                                    Tampa, FL  33609
                                      Telephone:  813/286-4100
17                                    813/286-4174 (fax)

18                                    THE EVANS LAW FIRM
                                      INGRID M. EVANS
19                                    P.O. Box 2323
                                      San Francisco, CA  94126-2323
20                                    Telephone:  415/441-8669
                                      888/891-4906 (fax)
21
                                      Additional Counsel for Plaintiffs
22
23
24
25
26
27
28
```

658464_1

- 3 -

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on October 14, 2011, I authorized the electronic filing of |
| 3 | the foregoing with the Clerk of the Court using the CM/ECF system which will send |
| 4 | notification of such filing to the e-mail addresses denoted on the attached Electronic |
| 5 | Mail Notice List, and I hereby certify that I caused to be mailed the foregoing |
| 6 | document or paper via the United States Postal Service to the non-CM/ECF |
| 7 | participants indicated on the attached Manual Notice List. |
| 8 | I certify under penalty of perjury under the laws of the United States of America |
| 9 | that the foregoing is true and correct. Executed on October 14, 2011. |

 s/ KEVIN K. GREEN
KEVIN K. GREEN

ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: kgreen@rgrdlaw.com

658464_1

- 4 -

# Mailing Information for a Case 2:07-ml-01825-CAS -MAN

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Fletcher C Alford**
  falford@gordonrees.com

- **Stephen R Basser**
  sbasser@barrack.com

- **Steve W Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com

- **Elaine T Byszewski**
  elaine@hbsslaw.com,LoriH@hbsslaw.com,JenniferB@hbsslaw.com

- **Lance A Etcheverry**
  lance.etcheverry@skadden.com,dolly.hansen@skadden.com,al.chua@skadden.com

- **Ingrid M Evans**
  ingrid@evanslaw.com,jim@evanslaw.com,info@evanslaw.com,judy@evanslaw.com

- **Thomas A Evans**
  tevans@reedsmith.com

- **Denise A Fee**
  daf@jordenusa.com

- **Elizabeth A Fegan**
  beth@hbsslaw.com,Chi_Filings@hbsslaw.com

- **Andrew S Friedman**
  afriedman@bffb.com,rcreech@bffb.com,ngerminaro@bffb.com

- **Laura L Geist**
  lgeist@gordonrees.com,dmckee@gordonrees.com

- **Kevin K Green**
  kgreen@rgrdlaw.com,tdevries@rgrdlaw.com

- **Terence N Hawley**
  thawley@reedsmith.com,swurth@reedsmith.com

- **William Hayden Higgins**
  whiggins@reedsmith.com,dkelley@reedsmith.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Steven M Jodlowski**
  sjodlowski@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James F Jorden**

- 5 -

jfj@jordenusa.com,lw@jordenusa.com

- **Daniel J Kurowski**
  dank@hbsslaw.com,chi_filings@hbsslaw.com

- **Timothy Mahoney**
  timm@hbsslaw.com,chi_filings@hbsslaw.com

- **Michael C McKay**
  mmckay@schneiderwallace.com

- **Thomas Jerome Nolan**
  tnolan@skadden.com,carl.roth@skadden.com

- **Thomas Joseph O'Reardon , II**
  toreardon@bholaw.com,efile@bholaw.com

- **Linda B Oliver**
  loliver@reedsmith.com,swurth@reedsmith.com

- **Kimberly C Page**
  kpage@bffb.com

- **Joseph Darrell Palmer**
  darrell.palmer@palmerlegalteam.com,maria.carapia@palmerlegalteam.com

- **Robert D Phillips , Jr**
  rphillips@reedsmith.com

- **Henry Pietrkowski**
  hpietrkowski@reedsmith.com

- **Theodore J Pintar**
  tedp@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Teresa R Ponder**
  tponder@bergerkahn.com

- **James A Rolfes**
  jrolfes@reedsmith.com

- **Tamara M Rowles**
  trowles@reedsmith.com,aswenson@reedsmith.com

- **Amir Shlesinger**
  ashlesinger@reedsmith.com

- **Craig S Simon**
  csimon@bergerkahn.com

- **John J Stoia , Jr**
  johns@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Phong L Tran**
  ptran@rgrdlaw.com

- 6 -

- **Samuel M Ward**
  sward@barrack.com,lxlamb@barrack.com

- **Jeffrey L Williams**
  jlw@jordenusa.com,ksm@jordenusa.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
N Albert Bacharach
```
N Albert Bacharach Law Offices
115 NE Sixth Avenue
Gainesville, FL 32601-3416

```
Paul S Rothstein
```
Paul S Rothstein Law Offices
626 NE First Street
Gainesville, FL 32608

```
Frank Hilton Tomlinson
```
Frank H Tomlinson Law Offices
15 North 21th Street Suite 302
Birmingham, AL 35203

- 7 -