UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re MIDLAND NATIONAL LIFE INSURANCE CO. ANNUITY SALES PRACTICES LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | MDL No. CV-07-1825-CAS(MANx)<br><br>[PROPOSED] INDICATIVE RULING |

658488_1

To facilitate a limited remand from the Ninth Circuit Court of Appeals in *In re: Midland Nat'l Life Ins. Co.* (9th Cir. No. 11-55432), this Court hereby issues an INDICATIVE RULING.  *See* Fed. R. Civ. P. 62.1, Adv. Comm. Notes (2009 Adoption) (discussing terminology).  As to plaintiffs' Motion (1) for Indicative Ruling and (2) to Supplement the Final Order Approving Class Action Settlement and Final Judgment of Dismissal with Prejudice Thereon (Dkt. No. 463), the Court certifies that "it would grant the motion if" the Ninth Circuit "remands for that purpose" and that "the motion raises a substantial issue."  Fed. R. Civ. P. 62.1(a)(3).

Plaintiffs shall promptly notify the Ninth Circuit clerk of this ruling.  *See* Fed. R. Civ. P. 62.1(b); Fed. R. App. P. 12.1(a).

SO ORDERED this _____ day of _____, 2011.

_____
THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Submitted by:

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR.
THEODORE J. PINTAR
KEVIN K. GREEN
RACHEL L. JENSEN
STEVEN M. JODLOWSKI
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
KIMBERLY C. PAGE
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
Telephone:  602/274-1100
602/274-1199 (fax)

- 1 -

658488_1

| | |
|---|---|
| 1 | BONNETT, FAIRBOURN, FRIEDMAN |
| 2 |   & BALINT, P.C.<br>MANFRED MUECKE |
| 3 | 501 W. Broadway, Suite 1450B<br>San Diego, CA  92101 |
| 4 | Telephone:  619/756-7748 |
| 5 | HAGENS BERMAN SOBOL<br>   SHAPIRO LLP |
| 6 | STEVE W. BERMAN<br>1918 8th Avenue, Suite 3300 |
| 7 | Seattle, WA  98101<br>Telephone:  206/623-7292 |
| 8 | 206/623-0594 (fax) |
| 9 | Interim Co-Lead Class Counsel for Plaintiffs |
| 10 | |
| 11 | SHERNOFF BIDART & DARRAS<br>WILLIAM M. SHERNOFF |
| 12 | JOEL A. COHEN<br>EVANGELINE F. GARRIS |
| 13 | 600 South Indian Hill Blvd.<br>Claremont, CA  91711 |
| 14 | Telephone:  909/621-4935<br>909/ 625-6915 (fax) |
| 15 | FINKELSTEIN & KRINSK LLP<br>HOWARD D. FINKELSTEIN |
| 16 | MARK L. KNUTSON<br>501 West Broadway, Suite 1250 |
| 17 | San Diego, CA  92101<br>Telephone:  619/238-1333 |
| 18 | 619/238-5425 (fax) |
| 19 | BARRACK, RODOS & BACINE<br>STEPHEN R. BASSER |
| 20 | 402 West Broadway, Suite 850<br>San Diego, CA  92101 |
| 21 | Telephone:  619/230-0800<br>619/230-1874 (fax) |
| 22 | |
| 23 | JAMES, HOYER, NEWCOMER<br>  & SMILJANICH, P.A.<br>JOHN A. YANCHUNIS |
| 24 | 4830 West Kennedy Blvd.<br>Urban Centre One, Suite 550 |
| 25 | Tampa, FL  33609<br>Telephone:  813/286-4100 |
| 26 | 813/286-4174 (fax) |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | THE EVANS LAW FIRM |
| | INGRID M. EVANS |
| 2 | P.O. Box 2323 |
| | San Francisco, CA 94126-2323 |
| 3 | Telephone: 415/441-8669 |
| | 888/891-4906 (fax) |
| 4 | |
| | Additional Counsel for Plaintiffs |
| 5 | |

- 3 -

658488_1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 14, 2011.

   s/ KEVIN K. GREEN
KEVIN K. GREEN

ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:  kgreen@rgrdlaw.com

# Mailing Information for a Case 2:07-ml-01825-CAS -MAN

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Fletcher C Alford**
  falford@gordonrees.com

- **Stephen R Basser**
  sbasser@barrack.com

- **Steve W Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com

- **Elaine T Byszewski**
  elaine@hbsslaw.com,LoriH@hbsslaw.com,JenniferB@hbsslaw.com

- **Lance A Etcheverry**
  lance.etcheverry@skadden.com,dolly.hansen@skadden.com,al.chua@skadden.com

- **Ingrid M Evans**
  ingrid@evanslaw.com,jim@evanslaw.com,info@evanslaw.com,judy@evanslaw.com

- **Thomas A Evans**
  tevans@reedsmith.com

- **Denise A Fee**
  daf@jordenusa.com

- **Elizabeth A Fegan**
  beth@hbsslaw.com,Chi_Filings@hbsslaw.com

- **Andrew S Friedman**
  afriedman@bffb.com,rcreech@bffb.com,ngerminaro@bffb.com

- **Laura L Geist**
  lgeist@gordonrees.com,dmckee@gordonrees.com

- **Kevin K Green**
  kgreen@rgrdlaw.com,tdevries@rgrdlaw.com

- **Terence N Hawley**
  thawley@reedsmith.com,swurth@reedsmith.com

- **William Hayden Higgins**
  whiggins@reedsmith.com,dkelley@reedsmith.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Steven M Jodlowski**
  sjodlowski@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James F Jorden**

- 5-

jfj@jordenusa.com,lw@jordenusa.com

- **Daniel J Kurowski**
  dank@hbsslaw.com,chi_filings@hbsslaw.com

- **Timothy Mahoney**
  timm@hbsslaw.com,chi_filings@hbsslaw.com

- **Michael C McKay**
  mmckay@schneiderwallace.com

- **Thomas Jerome Nolan**
  tnolan@skadden.com,carl.roth@skadden.com

- **Thomas Joseph O'Reardon , II**
  toreardon@bholaw.com,efile@bholaw.com

- **Linda B Oliver**
  loliver@reedsmith.com,swurth@reedsmith.com

- **Kimberly C Page**
  kpage@bffb.com

- **Joseph Darrell Palmer**
  darrell.palmer@palmerlegalteam.com,maria.carapia@palmerlegalteam.com

- **Robert D Phillips , Jr**
  rphillips@reedsmith.com

- **Henry Pietrkowski**
  hpietrkowski@reedsmith.com

- **Theodore J Pintar**
  tedp@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Teresa R Ponder**
  tponder@bergerkahn.com

- **James A Rolfes**
  jrolfes@reedsmith.com

- **Tamara M Rowles**
  trowles@reedsmith.com,aswenson@reedsmith.com

- **Amir Shlesinger**
  ashlesinger@reedsmith.com

- **Craig S Simon**
  csimon@bergerkahn.com

- **John J Stoia , Jr**
  johns@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Phong L Tran**
  ptran@rgrdlaw.com

- 6 -

- **Samuel M Ward**
  sward@barrack.com,lxlamb@barrack.com

- **Jeffrey L Williams**
  jlw@jordenusa.com,ksm@jordenusa.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
N Albert Bacharach
```
N Albert Bacharach Law Offices
115 NE Sixth Avenue
Gainesville, FL 32601-3416

```
Paul S Rothstein
```
Paul S Rothstein Law Offices
626 NE First Street
Gainesville, FL 32608

```
Frank Hilton Tomlinson
```
Frank H Tomlinson Law Offices
15 North 21th Street Suite 302
Birmingham, AL 35203