ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR. (141757)
jstoia@rgrdlaw.com
THEODORE J. PINTAR (131372)
tedp@rgrdlaw.com
KEVIN K. GREEN (180919)
keving@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
STEVEN M. JODLOWSKI (239074)
sjodlowski@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
(*Pro Hac Vice*)
afriedman@bffb.com
KIMBERLY C. PAGE
kpage@bffb.com
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602/274-1100
602/274-1199 (fax)

HAGENS BERMAN SOBOL
  SHAPIRO LLP
STEVE W. BERMAN
(*Pro Hac Vice*)
steve@hbsslaw.com
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: 206/623-7292
206/623-0594 (fax)

Interim Co-Lead Class Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re MIDLAND NATIONAL LIFE INSURANCE CO. ANNUITY SALES PRACTICES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | MDL No. CV-07-1825-CAS(MANx)<br><br>DECLARATION OF KEVIN K. GREEN SUPPORTING PLAINTIFFS' MOTION (1) FOR INDICATIVE RULING AND (2) TO SUPPLEMENT THE FINAL ORDER APPROVING CLASS ACTION SETTLEMENT AND FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE THEREON (DKT. NO. 463)<br><br>DATE: November 14, 2011<br>TIME: 10:00 a.m.<br>CTRM: 5 – Second Floor<br>The Honorable Christina A. Snyder |

658306_1

I, KEVIN K. GREEN, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of California and am admitted to this Court. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for plaintiffs in this action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: *In re: Midland Nat'l Life Ins. Co.*, No. MDL 07-1825-CAS (C.D. Cal.), Reporter's Transcript of Proceedings held Monday, February 28, 2011;

Exhibit B: *In re: Midland Nat'l Life Ins. Co.*, No. MDL 07-1825-CAS (C.D. Cal.), Final Order Approving Class Action Settlement and Final Judgment of Dismissal with Prejudice Thereon, filed February 28, 2011 (Dkt. No. 463);

Exhibit C: *Estate of Migliaccio v. Midland Nat'l Life Ins. Co.*, No. 11-55432 (9th Cir.), Opening Brief of Appellant Kathleen McWhorter, filed September 6, 2011 (Dkt. No. 12);

Exhibit D: *In re: Midland Nat'l Life Ins. Co.*, No. 11-55432 (9th Cir.), Motion of Plaintiffs-Appellees to Vacate Briefing Schedule, filed October 6, 2011 (Dkt. No. 17-1);

Exhibit E: *Estate of Migliaccio v. Midland Nat'l Life Ins. Co.*, No. 11-55432 (9th Cir.), Notice of Appellant Kathleen McWhorter's Opposition to Motion of Plaintiffs-Appellees to Vacate Briefing Schedule and Intent to File a Response in Opposition to the Motion Pursuant to Fed. R. App. P. 27(a)(3)(A), filed October 12, 2011 (Dkt. No. 18); and

658306_1

- 1 -

- 2 -

1  Exhibit F:  Letter from Kevin K. Green to Joseph Darrell Palmer and
2  Robert D. Phillips Jr., dated October 4, 2011.
3  I declare under penalty of perjury under the laws of the United States of
4 America that the foregoing is true and correct.  Executed this fourteenth day of
5 October, 2011, at San Diego, California.

6

7
            s/ KEVIN K. GREEN
8             KEVIN K. GREEN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

658306_1

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 14, 2011.

s/ KEVIN K. GREEN
KEVIN K. GREEN

ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:  kgreen@rgrdlaw.com

- 3 -

658306_1

# Mailing Information for a Case 2:07-ml-01825-CAS -MAN

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Fletcher C Alford**
  falford@gordonrees.com

- **Stephen R Basser**
  sbasser@barrack.com

- **Steve W Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com

- **Elaine T Byszewski**
  elaine@hbsslaw.com,LoriH@hbsslaw.com,JenniferB@hbsslaw.com

- **Lance A Etcheverry**
  lance.etcheverry@skadden.com,dolly.hansen@skadden.com,al.chua@skadden.com

- **Ingrid M Evans**
  ingrid@evanslaw.com,jim@evanslaw.com,info@evanslaw.com,judy@evanslaw.com

- **Thomas A Evans**
  tevans@reedsmith.com

- **Denise A Fee**
  daf@jordenusa.com

- **Elizabeth A Fegan**
  beth@hbsslaw.com,Chi_Filings@hbsslaw.com

- **Andrew S Friedman**
  afriedman@bffb.com,rcreech@bffb.com,ngerminaro@bffb.com

- **Laura L Geist**
  lgeist@gordonrees.com,dmckee@gordonrees.com

- **Kevin K Green**
  kgreen@rgrdlaw.com,tdevries@rgrdlaw.com

- **Terence N Hawley**
  thawley@reedsmith.com,swurth@reedsmith.com

- **William Hayden Higgins**
  whiggins@reedsmith.com,dkelley@reedsmith.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Steven M Jodlowski**
  sjodlowski@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James F Jorden**

- 4 -

jfj@jordenusa.com,lw@jordenusa.com

- **Daniel J Kurowski**
  dank@hbsslaw.com,chi_filings@hbsslaw.com

- **Timothy Mahoney**
  timm@hbsslaw.com,chi_filings@hbsslaw.com

- **Michael C McKay**
  mmckay@schneiderwallace.com

- **Thomas Jerome Nolan**
  tnolan@skadden.com,carl.roth@skadden.com

- **Thomas Joseph O'Reardon , II**
  toreardon@bholaw.com,efile@bholaw.com

- **Linda B Oliver**
  loliver@reedsmith.com,swurth@reedsmith.com

- **Kimberly C Page**
  kpage@bffb.com

- **Joseph Darrell Palmer**
  darrell.palmer@palmerlegalteam.com,maria.carapia@palmerlegalteam.com

- **Robert D Phillips , Jr**
  rphillips@reedsmith.com

- **Henry Pietrkowski**
  hpietrkowski@reedsmith.com

- **Theodore J Pintar**
  tedp@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Teresa R Ponder**
  tponder@bergerkahn.com

- **James A Rolfes**
  jrolfes@reedsmith.com

- **Tamara M Rowles**
  trowles@reedsmith.com,aswenson@reedsmith.com

- **Amir Shlesinger**
  ashlesinger@reedsmith.com

- **Craig S Simon**
  csimon@bergerkahn.com

- **John J Stoia , Jr**
  johns@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Phong L Tran**
  ptran@rgrdlaw.com

- 5 -

- **Samuel M Ward**
  sward@barrack.com,lxlamb@barrack.com

- **Jeffrey L Williams**
  jlw@jordenusa.com,ksm@jordenusa.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
N Albert Bacharach
```
N Albert Bacharach Law Offices
115 NE Sixth Avenue
Gainesville, FL 32601-3416

```
Paul S Rothstein
```
Paul S Rothstein Law Offices
626 NE First Street
Gainesville, FL 32608

```
Frank Hilton Tomlinson
```
Frank H Tomlinson Law Offices
15 North 21th Street Suite 302
Birmingham, AL 35203

- 6 -